**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| STACIE RIVARD-PEDIGO | \* | Case No.: 3:17-cv-00568(WWE) |
| Plaintiff, | \* | |
| v. | \* | |
| | \* | |
| OKEMO LIMITED LIABILITY COMPANY | \* | |
| D/B/A OKEMO MOUNTAIN RESORT | \* | |
| Defendant. | \* | APRIL 17, 2019 |

### JOINT TRIAL MEMORANDUM

The parties to the above-captioned action hereby submit their Joint Trial Memorandum as instructed by this Court.

**1. Brief Statement of the Case**

(For purposes of voir dire only): This is a negligence and recklessness action. The plaintiff, Stacie Rivard-Pedigo, alleges that defendant's agent and/or employee acting within the scope of his employment, Curtis Ficklin, was negligent and reckless when he collided with her while skiing on February 20, 2017, and that his negligence and recklessness caused her injuries.

FAXON LAW GROUP, LLC
59 ELM STREET - NEW HAVEN, CT 06510
TEL. (203) 624-9500 - FACSIMILE (203) 624-9100 - JURIS NO. 421593

The defendant, Okemo, contends that plaintiff's injuries were caused by an inherent danger in the sport of skiing, which plaintiff assumed under the law.  Okemo also denies that Curtis Ficklin was its agent, denies that Curtis Ficklin's conduct was either negligent or reckless, denies that Curtis Ficklin's conduct caused the injuries alleged by the plaintiff, and contends that plaintiff's own negligence was a proximate cause of her injuries.

**2. Exhibit and Witness Lists**

Plaintiff's submissions are attached as Exhibit A.

Defendant's submissions are attached as Exhibit B.

**3. Deposition Designations and Cross Designations**

Plaintiff's submissions are attached as Exhibit A.

Defendant's submissions are attached as Exhibit B.

**4. Proposed Jury Instructions and Verdict Forms**

Plaintiff's submissions are attached as Exhibit A.

Defendant's submissions are attached as Exhibit B.

**5. Motions in Limine**

Plaintiff intends to file the following Motions in Limine, which may impact the brief statement of the case for voir dire:

1. Motion to Preclude Expert Testimony as to Agency;

FAXON LAW GROUP, LLC
59 ELM STREET - NEW HAVEN, CT 06510
TEL. (203) 624-9500 - FACSIMILE (203) 624-9100 - JURIS NO. 421593

2. Motion to Preclude Defendant from Introducing Evidence/Argument Concerning Comparative Negligence, Waiver, Assumption of the Risk, Inherent Risk;

3. Motion in Limine/objections pertaining to defendant's exhibits marked for identification.

Plaintiff reserves the right to file additional Motions in Limine, as necessary, prior to and, during trial

Defendant intends to file the following Motions *in Limine*:

1. Motion *in Limine* Precluding Testimony Referring to Relating to Vail Resorts;

2. Motion *in Limine* Precluding Lay Witness Testimony on Standard of Care;

3. Motion *in Limine* Precluding Affidavit of Curtis Ficklin;

4. Motion *in Limine* Precluding Certain Testimony from Bruce Schmidt as Designated by Plaintiff;

5. Motion *in Limine* to Limit Testimony of Plaintiff's Liability Expert Witness to Opinions Contained in Plaintiff's Liability Expert Report and Deposition Testimony;

6. Motion *in Limine* to Preclude Hearsay Statements Purportedly Made by Curtis Ficklin;

7. Motion *in Limine* Precluding Evidence Referring or Relating to Apparent Agency; and,

FAXON LAW GROUP, LLC
59 ELM STREET - NEW HAVEN, CT 06510
TEL. (203) 624-9500 - FACSIMILE (203) 624-9100 - JURIS NO. 421593

8. Motion in *Limine* / Objections Pertaining to Certain Exhibits Marked for Identification by Plaintiff

Defendant reserves the right to file additional Motions *In Limine,* as necessary, prior to and, during trial.

|  |  |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| BY: Brittany S. Cates (CT27106)<br>Brittany S. Cates (CT27106)<br>Faxon Law Group, LLC<br>59 Elm Street<br>New Haven, Ct. 06510<br>Tel. (203)624-9500<br>Fax.  (203)624-9200<br>bcates@Faxonlawgroup.com | BY: /s/ Charles F. Gfeller<br>Charles F. Gfeller (ct18119)<br>Shrina B. Faldu (ct29581)<br>Seiger Gfeller Laurie LLP<br>West Hartford Center<br>977 Farmington Avenue, Suite 200<br>West Hartford, CT 06107<br>Tel. 860-760-8400<br>Fax. 860-760-8401<br>cgfeller@sgllawgroup.com<br>sfaldu@sgllawgroup.com |

FAXON LAW GROUP, LLC
59 ELM STREET - NEW HAVEN, CT 06510
TEL. (203) 624-9500 - FACSIMILE (203) 624-9100 - JURIS NO. 421593

**CERTIFICATION OF SERVICE**

      I hereby certify that, on April 17, 2019, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                By/s/ Brittany S. Cates_____
                                                   Brittany S. Cates

FAXON LAW GROUP, LLC
59 ELM STREET - NEW HAVEN, CT 06510
TEL. (203) 624-9500 - FACSIMILE (203) 624-9100 - JURIS NO. 421593