# Exhibit C

Ficklin, Curtis A                           97187
2/01/2017 - 2/28/2017, Selected      1 Employee(s) Selected
range of dates



| Date | Schedule | In | Out | Transfer | Pay Code | Amount | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|
| Wed 2/01 | | 8:00AM | 4:11PM | | | | 8.25 | 8.25 | 8.25 |
| Thu 2/02 | | 7:51AM | 4:09PM | | | | 8.5 | 8.5 | 16.75 |
| Fri 2/03 | | 7:51AM | 4:10PM | | | | 8.5 | 8.5 | 25.25 |
| Sat 2/04 | | 7:00AM | 4:10PM | | | | 9.25 | 9.25 | 34.5 |
| Sun 2/05 | | 7:03AM | 1:33PM | | | | 6.5 | 6.5 | 41.0 |
| Mon 2/06 | | | | | | | | | 41.0 |
| Tue 2/07 | | | | | | | | | 41.0 |
| Wed 2/08 | | 8:02AM | 4:11PM | | | | 8.25 | 8.25 | 49.25 |
| Thu 2/09 | | 8:08AM | 4:15PM | | | | 8.0 | 8.0 | 57.25 |
| Fri 2/10 | | | | | | | | | 57.25 |
| Sat 2/11 | | 7:04AM | 4:11PM | | | | 9.25 | 9.25 | 66.5 |
| Sun 2/12 | | 7:02AM | 4:13PM | | | | 9.25 | 9.25 | 75.75 |
| Mon 2/13 | | | | | | | | | 75.75 |
| Tue 2/14 | | | | | | | | | 75.75 |
| Wed 2/15 | | 7:45AM | 4:10PM | | | | 8.5 | 8.5 | 84.25 |
| Thu 2/16 | | 7:56AM | 4:09PM | | | | 8.25 | 8.25 | 92.5 |
| Fri 2/17 | | 7:56AM | 4:13PM | | | | 8.25 | 8.25 | 100.75 |
| Sat 2/18 | | 6:58AM | 4:20PM | | | | 9.25 | 9.25 | 110.0 |
| Sun 2/19 | | 7:02AM | 4:18PM | | | | 9.25 | 9.25 | 119.25 |
| Mon 2/20 | | 6:59AM | 8:11AM | | | | 1.25 | 1.25 | 120.5 |
| Tue 2/21 | | 6:57AM | 8:35AM | | | | | | |
| | | 10:48AM | 4:16PM | | | | 7.0 | 7.0 | 127.5 |
| Wed 2/22 | | | | | | | | | 127.5 |
| Thu 2/23 | | | | | | | | | 127.5 |
| Fri 2/24 | | 6:59AM | 4:07PM | | | | 9.0 | 9.0 | 136.5 |
| Sat 2/25 | | 6:56AM | 4:07PM | | | | 9.0 | 9.0 | 145.5 |

DEFENDANT'S EXHIBIT
CASE NO. 3:17-CV-00568-WWE
EXHIBIT NO. 511

OKEMO0025

| Date | Schedule | In | Out | Transfer | Pay Code | Amount | Shift | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|
| Sun 2/26 |  | 6:59AM | 2:15PM |  |  |  | 7.25 | 7.25 | 152.75 |
| Mon 2/27 |  |  |  |  |  |  |  |  | 152.75 |
| Tue 2/28 |  |  |  |  |  |  |  |  | 152.75 |

Totals

All                                         All

| Account | Pay Code | Amount | Wages |
|---|---|---|---|
| 810/810-LOPER/00/00001/00/00/00 | OVERTIME | 7.5 | $0.00 |
| 810/810-LOPER/00/00001/00/00/00 | REGULAR | 145.25 | $0.00 |
| 810/810-LOPER/00/00001/00/00/00 | TOTAL HOURS | 152.75 | $0.00 |
| 810/810-LOPER/00/00001/00/00/00 | TOTAL OVERTIME | 7.5 | $0.00 |