# Exhibit D

CONFIDENTIAL



OKEMO
MOUNTAIN RESORT

# Lift Operations



# DEPARTMENT SPECIFIC MANUAL

## Effective: November 1, 2016



OKEMO0055

CONFIDENTIAL

# LIFT OPERATIONS
## DEPARTMENT SPECIFIC MANUAL
### Table of Contents

| | |
|---|---|
| What We Stand For | 1 |
| Our Principles | 1 |
| Our Dream | 1 |
| Our Plan | 1 |
| Our Values | 2 |
| The Okemo Brand Experience | 3 |
| "The Okemo Difference" | 7 |
| Glossary of Okemo Terms | 8 |
| Your Responsibility Code | 9 |
| Job Expectations | 10 |
| Lift Foreman Job Description | 11 |
| Lift Operator Job Description | 12 |
| RFID Ticket Checker Job Description | 13 |
| Introduction to Lift Operations | 13 |
| Lift Foreman | 13 |
| Lift Operations | 14 |
| Photos of Lift Controls | 16 |
| Guest Services | 16 |
| The Duties and Responsibilities of Lift Attendants | 17 |
| Ramps & Corral Systems | 17 |
| Lift Buildings | 17 |
| Morning Inspection of Chairs | 18 |
| Lost Skis, Snowboards and Poles | 18 |
| Disabled Skiers & Sit Skiers | 18 |
| Gate Keeping | 18 |
| RFID Gate Access | 19 |
| Diagram of a Chairlift | 20 |
| The Log Sheet | 21 |
| Green Ridge Bottom Log Sheet | 22 |
| Green Ridge Stops Log Sheet | 23 |
| F-10 Carpet Log Sheet | 24 |
| F-10 Carpet Stops Log Sheet | 25 |
| Solitude Bottom Log Sheet | 26 |
| Solitude Stops Log Sheet | 27 |
| Skiing/Riding | 28 |
| Communications | 29 |
| Lift Phone Tree Message System | 29 |
| Lift Operator Safety | 29 |
| Safety Data Sheets (SDS) | |

CONFIDENTIAL

Bottom Lift Operators - Critical Work Expectations (CWE's)     30
Top Lift Operators – Critical Work Expectations (CWE's)        31.
Proper Clothing and Accessories                                31
Dress Code                                                     32
Starting Times                                                 32
Snowstorms                                                     32
Lunch Policies                                                 32
Schedules                                                      32
Smoking & Tobacco Policy                                       32
The Smart Style Program                                        33
Notes                                                          34

OKEMO0057

CONFIDENTIAL

OKEMO 🄖

# What We Stand For
## Defining "The Okemo Difference"

**Our Principles**     **Our Dream**     **Our Plan**     **Our Values**

## Our Principles
Our Principles are what we stand for.

INTEGRITY – We treat others with *integrity* – Honesty, Respect & Responsibility.
SUCCESS – We foster a culture of *success*.
FORWARD THINKING – We *dream* of the future.

## Our Dream
"We will be Vermont's authentic four season mountain resort where guests connect with the land and each other."

## Our Plan
"We move towards Our Dream by delivering "The Okemo Difference" for every internal and external guest."

"The Okemo Difference" Definition: "The Okemo Difference" is giving our Extra 1% in both your attitude and actions.

## Our Values
Our values give us day-to-day direction. We will not compromise these values as we create ."The Okemo Difference."

*SAFETY* – Our team is focused on a safe workplace.
  • We think and act responsibly.
  • We care about each other.
*SERVICE* – We strive to exceed guest expectations.
  • We are Helpful and Friendly.
  • We deliver superior, branded experiences and products.
  • We pay attention to the details – we own our work.
*SUSTAINABILITY* –
  • **Profitability** – Financial profitability ensures resort and employee responsibility.
  • **Environment** – As good stewards of the land, we protect our spectacular natural environment.
  • **Community** – As responsible citizens, we enhance and support our local communities.

OKEMO0058

1

CONFIDENTIAL

OKEMO

*TEAMWORK* – It takes all employees working together to be successful.
- We are humble – there is no "I" in Team.
- We are equals.
- We respond positively to change.

# The Okemo Brand Experience

It is the experience our guest has at our resort – *"The Okemo Difference"* – which is the unique experience of superior value that we give our guests.



| EXPERIENCE | PLACE |
|---|---|
| Discovery, Adventure, Escape | An escape to the natural beauty of our Vermont |

### Okemo Brand Promise

*We inspire your passion for discovery, exhilaration and tradition.*

| PEOPLE | RELATIONSHIP |
|---|---|
| The Okemo Family: Passionate, Caring, Dedicated | Genuine, Welcoming Connections |

2

OKEMO0059

CONFIDENTIAL

OKEMO

## "The Okemo Difference"

At our resort, we have high expectations for service to our guests. Our team is dedicated to providing the highest quality service in the resort industry. It is our job as members of the team to exceed our external guests' expectations so they will return to our resort and recommend us to family and friends. Our service program is built around going above and beyond guest expectations by giving 101%, the Extra 1%. This service tool outlines expectations for guest service and models behaviors and actions so that every one of us will be successful in delivering the Extra 1%, every time, with every guest.

## Be Friendly

Connect with the guest. Smile and make eye contact. Be genuine. Look for opportunities to engage the guest in conversation. Share your passion for the resort, your job, the outdoors, vacationing, and recreating. Practice the 5/10 foot rule – if you are within ten feet of a guest, smile and make eye contact; if you are within five feet of the guest, say hello. Ask yourself:

- Do I smile and make eye contact with each guest?
- Do I hold the door open for the guest?
- Do I give the guest my undivided attention?
- When I answer the phone, do I:
  - speak with a pleasant tone?
  - identify the resort and the department?
  - give my name?
- Do I always thank the guest?
- What is my body language telling the guest?

## Be Helpful

Guests have high expectations for their experiences at our resort. Go out of your way to be helpful. If you see a guest who appears to need help or has questions, approach them and ask how you can help.

Know your job. If you do not know the answer, have your tools readily available – Pocket Guide, department manual, job procedures, and most importantly, use your fellow team members and supervisor as a resource. The collective knowledge of a team is invaluable. Ask yourself:

- Am I approachable?
- Am I in uniform, with nametag, so guests know that I am a team member?
- Do I carry my Pocket Guide?
- Am I familiar with the products and services offered in my department?
- Do I know where to go to get answers to questions I am not familiar with?
- Am I careful not to complain in front of the guest?

Being helpful involves making suggestions on purchases or experiences. Evaluate the needs of a guest and suggest the products within the department and resort as a whole that you feel best meet their needs. To effectively make a suggestive sale, do the following:

### A. Ask permission before making the suggestion:
Would you like to try some soup today?
Have you considered trying out the Adventure Zone?

### B. Point out the benefits of the suggestion:

3

CONFIDENTIAL



It is a little chilly. It is a great day for soup!
Our Snowcat Excursion is a great adventure with breathtaking views. It's a one-of-a-kind experience!

C. **Help the guest decide by suggesting two possible choices:**
The chowder and soup of the day are my favorites.
Jackson Gore offers the Timber Ripper Mountain Coaster or Tubing – great to experience on your own or with friends and family.

Time can be a constraint on suggesting sales. We understand this, but be creative. There may be moments when you can talk to a guest while they are waiting in line, waiting for a credit card authorization, or collecting their items at a counter. We always need to be mindful to balance between enhancing one guest's experience and servicing the next guest in line. This is a delicate balance. Know when you have opportunities and use your time wisely.

To be successful in being helpful it is important to remember that asking questions is hard for some guests because it makes them feel stupid. We have to invite our guests to ask questions. Create a culture of understanding where there are no stupid questions and all questions will receive sincere consideration and a genuine answer.

Know your department, know the resort – guests expect us to be the experts! By being experts, we will share our passion for what we do!

## Be Proactive!
We have numerous guest contact points where our guests form an impression of our services, either positive or negative. It is everyone's job to monitor these areas, within our department and the resort as a whole, so we can improve upon our service delivery. If we see a concern, we need to be prepared to solve it. Here are some scenarios of how we can solve concerns, be proactive, and enhance the experience of the guest. Think of how you can translate these examples into your area of operation and influence. Remember, we all influence the guest experience.

Examples:

- A mother walks up to the cashier and asks what types of activities her kids can do in the base area. Explain to the mother all activities available for kids of all ages—for example, age specific activities and hours of operations.
- A dad is here with his two children, ages 4 and 5. He asks what options are available for his children while he takes a few runs on the mountain. Suggest the Penguin Playground Daycare Center or lessons for each through the Ski + Ride School. Reservations can be made by calling (802) 228-1600, or stopping by the Resort Services desk for lessons or the daycare center to book space for childcare.
- A group of twenty 12 to 13 year olds come in and want to get a group rate for riding the Timber Ripper. Explain that group rates are available through the Group Sales Center. Be sure to inform them that they will need a release form signed by a parent/guardian in order to ride the Timber Ripper. The Group Sales Center is located at the Clock Tower Base Area.
- A couple from Massachusetts wants to go snowshoeing. You know that there is weather coming in the afternoon. Share the weather facts and information and how they can safely enjoy their snowshoe trek up the mountain. Offer them trail maps, recommend they wear appropriate clothing, and bring plenty of water. Let them know that some of these items are available at the Mountain Outfitters at

OKEMO0061

CONFIDENTIAL

OKEMO

Jackson Gore. See if you can up-sell any merchandise they would need to make them have the best experience. Examples might include warm gloves or hand warmers.

- A family who has never visited our resort has asked what to do here. Explain how to make reservations for a Snowcat Excursion, a unique experience! Give them information on other activities including: après ski entertainment at the Sitting Bull, the events for the weekend, ice skating at the Jackson Gore Ice House, outdoor BBQ at the Sugar House, and more.
- A party of four would like to go Nordic skiing. Direct them to Okemo Valley Nordic Center located between the Clock Tower base area and the Jackson Gore base area. Promote the outstanding views and peaceful environment. Explain that rentals are available and the Nordic Shop has great deals on winter clothing. The Nordic Center is located approximately 1 mile north of the Okemo Access Road on Fox Lane, a right hand turn just before Route 100.
- A family of four would like to sharpen their golf skills. Connect them with our Pro Shop where they can try out the indoor golf simulation stations. The Pro Shop is located approximately 1 mile north of the Okemo Access Road on Fox Lane, a right hand turn just before Route 100.
- We are experiencing inclement weather and a family approaches wanting to know indoor options for recreation. Promote the many activities and alternatives in this situation: The Spring House pool and fitness center to include fitness classes such as Zumba and yoga, spa treatments and massage, sauna, etc.

## Solve Quickly and Solve Well

We understand that there are times when a guest will be having a difficult time. It is our reaction to this that makes "The Okemo Difference." People appreciate empathy. Find out the problem quickly. Let the guest know that you understand their situation and will seek a solution.

**Examples:**
- "Looks like you have got your hands full with your two toddlers – could I get you a high chair?"
- "I am sorry you have had to wait in line today. Let's see if we can get this processed quickly."

There are hundreds of reasons why a guest may be upset. Some of those reasons may have nothing to do with you, others may be entirely your responsibility. Some you may have control over, others you simply have to understand and do your best to work out the problem. Examples of product issues can include incomplete orders, slow service, a lost reservation, a billing error, out of stock merchandise, a fully booked service, or a change in price, to name a few.

Never take things personally when dealing with a disappointed guest, even if you are being blamed for the problem. Never complain about co-workers – support the entire team when things go well and when things do not go well. Our goal is always problem solving. To solve well:

- L = Listen to the guest.
- A = Apologize for the problem.
- S = Solve the problem – seek your supervisor if necessary and let the guest know your plan to do so.
- T = Thank the guest for their feedback. This is a powerful gesture.

Let's not forget non-verbal communication. This is key to successfully solving a guest concern sincerely.
- **Voice Tone** – do not show anger, use a calm, soothing tone
- **Body Language** – show you are attentive with good posture
- **Facial Expressions** – don't scowl, use good eye contact
- **Gestures** – don't cross your arms, use an "open" position
- **Touching** – never touch an upset person
- **Swearing** – never use profanity

5                                                                    OKEMO0062

CONFIDENTIAL

OKEMO

Solving is really about personalizing the interaction: you pledge personally to work together with your guest to resolve their problem.

## Attention to Detail

Attention to detail is a critical part of our business. It is important to maintain a high level of cleanliness and organization in our public areas as well as work areas. Always be prepared for an external guest to visit your work area. Every employee is responsible for the upkeep and care of their area. Take time every day to look at your space from the eyes of the guest. A neat, professional area tells our guests we care.

When you successfully pay attention to the details, you are: ready to go-on time-for the guest, you project a neat and clean appearance, you use accurate, professional signage in your department – you show you care.

## Putting Service in Perspective

Reflect on personal service experiences. Think of an instance where a bad first impression or attitude affected you personally. Consider an instance where a positive first impression or attitude helped solve a problem or made an interaction a positive experience—an experience you would consider participating in or purchasing again. Lastly, what is one thing you can do to improve your own attitude or first impression you make on our guests?

## Conclusion

Remember, what we do for our external guests is what we also must do for our internal guests – our fellow team members. It is only through a strong, respectful team that we can deliver "The Okemo Difference" to our guests and each other.

# Providing Exceptional Service to Our Guests

**Observe the Guest**
Is the guest lost or confused?
Is the guest annoyed or frustrated?
Is the guest new to our recreation activities?
Is the guest with family? Friends?

**Anticipate the Guest's Needs**
What are guests expecting?
What does the guest need from me?
Am I prepared?
Do I have the answers?
Is my work area ready for the guest, with a high level of attention to detail?

**Prioritize the Guest's Needs**
How can I best provide the finest quality resort experience and friendliest guest service?

**Act on the Guest's Needs**
Smile and enjoy what you do, suggest sales/experiences to enhance their experience.
Share your passion and knowledge.

*The Difficult Guest training material was used in this publication.*

6

CONFIDENTIAL



# Glossary of Okemo Terms

**ATTENTION TO DETAIL** – A clean, organized work area and efficient operating systems send the message that we care about our guests – internal and external.

**DID YOU KNOW** – We look for "Did You Know" opportunities to share with our guests. If we tell them about what we have to offer, we will enhance their experience.

**EXTERNAL GUEST** – External Guests are those people who visit Okemo, whether they are skiers, boarders, golfers, sales people, delivery people or people we talk with over the telephone or via email.

**EXTRA 1%** – We give our Extra 1% to exceed our guests' expectations – internal and external.

**INTERNAL GUEST** – An Internal Guest is your fellow employee.

**ONE-MINUTE CRITIQUES** – Feedback is important. If an employee should be doing something differently or better, they need to be given that opportunity. If you are given a One Minute Critique, do not be discouraged. It means that the person cares enough to tell you what needs to be corrected, and they think you are capable of making that correction.

**ONE-MINUTE PRAISINGS** – No one has ever come to any harm from a pat on the back. We look for opportunities to let fellow employees know when they are doing a great job.

**SAFETY FIRST** – Safety is an Okemo Value that we take very seriously. We want you to be safe. Safety topics that are pertinent to your department are discussed at weekly Team Meetings.

**THE CLEAN TEAM** – At Okemo we are all part of The Clean Team. We want our facilities and grounds to shine so maintenance and cleanliness are key.

**THE GREEN TEAM** – At Okemo we are all part of The Green Team because we believe in being good stewards of the land and in protecting the environment.

**THE OKEMO DIFFERENCE** – "The Okemo Difference" is giving your Extra 1% in both your attitude and actions.

**THE OKEMO TEAM** – Teamwork is an Okemo Value. T.E.A.M. - Together Each Achieves More. At Okemo we understand that everyone working as a team is much more effective than individuals or individual departments working by themselves. It also makes the job more fun when you have the help and support of others.

**THE OKEMO TEAM LOOK** – The way you dress, the way you carry yourself and your cleanliness are all part of the Okemo Team Look. Guests need to recognize Okemo employees. Once they have identified our employees, they need to feel they are professionals at what they do. If we look professional and neat, people assume we are knowledgeable, friendly and helpful.

**THE RESORT LOOK** – Our facilities and area of operation reflect who we are to our guests. The Resort Look reflects our Brand – our uniqueness. It shows our guests we care and helps them relate to us. It encompasses cleanliness, consistency and professionalism.

OKEMO0064

CONFIDENTIAL

OKEMO

# Your Responsibility Code

1. Always stay in control and be able to stop or avoid other people or objects.

2. People ahead of you have the right of way. It is your responsibility to avoid them.

3. You must not stop where you obstruct a trail, or are not visible from above.

4. Whenever starting downhill or merging into a trail, look uphill and yield to others.

5. Always use devices to help prevent runaway equipment.

6. Observe all posted signs and warnings. Keep off closed trails and out of closed areas.

7. Prior to using any lift, you must have the knowledge and ability to load, ride, and unload safely.

8. When snowshoeing be sure to stay on the side of the trail at all times and avoid snowshoeing alone.

# Know the Code.

## It's Your Responsibility.

*This is a partial list. Be safety conscious.*

Officially endorsed by the

# NATIONAL SKI AREAS ASSOCIATION



OKEMO0065

CONFIDENTIAL

OKEMO

# Job Expectations

"Footnote"

We provide a superior experience for every guest and employee – sharing our passion, making memories. It is expected that each employee will understand, articulate, fulfill, and not compromise Our Principles, Our Dream, Our Plan and Our Values.

- Resort Asset Management, LLC/Okemo Limited Liability Company d/b/a Okemo Mountain Resort has established a policy of Equal Employment Opportunity for all persons free from discrimination based upon race, color, religion, national origin, sex, place of birth, age (over 18), physical or mental disability, genetic information, sexual orientation, gender identity, ancestry, HIV status, military or veteran status, or any other category protected by state, federal or local law. We prohibit retaliation against a person because they complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

- All employees must have the ability to work in a team environment, with a professional guest focused attitude at all times, and be able to work weekends and holidays as needed. Employees must maintain the proper appearance and provide proper clothing for the position as outlined in the specific job description and in the employee handbook.

- Okemo Mountain Resort is an "at-will" employer and reserves the right to terminate any employee, at any time, with or without cause or reason, and with or without advance notice.

- Employees are responsible for an awareness of all safety programs and procedures.

- Should your job involve skiing, riding or mountain biking, it is our expectation that while you are working you do not access terrain that is above your ability level. Speak with your supervisor to determine your approved ability level. Equipment for skiing/riding/mountain biking positions must be current and in proper working order with the proper settings for your ability level as determined by a certified mechanic. Safety devices must be in place.

- Note, this job description can change, be amended, with duties added or removed at the discretion of Okemo Mountain Resort.

OKEMO00066

CONFIDENTIAL

OKEMO 

| | | |
|---|---|---|
| Position: | Lift Foreman | Updated: September 23, 2016 |
| Department: | Lift Operations | FLSA: Non-Exempt |
| Supervisor: | Lift Operations Manager | |

**Essential Functions/Responsibilities (to include, but not limited to the following):**
- Responsible to assist the public in loading and unloading a ski lift, including giving instruction when necessary, maintaining snow on ramps and in corrals
- Work efficiently as a gatekeeper and orchestrator
- Act as lead operator and mentor new staff in developing their work skills
- Determine working locations around individual lifts
- Handle guest relations in a friendly and courteous manner
- Ensure that our staff members practice safe techniques in all aspects of lift operations
- Observe Critical Work Expectations as outlined during training

**Skills (to include the following):**
- Strong communication skills and good judgment skills in dealing with the guests
- Ability to react quickly under pressure
- Ability to complete paperwork and keep records in and organized fashion

**Physical Demands (to include, but not limited to the following):**
- Ability to lift 75 pounds (heavy lifting)
- Ability to shovel snow, operate a ski lift, load and unload guests on a ski lift, direct guests through lift lines, and maintain snow conditions in lift areas in all weather conditions
- Ability to stand, sit, walk, bend and climb for long periods of time, as well as, handle climate changes
- Overhead reaching ability, ride on a snowmobile and chairlift as a passenger

**Certifications/Diplomas/Prerequisites:**
- High School or trade school diploma is preferred

*Please see "Footnote" on Page 9.*

10                                                                      OKEMO0067

CONFIDENTIAL

OKEMO

Updated: October 15, 2015

**Position:** Lift Operator

FLSA: Non-Exempt

**Department:** Lift Operations

**Supervisor:** Lift Operations Manager

**Essential Functions/Responsibilities (to include, but not limited to the following):**
- Responsible to assist the public in loading and unloading a ski lift, including giving instruction when necessary, maintaining snow on ramps and in corals
- Work efficiently as a gatekeeper and orchestrator
- Help maintain a safe work environment by observing Critical Work Expectations outlined during training
- Handle guest relations in a friendly and courteous manner

**Skills (to include the following):**
- Strong communication skills and good judgment skills in dealing with the guests
- Ability to react quickly under pressure
- Ability to complete paperwork and keep records in and organized fashion

**Physical Demands (to include, but not limited to the following):**
- Ability to lift 75 pounds (heavy lifting)
- Ability to shovel snow, operate a ski lift, load and unload guests on a ski lift, check tickets, direct guests through lift lines, and maintain snow conditions in lift areas in all weather conditions
- Ability to stand, sit, walk, bend, reach overhead and climb for long periods of time, as well as, handle climate changes
- Ability to ride on a snowmobile and chairlift as a passenger

**Certifications/Diplomas/Prerequisites:**
- High School or trade school diploma is preferred

*Please see "Footnote" on Page 9.*

11

OKEMO0068

CONFIDENTIAL

OKEMO

**Position:** RFID Ticket Checker

**Updated:** October 30, 2015

**Department:** Lift Operations

**FLSA:** Non-Exempt

**Supervisor:** RFID Supervisor

**Essential Functions/Responsibilities (to include, but not limited to the following):**
- Responsible for monitoring the RFID gate system for proper guest lift access
- Orient skiers and snowboarders on appropriate use of their access cards
- Assist guests with non-functional ticket issues
- Communicate with indoor staff to resolve guests issues in an efficient manner
- Coordinate with the lift supervisors on unresolved guest issues and/or theft of service issues
- Additional duties as requested by the supervisor

**Skills (to include the following):**
- Strong guest service orientation with excellent communication skills
- Ability to work in a fast-paced environment, juggling numerous situations simultaneously
- Advanced level skier or snowboarder

**Physical Demands (to include, but not limited to the following):**
- Ability to communicate via two-way radio or phone
- Ability to work outdoors in all types of weather for the duration of the work shift
- Ability to work a shift that varies daily
- Ability to walk on all types of outdoors terrain in order to access all lifts
- Ability to ride a snowmobile as a passenger to access all lifts
- Ability to endure long periods or sitting and/or standing
- Ability to lift 50 pounds (medium lifting)
- Ability to ski/ride all terrain at an advanced level

**Certifications/Diplomas/Prerequisites:**
- High school diploma or equivalent preferred

*Please see "Footnote" on Page 9.*

OKEMO0069

CONFIDENTIAL

OKEMO ☺

# Introduction to Lift Operations – 2016-2017

This manual is for employees of the Lift Operations Department. It covers the areas of lift operations and procedures. As a lift operator, you are an important part of our on-mountain public relations force. The public will associate you with Okemo Mountain Resort, as you will be in contact with them each time they ride the lift. Please conduct yourself courteously and professionally.

By reading this manual carefully, we expect you to develop the skills and understanding of lift operations and of service to our Okemo guests.

## Lift Foreman

Each lift at Okemo has a lead operator known as a Lift Foreman. The Lift Foreman is responsible for working with the other lift department employees to run a smooth and efficient lift. The Lift Foreman will determine working locations around the individual lifts, as well as ensuring that employees practice safe and proper operating techniques in all aspects of lift operations. The Lift Foreman is the first line employee responsible for handling guest service issues such as ticket problems. **The Lift Foreman is also responsible for making sure the lift log sheet is filled out completely.** It is the job of all employees to work as a team on each lift to give the best possible guest service. If there is a problem at your lift please be sure to discuss it with the Lift Foreman.

## Lift Operations

All lifts must have an operator at each station (top and the bottom), whenever they are loading guests. Do not load a lift with guests without having attendants at each of the stations. Each time the lift is started, contact the top attendant and notify him or her that the lift is going to be started.

Familiarize yourself with the controls of the lift. Most lifts have two or more stop buttons, a safety gate, and emergency shutdown button. Most lifts are also equipped with slow buttons to run the lift at a slower speed. For day-to-day operations of the lifts, use the service stop and slow controls. The emergency shutdown is for use solely to prevent a roll back of the lift. That is the only time you would need to engage the emergency shutdown button during normal operation.

OKEMO0070

CONFIDENTIAL

OKEMO



OKEMO0071

CONFIDENTIAL

OKEMO ☺

Before a lift is started, check the lift log to ensure the lift has cleared. If necessary, check with the lift manager(s)/supervisor(s) to see if any clearing still needs to be done.

It is necessary to occasionally close the lift during the operational day to perform routine maintenance. While such maintenance is being done, the main power switch should be turned off so the lift will not start while it is being worked on. A yellow padlock will be used on the main power switch while this maintenance is taking place. If you are asked to restart the lift, wait until you are notified by lift maintenance that the work has been completed and the lift is clear of maintenance personnel. Maintenance or a lift operations manager(s)/supervisor(s) will then unlock the yellow padlock and the lift attendants will proceed with the operation of the lift.

Most lifts have a counter weight or hydraulic tension system that works to maintain a constant tension on the hauling cable as the skier/rider load varies. Accumulations of snow and ice on and around traveling terminals can interfere with the purpose of this system. The snow in and around the terminals should be removed and monitored on a daily basis. This includes the locations under the counter weight and between the carriage tracks.

As the volume of skiers in lift lines increases, the bottom lift attendants are responsible for opening more lanes of the corral as needed. Work toward an orderly and sequential movement of skiers through the lift line.

At the end of each day, when the last guest is sent up the lift, pull the last chair corral across entrance chutes then put the last chair sign on the chair following the last guest. That chair number is then called up to the top attendant. Enter the chair number and your initials in the daily lift log at both top and bottom to record the last chair of the day and time.

## AFTER THE LAST CHAIR SIGN HAS BEEN SENT UP ABSOLUTELY NO PERSON IS TO BE LOADED ONTO THE CHAIR LIFT.

At the end of each day, the top attendants will work on their ramp to allow the ramp to set up for the following day. When the last chair sign arrives at the top of the lift, the top attendant stops the lift and then works on their ramp. (Certain lifts have a chair # that the chair is shut down on every day). Each attendant should check to see that the power at their location is off and that the lift building is in a clean condition.

Heaters must be left on overnight in all lift buildings or motor rooms containing a control power panel. It is important to keep the shack heated because in cold weather, the electrical relays may not be operational. The heaters need only be kept on a low setting.

When everything is ready for the next day of operation, lock the lift building and return to the base area. **Turn in paperwork.**

15                                                          OKEMO0072

CONFIDENTIAL

OKEMO ⊙

## Guest Services

Guests come to Okemo Mountain Resort for the purpose of enjoying the free time that they have in their busy lives. *Guest Service* is caring for others in a sincere and helpful manner. Okemo has developed a program called "THE OKEMO DIFFERENCE" which is a guest service program that strives to meet or exceed the expectations of our guests. All employees must consider themselves GUEST SERVICE AMBASSADORS. In order to accomplish our goals, the following ideas should be kept in mind:

ANTICIPATE. Try to anticipate what a guest needs and treat them as you would like to be treated.

HAVE FUN. Having fun is contagious. If you're not having fun, our guests will not have fun. If you are, our guests will also. This also applies to your working associates.

SMILE. If you are smiling, chances are our guests will be too!

ACCEPT. Accept people as they are and not as we want them to be.

FLEXIBILITY. People do not like hearing no. If possible, get them what they want or need. If you cannot help them, ask for assistance from a supervisor.

TALK. Speak to people. Acknowledging people makes them feel good about being here. A friendly "Hello" or "Good Morning" goes a long way.

Remember *WHY* we are here:
*To provide an enjoyable skiing and vacation experience for our guests.*

# The Duties and Responsibilities of Lift Attendants

The bottom attendants are assigned to assist guests in loading the chair lift. As the sign at the bottom of each lift states, some skiers and snowboarders may ask lift attendants for the correct procedure for loading and each attendant is expected to know and to be able to explain the proper procedure. Under the responsibility code for all skiers and snowboarders, they are required to be familiar with the lift before they attempt to load. If the guest does not know how to load the lift, they are expected to ask (you) and you are expected to be able to explain this to them.

Each morning, certain items must be checked before the lift is run. The mechanical operations of the lift are covered in a different section. The following is a list of the non-mechanical functions of a lift attendant:

        OKEMO0073

Case 3:17-cv-00568-KAD   Document 102-4   Filed 05/16/19   Page 21 of 38

CONFIDENTIAL

OKEMO 🟢

## 1. RAMPS & CORRAL SYSTEMS

The ramps and corral system are an important part of maintaining an even flow of skiers and snowboarders up the lift. They are to be kept in good condition and clear of obstacles. If corrals need repair, take them out of service and notify a supervisor.

### RAMPS

At each Chairlift there is a wooden framework built on the sides of the ramp. This wooden framework is known as a screed. The screeds are to be used as guides for grading the snow on the ramps. The load platforms are built at a distance of approximately 20" +/-2" below the seat of the chair, which should contact the average skier somewhere near the back of the knee. Use the screed boards as a guideline for snow level when grading the lift ramp with snow. The ramps should always be snow covered.

### CORRALS

Corrals are designed for the organized and systematic process of getting our guests through a lift line and onto the loading area. Proper orchestration of the lift lines will keep guests from waiting for the lifts out near the trail areas. Corrals should be level with the first lane at a slight downgrade. Bottom lift attendants are expected to observe the volume of skiers in the lift line and open additional lanes as needed.

All snow maintenance on both ramps and corrals should be done periodically throughout the day and at the close of each day after the lifts are shutdown. This allows the snow to set up overnight.

## 2. LIFT BUILDINGS

Each lift building is designed for the housing of lift controls and lift materials, not as a building in which the attendant is to stand. Okemo Mountain requires that these buildings be maintained and kept clean by the attendants. The floors of these buildings are to be kept free of any trash or papers. In the past, there has been a problem with the defacing of lift building walls. The defacements of walls is grounds for dismissal. In essence, these buildings are to be kept clean and neat.

Each building should be equipped with one flat shovel, one scoop shovel, two rakes, one broom and a fire extinguisher in good working order. Be sure that all of these tools are in place in your building.

Lift buildings are equipped with heaters designed to moderately warm the buildings. Heaters should be kept in the medium range during the day. At night, heaters should be turned down to keep the electrical components warm. All buildings should have lights out and be locked before the attendant leaves at the end of each day. It is also important to remember that the lift buildings are to be used by *AUTHORIZED OKEMO EMPLOYEES ONLY.*

## 3. MORNING INSPECTION OF CHAIRS

Each morning the chairs on the lift will be checked by both the top and bottom attendants. At the time of opening, chairs should be ready for skiers/riders and swept of snow. Often, when snowmaking is in progress, chairs may be covered with very hard snow. One technique is to hit the bail of the chair, or directly on the seat depending on the volume of the snow and the

OKEMO0074

CONFIDENTIAL

OKEMO

situation. Remember that the skiers should be provided with a chair that has been cleared of snow and ice if at all possible.

Chairs with an excess buildup of snow due to snowmaking or natural snowfall should not go around the bullwheel at either terminal. The chair may swing due to its increase in weight, which may cause a lift malfunction. If you have a question about the volume of snow on a chair on a given morning, contact your lift manager or supervisor.

While the chairs are being cleaned, check each one for such things such as missing or loose chair pads, spacing of chairs, broken seats, loose hanging or missing springs, or anything else that may be out of the ordinary. Report these conditions to your manager or supervisor.

## 4. LOST SKIS, SNOWBOARDS AND POLES

If a guest has lost a piece of equipment on a chair or a Poma, stop the lift. At this point, even if you can reach the guest, you may not be in a position where you can assist them to put their equipment back on. Hand the equipment to them or the guest in the next chair. Contact the top operator and tell them the chair number so that they may slow or stop the chair to allow the skier/rider to unload. The top operator, once receiving this information, must pay attention the chair numbers as they come up the mountain. When the skier/rider with the missing equipment reaches the ramp, stop or slow the lift accordingly to allow the guest to unload. Assist them if they need help in getting off of the chair. Then contact the bottom operator and have them restart the lift or bring the lift up to speed.

## 5. DISABLED SKIERS & SIT SKIERS

Here at Okemo, disabled skiers enjoy our resort as do our non-disabled guests. They are to be offered all the amenities that are given to any of our guests. Disabled skiers are allowed to use the cut line. Please be flexible as to how many helpers there are. Some guests require more than one. Help them as much as they may need help. Use the slow at the discretion of the disabled skiers. **If you are not sure, ask!**

## 6. GATE KEEPING

Another important aspect of operating a lift is the job of gate keeping. As a gatekeeper, you will be stationed on the side of the chutes. Your job is to assist in directing the next group of skiers/riders to the "load here" line after the chair has passed them. Our guests may need some vocal or hand commands to tell them when to go. Be sure to be courteous yet firm when directing the guests and instructing them what to do.

## 7. RFID GATE ACCESS

Checking of gate access at the lifts is how Okemo is sure that a guest has purchased the opportunity to ski/ride on a given day. It is the responsibility of every operator to be sure that the guest has access to the lifts with an RFID pass. If there is an access issue at one of the gates, it should be addressed in a friendly and inquiring way. Operators should also be trying to remember guests who come through numerous times and develop a rapport with the guests. This makes the time more enjoyable for the operator and the guest. If an operator remembers a person on a given day, it helps. Use your discretion or ask the lift foreman for guidance. Ensuring gate access is a critical part of the lift operations team.

CONFIDENTIAL

OKEMO



GRIP

GOOSENECK

BAIL

RESTRAINT BAR

CHAIR SEAT & BACK

19

CONFIDENTIAL

OKEMO

## The Log Sheet

1. The daily log sheet is a record required by the Vermont Tramway Board. There is a proper way to fill out a log sheet. Please do not provide unnecessary comments, drawings, or other markings on the lift log.

2. The space for the date, time, weather and lift designations are self-explanatory. After determining that the lift has been cleared, the lift may be started. Detach chairs require a top operator to be in position before the lift is started.

3. All communication devices must be checked, both intercoms and telephones. Check emergency shutdown button before starting the lift. Start lift on slow and check stop buttons, safety gates, and counterweight switches. Make sure that all switches stop the lift. For lifts with hydraulic tension, the pressure gauge must be checked to see that the pressure is at a normal level.

4. The Lift Foreman is responsible to record any lift stops due to mechanical, electrical (code grey), or weather on the back of the lift log. The Foreman must note the cause of the stop, the time of day of the stop, and the time the lift started back up as well as the total downtime. The Foreman must also sign the back of the lift log if that section is used.

5. If an accident with a guest occurs and the lift cannot be run safely call in a "code red." The lift operator involved is required to fill out the section on the back of the lift log detailing exactly when and where the accident occurred. Note any information deemed important to help remember why the accident occurred when asked by ski patrol.

6. The lift operators must check the condition of the lift building and the area around it. Record this condition on your log. Fire extinguishers must also be checked. If you need a replacement, call your manager or supervisor immediately. The operators must also check the ramp conditions, CO detectors and equipment.

7. The names of all the attendants present must be logged first thing in the morning. If an employee should come to work on the lift during the day, their full name should also be added.

8. The Lift Foreman will sign the log sheet after it has been reviewed and checked.

### NOTE:
THE FOLLOWING IS AN EXAMPLE OF A DAILY LOG SHEET.
STUDY IT TO LEARN HOW TO FILL IT OUT.

                                           OKEMO0077

# GREEN RIDGE - BOTTOM



CONFIDENTIAL

Date:_____

Day of Operation:_____

Meter Start:_____

Meter Close:_____

Weather: ☐ Fair ☐ Overcast ☐ Fog    ☐ Snowing ☐ Raining ☐ Other:_____

Foreman:_____

Bottom Attd:_____

Bottom Attd:_____

Top Attd:_____

## PRE-OPERATIVE CHECKLIST

| | | |
|---|---|---|
| Communications: | ☐ Yes | ☐ No |
| Tension Track Clear: | ☐ Yes | ☐ No |
| Snow Removal: | ☐ Yes | ☐ No |
| Stop Switches: | ☐ Yes | ☐ No |
| Emergency Brake Switches: | ☐ Yes | ☐ No |
| Safety Gate: | ☐ Yes | ☐ No |
| Corrals & Ramp: | ☐ Yes | ☐ No |
| Extinguishers: | ☐ Yes | ☐ No |
| Signs: | ☐ Yes | ☐ No |
| Shovels, Brooms, Rakes: | ☐ Yes | ☐ No |
| Lift Reports: | ☐ Yes | ☐ No |
| Synchronize Clock: | ☐ Yes | ☐ No |
| Carbon Monoxide Detector: | ☐ Yes | ☐ No |

Time Lift Opened:_____

## POST-OPERATIVE CHECK-LIST

☐ Store Tools

☐ Heater Low

☐ Lights Off

☐ Turn in Reports

Time Lift Closed:_____

Last Chair Up:_____

Called to Top by:_____

Last Chair Down:_____

## LIFT MAINTENANCE ONLY

Idled Aux. Motor:_____ minutes. By:_____    Time:_____

Aux. Motor Ran Lift:_____ chairs. By:_____    Time:_____

Line Cleared by:_____    Time:_____

Line Checked by:_____    Time:_____

Maintenance Checks Complete:_____    Fuel Level:_____

### MAINTENANCE COMMENTS

_____

_____

_____

_____

_____

OKEMO0078

OPERATOR SIGNATURE.

# STOPS - GREEN RIDGE



| TYPE OF STOP | CAUSE | STOP TIME | START TIME | DOWN TIME |
|---|---|---|---|---|
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |

Total Stops:_____   Total Down Time:_____

Operator Signature:_____

# INFORMATION GATHERED BEFORE LIFT RESTART

Time of Incident:_____

Chair # of Injured Party:_____

Position of Injured Party in Chair: ☐☐☐

_____

_____

CKEMO0079

# F-10 CARPET

CONFIDENTIAL
OKEMO
MOUNTAIN RESORT

Date:_____

Day of Operation:_____

Lift:_____

Attendants:_____

Weather: ☐ Fair ☐ Overcast ☐ Fog ☐ Snowing ☐ Raining ☐ Other:_____

## PRE-OPERATIVE CHECKLIST

| | | |
|---|---|---|
| Carpet Clear of Snow: | ☐ Yes | ☐ No |
| Bottom Stop Switches: | ☐ Yes | ☐ No |
| Top Stop Switches: | ☐ Yes | ☐ No |
| Emergency Stop Switches: | ☐ Yes | ☐ No |
| Carpet Safety Gate: | ☐ Yes | ☐ No |
| Belt Running True: | ☐ Yes | ☐ No |
| Load Ramp: | ☐ Yes | ☐ No |
| Unload Ramp: | ☐ Yes | ☐ No |
| Carbon Monoxide Detector: | ☐ Yes | ☐ No |

Time Carpet Opened:_____

## POST-OPERATIVE CHECK-LIST

| | | |
|---|---|---|
| Snow Cleaned Out from Under Both Drums Top & Bottom: | ☐ Yes | ☐ No |
| Carpet Edges Cleaned: | ☐ Yes | ☐ No |
| Turn in Report: | ☐ Yes | ☐ No |

Time Carpet Closed:_____

### INFORMATION GATHERED BEFORE LIFT RESTART

Time of Incident:_____

Position of Injured Party on Carpet:_____

_____

_____

_____

_____

## LIFT MAINTENANCE ONLY

Carpet Cleared by:_____ Time:_____

Carpet Checked by:_____ Time:_____

Maintenance Checks Complete:_____

_____

## MAINTENANCE COMMENTS

# STOPS - F-10 CARPET



CONFIDENTIAL

| TYPE OF STOP | CAUSE | STOP TIME | START TIME | DOWN TIME |
|---|---|---|---|---|
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |

Total Stops:_____   Total Down Time:_____

Operator Signature:_____

# INFORMATION GATHERED BEFORE LIFT RESTART

Time of Incident:_____

Position of Injured Party:_____

_____

_____

OKEMO0081

# SOLITUDE - BOTTOM

CONFIDENTIAL

OKEMO MOUNTAIN RESORT

Date:_____

Day of Operation:_____

Meter Start:_____

Meter Close:_____

Weather:  ☐ Fair  ☐ Overcast  ☐ Fog  ☐ Snowing  ☐ Raining  ☐ Other:_____

Foreman:_____

Bottom Attd:_____

Bottom Attd:_____

Top Attd:_____

## PRE-OPERATIVE CHECKLIST

| | | |
|---|---|---|
| Communications: | ☐ Yes | ☐ No |
| Tension Track Clear: | ☐ Yes | ☐ No |
| Snow Removal: | ☐ Yes | ☐ No |
| Stop Switches: | ☐ Yes | ☐ No |
| Emergency Brake Switches: | ☐ Yes | ☐ No |
| Safety Gate: | ☐ Yes | ☐ No |
| Corrals & Ramp: | ☐ Yes | ☐ No |
| Extinguishers: | ☐ Yes | ☐ No |
| Signs: | ☐ Yes | ☐ No |
| Shovels, Brooms, Rakes: | ☐ Yes | ☐ No |
| Lift Reports: | ☐ Yes | ☐ No |
| Synchronize Clock: | ☐ Yes | ☐ No |
| Carbon Monoxide Detector: | ☐ Yes | ☐ No |

Time Lift Opened:_____

## LIFT SPEED

| | | | |
|---|---|---|---|
| _____ FPM | Per:_____ | Time:_____ | |
| _____ FPM | Per:_____ | Time:_____ | |
| _____ FPM | Per:_____ | Time:_____ | |
| _____ FPM | Per:_____ | Time:_____ | |

## ZONES

☐ ARRIVAL ZONE 1

☐ Arr. # _____   ☐ Dep. # _____

☐ Arr. # _____   ☐ Dep. # _____

### CABLE ELEVATION SWITCHES

☐ Arr. #1         ☐ Dep. #1

☐ Arr. #2         ☐ Dep. #2

☐ Cable Position Switch    ☐ Grip Attach Switch

☐ Tires                    ☐ Grip Detach Switch

## POST-OPERATIVE CHECK-LIST

☐ Store Tools       ☐ Heater Low

☐ Lights Off        ☐ Turn in Reports

Time Lift Closed:_____

Last Chair Up:_____

Called to Top by:_____

Last Chair Down:_____

## LIFT MAINTENANCE ONLY

| | MAINTENANCE COMMENTS |
|---|---|
| Idled Aux. Motor:_____ minutes. By:_____ | Time:_____ |
| Aux. Motor Ran Lift:_____ chairs.  By:_____ | Time:_____ |
| Line Cleared by:_____ | Time:_____ |
| Line Checked by:_____ | Time:_____ |
| Maintenance Checks Complete:_____ | Fuel Level:_____ |
| Power Fault Test:_____ | |

OKEMO00082

OPERATOR SIGNATURE:

# STOPS - SOLITUDE



| TYPE OF STOP | CAUSE | STOP TIME | START TIME | DOWN TIME |
|---|---|---|---|---|
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | ... |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Machanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |
| ☐Mechanical ☐Electrical ☐Weather ☐Other: | | | | |

Total Stops:_____   Total Down Time:_____

Operator Signature:_____

# INFORMATION GATHERED BEFORE LIFT RESTART

Time of Incident: _____

Chair # of Injured Party: _____

Position of Injured Party in Chair: ☐☐☐☐

_____

_____

OKEMO00083

CONFIDENTIAL

OKEMO

## Skiing/Riding

It is understood that skiing & riding is not a job function of lift operations and it is not considered compensable time or covered by worker's compensation.

If an operator wishes to ski/ride during the day, they need to receive permission from their supervisor to clock out. The operator must then clock themselves out. At the end of each shift, lift supervisors will bring all operators to the base area via snowmobile. If an operator chooses, they may ski/ride down at the end of the day but must clock themselves out by calling the lift supervisors desk (x1755) stating their intention, time of day and their name. A ride is available to all staff at all times. At no time should staff be in uniform while skiing/riding on their own time.

Please clearly understand skiing/riding is not part of the job of a lift operator at Okemo Mountain. Skiing/Riding may present a non-work related hazard. Any hazard or injury to the staff member would not arise out of, or in the course of, their work at Okemo.

Lift Supervisors must be tested by a certified instructor before skiing or riding for work. Equipment for skiing/riding positions must be inspected and set by a certified mechanic.

OKEMO0084

CONFIDENTIAL

OKEMO 

## Communications
### Lift Failure Emergency Dial x1980

1. Communications at our facility are very important to the operation of the ski area. Many of the situations that you will face require quick action and notification of the right people. Become familiar with your communication facilities.

2. We expect the telephones to be used for business purposes only. Each lift building is equipped with an inter-mountain phone, which has a four-digit call number. Phones are installed in the buildings for purposes of inter-mountain or inter-lift communications only. These phones are to be used for the purposes of contacting individuals for business only and are not for personal use.

3. When calling another party or answering a call identify yourself, state your exact location and present the reason for your call. This format eliminates time and effort. Example: "John, bottom of Sachem." This provides the caller with immediate information that he has reached the correct number.

4. When calling in a lift emergency, **Dial x1980**. This number is not used for anything else other than lift emergencies. It should never be busy unless there are other lifts down. When using x1980, you are only going to have 2 different types of emergencies. One is a mechanical problem where the lift is not able to run or be safely operated. The other is a medical emergency where there is an injured guest in a location where it is not safe to run the lift. Below are examples of each kind of emergency:

A **CODE GREY** means that the lift has a mechanical problem and the lift cannot be run due to a mechanical problem or a safety issue. When calling a CODE GREY, say "CODE GREY, Bottom of the Northstar Express."

A **CODE RED** means that there is a different type of problem. Usually the problem is an injured guest who is on the load or unload ramp and cannot be moved, or there is a need for a ladder for a guest who has gone around the Bull Wheel. When calling a CODE RED, say "CODE RED, Top of the Northstar" or "Code Red Bullwheel Rider Top of the Northstar."

When either of these codes are broadcasted on the radio, a supervisor along with other personnel will show up at the lift. All Foremen must remember to fill out the Lift Stops sheet during a CODE RED. Remember to note the chair # and the position of the guest at the time of the problem.

You need not say anything else to the operator on the phone
**DO NOT USE THE PHONE AFTER YOU HANG UP.**

*AFTER YOU HAVE CALLED IN AN EMERGENCY, LIFT MAINTENANCE, LIFT OPERATIONS, OR SKI PATROL WILL PROBABLY CALL YOU BACK.*
*THE PHONES ARE TO BE KEPT CLEAR.*

28

OKEMO0085

CONFIDENTIAL

OKEMO

# Lift Phone Tree Message System

- o All the bottom lift shacks are equipped with phones.
- o Operators need to check the lift voicemail at least once an hour to see if there are messages that need to be written on the board for all guests to view.
- o To access voicemail, pick up the receiver and dial 1800. When prompted for your password dial 1, 2, 3, 4 and follow the prompts.
- Please do not change the password.
- o For the most part, this message system will be used by First Aid, Day Care, Snow Stars, and the Ski + Ride School for emergency situations that require contacting a guest that may be out on the mountain riding the lifts. Your supervisor may also use this system to contact all of the lifts simultaneously to give special instructions for that day.
- o This system is a very important communication tool between other departments and our guests. No personal messages will be allowed in this system.
- o If you receive a message that you suspect may be personal or a non-emergency, please give your supervisor a call to confirm that the message is authentic.
- o The quickest way to contact a manager/supervisor is to dial x1496 and ask the attendant to have a lift manager/supervisor call you at your location.

## Lift Operator Safety

Your safety is one of our utmost concerns at Okemo. In an effort to make our employment experience a pleasant one we have developed a list of safety guidelines that all operators need to adhere to at all times.

1. Your safety and that of our guests is our number one priority.
2. Be aware of your surroundings. You are working with powerful equipment.
3. Stay clear of moving chairs. Do not work in front of moving chairs.
4. Be aware of the potential for frostbite on yourself and our internal and external guests.
5. Proper hand protection and footwear can help prevent accidents.
6. Be aware of falling ice and snow from lift equipment.
7. Never load internal or external guests after the last chair has been put on.
8. Never run the lift if the log sheet does not indicate the lift has been cleared.
9. Store tools in a safe manner and location.
10. Operators are not allowed to wear headphones while working on lifts.
11. Stop, Think, Act Safely.

# Safety Data Sheets (SDS)

Safety Data Sheets (SDS) are fact sheets on each of the hazardous substances in your department. They provide information on each chemical substance to include a list of ingredients, permissible exposure limits, physical properties, fire dangers, reactivity, health hazards, control measures, telephone numbers, handling spills and cleanup, who manufactured the product and more. Each department has a green binder labeled SDS – Safety Data Sheets, where the fact sheets on hazardous substances reside.

OKEMO0086

CONFIDENTIAL

OKEMO Ⓐ

Each chemical is labeled using a global hazard classification system. The lower the number on the product; the higher the hazard. The global labeling system includes the number system; universal pictograms for labeling and consistent terminology of SDS-Safety Data Sheets. This is a federal safety standard to protect employees' right to know.

## Bottom Lift Operators
## Critical Work Expectations (CWE's)

### _Safety First!_

1. If in doubt use slow button when guests won't likely make load line or request a slow.

2. Keep work area clear of ice and snow. Use sand and salt when necessary.

3. Lift loader does not retrieve articles dropped by guests. Use other lift personnel and spot them as they retrieve the article.

4. Remain aware of the chair's path pinch points between chairs and adjacent fixed objects. Use caution when helping a guest in the chair path. Slow or stop the chair if necessary.

5. Clean drains only when the lift is not running. Use caution when removing snow in the chairs' path.

6. Maintain screed from the side opposite the chairs' path.

7. Enter the loading area of fixed grip chairs across the load line. The B-Quad operators must enter the load area by walking around the uphill end of the loading conveyor. Make sure to get the operators attention first.

8. When loading fixed grip chairs make sure your body is parallel to the direction of the chair to prevent unnecessary stress and strain.

9. Rotate between work positions every half hour or less.

10. Holding back a chair to prevent an accident frequently results in an injured guest and an injured lift operator.

11. When working around the lift always check overhead for the chance of falling snow or ice.

12. Before starting any task, evaluate the potential hazards and risks involved. Make decisions accordingly. Be constantly aware of your surroundings.

13. Stop, Think, Act Safely.

30

OKEMO0087

CONFIDENTIAL

OKEMO ⊝

## Top Lift Operators
## Critical Work Expectations (CWE's)

### *Safety First!*

1. Always give employees and guests a slow when downloading. Communicate with the downloader which chair you intend them to load. Call bottom operator to let them know which chair downloader's are on.

2. Work the unload ramp from side opposite the pinch points.

3. Keep your head up and out of the chairs path when working the unload ramp and cleaning chairs.

4. Place chair path cones in position when chair is stopped.

5. Always put tools away in their proper storage area.

6. Use caution when assisting a guest in the chair path. Slow or stop the chair if necessary.

7. Keep work area free of ice and snow. Use sand and salt when necessary.

8. When assisting a guest that has fallen in the unload area, remove their skis or snowboard before lifting them, so they can help you get them back on their feet.

9. When working around the lift, always check overhead for the chance of falling snow or ice.

10. Before starting any task, evaluate the potential hazards and risks involved. Make decisions accordingly. Be constantly aware of your surroundings.

11. Stop, Think, Act Safely.

## Proper Clothing and Accessories

1. You are required to wear your uniform at all times when working.
2. Wear warm boots with thick treads.
3. Wear nylon socks under wool socks for extra warmth. Bring extra socks in the event your feet get wet.
4. Protect your eyes from the sun and foreign objects by wearing goggles or sunglasses.
5. Wear layered clothing to allow you to adapt to changing temperatures.
6. Bring a nutritious lunch to keep your energy levels up all day.
7. Bring plenty of fluids to drink. Stay hydrated.
8. Bring your smile each and every day! ☺

OKEMO0088

CONFIDENTIAL

OKEMO

## Dress Code

Dress code is strictly enforced here, and consists of a parka, vest, hat, name tag, snow pants, and a baseball cap. Presentable looking black jeans or your supplied snow pants are required. Sweatpants, camouflage pants, blue jeans, etc. are not acceptable.

## THIS POLICY WILL BE STRICTLY ENFORCED:

When not working or on your day off, your uniform should not be worn. Please wear your own parka. Also note that skiing and snowboarding is not part of your job and Okemo uniforms should not be worn when doing so, and you will not be covered under worker's compensation.

## Starting Times

Lifts open to the public at 9:00 am on weekdays and 8:00 am on weekends and holiday periods. Because of different schedules, a list of arrival times will be posted in two week intervals. It is critical to the success of the team that you arrive on time. If you are going to be late for work or will not be able to work at all, you must call your supervisor before your scheduled time to start work. The phone number to call is **802-384-3452**.

## Snowstorms

In the event of an impending snowstorm or inclement weather, be prepared to plan ahead and leave earlier than normal so as to give yourself enough time to be at work on time. Our resort depends on you being here in order for us to operate efficiently.

It cannot be stressed enough that your attendance and punctuality are very important to the operation of the lift department and the security of your job.

## Lunch Policies

Since our lifts operate for our guests through lunch, so must our employees. Your place of work is at your assigned lift. Employees will take their lunches at the lift buildings. Employees are expected to bring their own lunch to their job assignment in the morning.

## Schedules

Employees will be assigned a schedule for working days each week, which must be followed. Obviously, since our resort operates most heavily on the weekends you will be required to work weekends. During busy holiday weeks, employees may be asked to work extra days.

## Smoking & Tobacco Policy

Okemo Mountain Resort has a stated smoking policy. Employees may smoke only in designated smoking/tobacco areas. Smoking while you are at your work station is prohibited. You may smoke only when you are on a break and in a designated smoking/tobacco area.

          OKEMO0089

CONFIDENTIAL

OKEMO

Additionally, employees are not permitted to chew tobacco in public areas and in front of our guests while on the job. The use of chewing tobacco must be limited to outdoor, non-public designated smoking/tobacco areas and during approved breaks. Employees are responsible for keeping these areas clean at all times. Additional work breaks will not be granted for this purpose.

## The Smart Style Program

Smart Style is a Freestyle Terrain Safety Initiative. Terrain Park areas are designated with an orange oval and may contain jumps, hits, ramps, banks, fun boxes, jibs, rails, half pipes, quarter pipes, snowcross, bump terrain, and other constructed or natural terrain features. Prior to using Terrain Parks, employees are responsible for familiarizing themselves with Terrain Parks and obeying all instructions, warnings and signage. Freestyle skills require maintaining control on the ground and in the air. Use of Terrain Parks exposes skiers/riders to the risk of serious injury or death. There are five main messages that are associated with Smart Style:

1. **START SMALL** – Work your way up. Build your skills.

2. **MAKE A PLAN** – Every time you use freestyle terrain, make a plan for each feature you want to use. Your speed, approach and take off will directly affect your maneuver and landing.

3. **ALWAYS LOOK** – Scope around the jumps first, not over them. Know your landings are clear and clear yourself out of the landing area.

4. **RESPECT** – The features and other users.

5. **TAKE IT EASY** – Know your limits. Land on your feet.

OKEMO0090

CONFIDENTIAL

OKEMO 

THIS MANUAL IS PREPARED TO GIVE LIFT OPERATIONS EMPLOYEES AN OVERVIEW OF THE PROCEDURES AND RULES NECESSARY TO RUN A LIFT AT OKEMO MOUNTAIN. BE SURE TO ASK YOUR SUPERVISOR IN THE EVENT THAT YOU DO NOT UNDERSTAND SOMETHING. THIS MANUAL IS NOT MEANT TO TAKE THE PLACE OF THE OKEMO EMPLOYEE HANDBOOK, ON THE JOB TRAINING OR ANY OTHER TRAINING THAT MAY TAKE PLACE WHILE EMPLOYED AT OKEMO.

## NOTES:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional information refer to your Employee Handbook, Pocket Guide or Supervisor.

## Any questions you may have are IMPORTANT!

OKEMO0091