# Exhibit G

OKEMO0239



DEFENDANT'S EXHIBIT

CASE NO. 3:17-cv-00568-WWE

EXHIBIT NO. 506

A0386-B

CONFIDENTIAL

OKEMO002240

# WELCOME TO OKEMO MOUNTAIN RESORT

What we truly enjoy about our work is sharing our passion for being in the mountain resort business and working side by side with fun-loving, dedicated people. Okemo Mountain Resort has amazing programs and amenities, but it is all of us going above and beyond in order to make special memories for our guests. That is what they call "The Okemo Difference!"

At work, we also call it "The Okemo Difference."

**"The Difference" is giving your Extra 1% in both your attitude and actions.**

To help you understand what our company is all about – what we stand for and what makes us tick – please take the time to read about "The Okemo Difference" in this handbook. We hope that becoming familiar with defining, living and delivering "The Okemo Difference" will make your work more enjoyable and add more passion and purpose to your life.

Welcome to what we believe is an exceptional group of people – the Okemo Team!

*Tim & Diane*
Tim and Diane Mueller

*Ethan*
Ethan Mueller

*Erica*
Erica Mueller

Please read and keep a copy of this handbook as it is your guide to our resort, what is expected of you and generally what your employment benefits include at Okemo Mountain Resort.

In reading this handbook, please keep in mind the following:

The *"external guest"* is everyone who visits the resort, whether they are skiers, boarders, golfers, sales people, delivery people or people we talk with over the telephone or via email.

The *"internal guest"* is our staff. All of us need to treat our fellow employees with the same respect given to people visiting our resort.



SHARED SUCCESSES – Okemo Mountain Resort named 2016, 2015 and 2014 Best Places to Work in Vermont. Thank you to our entire team for your contribution to these awards!

1

---



## OKEMO MOUNTAIN RESORT

### OUR TEAM

Please refer to the Okemo Mountain Resort Departments Section of the handbook for further information.

**President**
Tim Mueller

**Executive VP & Secretary**
Diane Mueller

**Division Managers**
Culinary, Facilities, Finance, Golf Operations, Hotel, Human Resources, Information Technology, Marketing, Mountain Operations, Operations, Resort Planning

**Directors**
Department Heads

**Managers**
Ast. Managers / Supervisors

**Staff**

Resort Asset Management, LLC/Okemo Limited Liability Company d/b/a Okemo Mountain Resort has established a policy of Equal Employment Opportunity for all persons free from discrimination based upon race, color, religion, national origin, sex, place of birth, age (over 18), physical or mental disability, genetic information, sexual orientation, gender identity, ancestry, HIV status, military or veteran status, or any other category protected by state, federal or local law. We prohibit retaliation against a person because they complained about discrimination, filed a charge of discrimination, or participated in an employment discrimination investigation or lawsuit.

*This employee handbook represents a brief summary of some of the more important Company policies; therefore, the handbook is not all-inclusive. This is intended as a guide and not an express or implied contract of employment in any regard. All employment is at-will. The Company retains the sole right to modify, suspend, interpret or cancel, in whole or in part, at any time and with or without any notice of the published or unpublished personnel policies or practices.*

## TABLE OF CONTENTS

OK EMP 0061

Okemo Mountain Resort History......................................................4
2016-2017 Facts and Figures.........................................................
Okemo Mountain Resort Departments......................................................
Okemo Mountain Resort Information - Know Okemo, Know Your Job.....................
Deliver "The Okemo Difference".........................................................
Our Brand - Sharing What is True, Meaningful & Distinctive to Okemo..............
The Okemo Team...........................................................................
Employee Classifications:...............................................................
Benefits:
  Employee Benefits........................................................................
  Okemo Mountain Resort Employee Scholarships.....................................
Recognition:
  Bonuses..................................................................................31
  Employee Parties.........................................................................31
  Peak Performers..........................................................................31
  Difference Dollars.......................................................................31
  Referral Bonus Program...................................................................31
  Safety Jackpot Programs..................................................................32
Working Conditions:
  Time Clocks..............................................................................32
  Identification...........................................................................32
  Payday...................................................................................33
  Work Schedules...........................................................................33
  Weekends & Holidays......................................................................33
  Rainy Day Policy.........................................................................33
  Transportation to Work...................................................................34
  Employee Parking.........................................................................34
  Employee Lounge..........................................................................34
  Telephones & Personal Cell Phones........................................................34
  Personal Electronic Devices..............................................................34
  Personal Mail & Deliveries...............................................................35
  Keys.....................................................................................35
  Company Property.........................................................................35
General Information:
  Housing Information.......................................................................35
  Lost & Found.............................................................................35
Safety Policies & Procedures:
  Your Responsibility Code & Smart Style...................................................35
  Safety Statement.........................................................................36
  Hazardous Materials Communication & Your Right to Know...................................36
  Personal Protective Equipment............................................................36
  Fire Safety..............................................................................37
  Emergency Preparedness...................................................................37
  Bloodborne Pathogens.....................................................................37
  Workers' Compensation....................................................................38
Commitment to Community & Environment:
  General Policies & Procedures:...........................................................38
  House Rules..............................................................................39
  Professionalism..........................................................................39
  Conflict of Interest & Business Conduct Policy...........................................39
  The Okemo Team Look......................................................................40
  Security Awareness & Acceptable Use Policy...............................................42
  Social Media Use Policy..................................................................43
  Family & Medical Leave Policy............................................................44
  Crime Victim Leave Policy................................................................46
  Nursing Mothers Workplace Accommodation..................................................47
  Sexual Harassment Policy.................................................................47
  Smoking & Tobacco Policy.................................................................48
  Solicitation Policy......................................................................48
  Energy Conservation......................................................................48
  Seat Belt Policy.........................................................................49
  Personal Purchases.......................................................................49
  Man's Best Friend/Personal Pets..........................................................49
  Employee Feedback........................................................................49
  Employment At-Will/Termination...........................................................49
Glossary of Okemo Terms

3

---

# WHAT WE STAND FOR
## DEFINING "THE OKEMO DIFFERENCE"

**Our Principles  Our Dream  Our Plan  Our Values**

### Our Principles
*Our Principles are what we stand for.*

**INTEGRITY**-We treat others with *Integrity*-Honesty, Respect & Responsibility.
**SUCCESS** - We foster a culture of *success.*
**FORWARD THINKING** - We *dream* of the future.

### Our Dream
*"We will be Vermont's authentic four season mountain resort where guests connect with the land and each other."*

### Our Plan
*"We move towards Our Dream by delivering "The Okemo Difference" for every internal and external guest."*

"The Okemo Difference" Definition: "The Okemo Difference" is giving your Extra 1% in both your attitude and actions.

### Our Values
Our values give us day-to-day direction. We will not compromise these values as we create "The Okemo Difference."

**SAFETY** – Our team is focused on a safe workplace.
- We think and act responsibly.
- We care about each other.
**SERVICE** – We strive to exceed guest expectations.
- We are Helpful and Friendly.
- We deliver superior, branded experiences and products.
- We pay attention to the details – we own our work.
**SUSTAINABILITY** –
- **Profitability** - Financial profitability ensures resort and employee sustainability.
- **Environment** - As good stewards of the land, we protect our spectacular natural environment.
- **Community**- As responsible citizens, we enhance and support our local communities.
**TEAMWORK** – It takes all employees working together to be successful.
- We are humble – there is no "I" in Team.
- We are equals.
- We respond positively to change.

### Live "The Okemo Difference"
Think about how you chose to live your life because it affects everything you do. We call it "The 3P's" – *Principles* – what makes you tick? *Passion* – what are you passionate about? *Purpose* – put your passion into action – the Extra 1%.

2

CONFIDENTIAL

VENDOR 002762

# OKEMO MOUNTAIN RESORT HISTORY

In March of 1955 a group of Ludlow businessmen considered developing a ski area on the big mountain just outside the town. Statistics showed Okemo was in a snow belt with the nearest ski area being 25 miles away, in Woodstock. On January 30th, four inches of snow fell, and on January 31, 1956, Okemo opened with a single chairlift (Spruce Peak) and a Poma lift. The first lifts (the Red and Yellow Pomas), and a small log cabin which served as a base lodge. That first year Warren Warner, acting as manager, ran the area with a crew of 6-8 people.

On August 2, 1982, Tim and Diane Mueller purchased Okemo. Since then, the area has seen considerable changes with many renovations and additions. Okemo has expanded to 121 trails, 20 lifts and five lodges. Every year since 1982, Okemo has seen capital improvements, including:

☆ The Northeast Summit Triple replaced the old Red Poma surface lift. Lifts were continually replaced and by 1986 the last of the upper mountain surface lifts was replaced by the Green Ridge Triple.
☆ The Solitude Area was opened with eight trails, a quad chairlift, and more snowmaking.
☆ The river pump station doubled snowmaking capacity. Coverage was expanded to 95% of all terrain (475 acres).
☆ In 1991, the Northstar Express detachable quad was installed - the world's fastest model.
☆ In 1993, Okemo built the Summit Lodge.
☆ In 1994, the South Face Area opened with 8 trails and quad chairlift. A 73 million gallon storage pond was built for snowmaking. The Solitude Express high speed detachable quad was installed.
☆ In 1995, construction began at Solitude Village with a triple chairlift, trails and lodging.
☆ In 1996, more gladed terrain was added at the South Face and a surface lift was installed in the snowboard park.
☆ In 1997, a Day Lodge, two new trails and 35 ski-in/ski-out condominium units were added in Solitude as well as a high speed quad and two trails in the South Face area.
☆ In 1998, Okemo Mountain Resort was chosen by the State of New Hampshire to operate Mount Sunapee Resort.
☆ In 1999, the Okemo Valley Nordic Center and Okemo Valley Golf Club opened for the season offering an 18 hole, 70 par, championship course, driving range, indoor learning center, pro shop, restaurant and teaching academy.
☆ In 2001, we opened the new Jackson Gore site complete with 7 trails, snowmaking, and a high speed detachable quad chairlift.
☆ In 2003, we built the Jackson Gore Inn to include: The Roundhouse, Coleman Brook Tavern and expanded services in guest services, day care, ticket sales, the Ski + Ride School, Snow Stars & retail and rental outlets.
☆ In 2004, Okemo purchased the 18-hole Tater Hill Golf Club in Windham, Vermont. Two new gladed trails (Supernova & Black Hole) were added. Crested Butte Mountain Resort located in Mount Crested Butte, Colorado joined our family of resorts.
☆ In 2005, we added the Big Bang and Eclipse trails, replaced the F-10 Poma lift with a carpet lift and began construction at the snowmaking pond and Jackson Gore Phase II & Adams House sites.
☆ In 2006, the snowmaking pond expansion was completed bringing capacity to 155 million gallons of water. The Adams, Spring and Ice Houses were completed at Jackson Gore. Wind energy credits were purchased in support of energy conservation and our Environmental Value.
☆ In 2007, 30 HKD tower guns were added plus a new 400 foot surface lift at Jackson Gore.
☆ In 2008, White Lightning and Rolling Thunder trails were added and a new load/unload carpet was installed at our Southridge Quad A. Our first Prinoth BR500 groomer, "The Beast," was introduced.
☆ In 2009, a second Prinoth BR500 was added, HKD snowmaking was reconfigured, and the Superpipe increased vertical pitch by 13 feet!
☆ In 2010, the mountain coaster made its debut and a magic carpet lift replaced the Snow Stars Poma.
☆ In 2011, the Adventure Zone added mini-golf, bungee trampoline and Twiggy's snack bar.
☆ In 2012, Sawyer's Sweep Zipline Tour was added to the Adventure Zone, and 16 acres of tree skiing was added with three new glade areas.
☆ In 2013, Okemo invested $1 million in snowmaking improvements. Pumps, pipelines were upgraded & 225 HKD SV Tower guns were purchased. Evergreen was added, bringing the trail count to 120.
☆ In 2014, the SunburstSix bubble chairlift was constructed. A first of its kind in North America.
☆ In 2015, a second bubble chair, The Quantum Four, was added plus the Sunshine Quad and Suncatcher trail at South Face Village. Snowmaking was added to two trails at Jackson Gore.

4

# 2016-2017 FACTS AND FIGURES

**LOCATION:** Conveniently located in South/Central Vermont in the Village of Ludlow on Route 103 and near Route 100 North. Just 24 miles of Interstate 91 North, exit 6.

**TRANSPORTATION:** Via Car: Okemo is 4 ½ hours drive from New York City, 3 hours from Boston, 2 hours from Hartford, 2 1/4 hours from Albany.

Via Air: Service is available through Albany, NY; Boston, MA; Burlington, VT; Hartford, CT; Lebanon, NH; Manchester, NH; and Rutland, VT. Carriers servicing gateway airports include American Airlines, Continental, Southwest, JetBlue, Delta, and Cape Air servicing Rutland, VT.

Rail Service: Passenger train service is available through AMTRAK on the Ethan Allen Express passenger train from NYC's Penn Station to Rutland, VT; 1-800-USA-RAIL.

**LIFT SERVICED VERTICAL DROP:**
Base Elevation - 1,144'
Summit Elevation - 3,344'
Vertical Drop - 2,200' (most vertical in southern Vermont)

**SLOPES & TRAILS:**
121 trails and glades covering 667 acres (longest trail - 4.5 miles/The Mountain Road)
❄ 32% Novice ❄ 37% Intermediate ❄ 31% Advanced/Expert
Superpipe, jib park, snowboard/alpine terrain parks

**SNOWMAKING:** 98% of trails covered by snowmaking

**LIFTS:** 20, including one high speed, six-pack bubble chair with heated seats and a high speed bubble quad, 8 additional quad chairs (4 high speed quads), 3 triple chairs and 7 surface lifts

**GOLF FACILITIES:** 18 hole championship, par 70, course measuring 6,400 yards in length. Features bent grass greens, tees and fairways on Heathland style course layout. Includes outdoor and indoor golf instruction areas with 370 yard driving range. Tater Hill Golf Club, an 18 hole course, is located 22 miles from Okemo in Windham, VT.

**KEY TELEPHONE NUMBERS:**
General Information and Main Switchboard - (802) 228-4041/Fax - (802) 228-4558
Slopeside Resort Lodging & Area Lodging Service - 1-800-78-OKEMO, option #1
Jackson Gore Real Estate – (877) 952-2576 or (802) 228-1859
Okemo Vacation Center – (802) 228-1600
24 Hour Snow Report - (802) 228-5222
Okemo Valley Golf/Nordic Center - (802) 228-1396/Fax - (802) 228-7095
Tater Hill Golf Club - (802) 875-2517/Fax - (802) 875-4022
Web site address - www.okemo.com
Resort E-mail address - info@okemo.com/Golf E-mail address - golf@okemo.com
Sunapee Mountain Resort - (603) 763-3500/E-mail: info@mtsunapee.com
Okemo Mountain School - (802) 228-5552/E-mail: okms@okemo.com
Crested Butte Mountain Resort - (800) 810-SNOW/E-mail: info@cbmr.com

**HOURS OF OPERATION:** See staff Pocket Guide for specific hours of operation.

**MAILING ADDRESS:** Okemo Mountain Resort, 77 Okemo Ridge Road, Ludlow, VT 05149

5

CONFIDENTIAL

# OKEMO MOUNTAIN RESORT DEPARTMENTS

Okemo's team is organized into a number of major departments. Together the departments create The Okemo Team for which we are noted. **No one department is more important than another.** The following list shows you how the departments fit into the organizational structure which consists of eleven divisions: Culinary, Facilities, Finance, Golf, Hotel, Human Resources, Information Technology, Marketing, Mountain Operations, Operations, and Resort Planning.

## CULINARY DIVISION

**BASE 68:** Located in the Clock Tower Base Lodge, features breakfast and lunch. STARBUCKS – Open weekends and holidays. Offers 50% employee discount at all times.

**COLEMAN BROOK TAVERN:** Located at the Jackson Gore Inn, serving daily lunch and dinner. Full service restaurant with a warm country inn atmosphere. **Offers 50% employee discount at all meal periods with the exception of Saturday dinner and holiday periods. During busy times, staff are encouraged to call ahead to ensure a discount can be granted.**

**EPIC RESTAURANT:** Features a full service lunch in a relaxed atmosphere by the fireplace. Also offered is a deli counter and Starbucks for a quick snack on weekends and holidays. Located in Solitude Village, guests can enjoy scenic vistas on the large deck. **Offers 50% employee discount Monday-Friday.**

**THE ROUNDHOUSE:** A slopeside food court at the Jackson Gore Base Area with a wide variety of options that are quick, healthy and full of personality. **Offers 50% employee discount seven days a week. General seating is not available for staff on weekends and holidays from noon – 1:00 p.m. to allow accommodations for our guests. The Employee Lounge is available for seating or staff are encouraged to visit the Roundhouse during non-peak times.**

**SITTING BULL RESTAURANT & BAR** (located in the Clock Tower Base Lodge): Full service lunches and snacks, beer, wine and beverages as well as après ski entertainment on weekends. **Offers 50% employee discount seven days a week.** **VERMONT PIZZA COMPANY:** located above the Sitting Bull Restaurant, is open weekends and holiday periods. **Offers 50% employee discount.**

**SUGAR HOUSE LODGE-** culinary outlets located in the Sugar House Lodge include: **CAFETERIA:** Continental breakfast and lunch open weekends and holiday periods. **THAI TIGER BAR -** Open Monday through Friday. **SMOKEY JO'S** Outdoor BBQ at the Sugar House Lodge, open 7 days a week. **Offers 50% employee discount at all times.**

**SUMMIT LODGE –** culinary outlets located in the Summit Lodge include: **CAFETERIA:** Light breakfast and full lunch selections, open 7 days a week. **JUMP Oriental Cuisine:** Open weekends and holidays. **THE SKY BAR:** Snacks, beer, wine, and beverages served. Open Sat.-Sun. **VERMONT PIZZA COMPANY:** Great hand-tossed pizzas. Open weekends and holiday periods. **Offers 50% employee discount at all times.**

**SIENA:** All your Italian favorites with a full service bar featuring ice cold micro brews. Open Friday for dinner, Saturday for lunch and dinner, and holiday periods. **Offers 50% employee discount Friday night & Saturday.**

**WILLIE DUNN'S GRILLE:** A full service restaurant serving lunch, dinner and cocktails in the lounge. Located at the Okemo Valley Golf Club. For the seasonal schedule, reservations and additional information call (802) 228-1387.

6

# FACILITIES DIVISION

**FACILITIES OPERATIONS:** It is the responsibility of Facilities Operations to maintain our main base area, Jackson Gore base area, on-mountain facilities and off-mountain facilities, as well as condominiums in our Lodging Service. If there is a problem in one of our facilities, contact Facilities Operations at extension 1690 or 1693 as soon as possible so the problem can be addressed.

**GROUNDS MAINTENANCE:** Grounds Maintenance is responsible for snow removal, summer lawn care, plantings and general maintenance.

**TRAFFIC CONTROL:** It is the responsibility of Traffic Control to provide orderly parking of guest and employee vehicles. They also maintain traffic flow in the off area, the Access Road and coordinate traffic flow with town employees.

## FINANCE DIVISION

**ACCOUNTING:** Located in the administrative office building, our Accounting Department is responsible for all financial transactions and reporting to include general accounting, internal auditing, accounts payable, accounts receivable, cash control, payroll and the budgeting process.

## GOLF DIVISION

**OKEMO VALLEY GOLF CLUB:** Conveniently located 1 mile from Okemo Mountain Resort off Route 103 North on Fox Lane. This complete golf facility offers an 18 hole, par 70, championship golf course with 370 yard long driving range. In addition, the Operations Center offers an indoor practice and lesson facility to include a practice green, three swing stations, fully stocked Pro Shop, lockers, changing/shower facility and storage area.

**OKEMO VALLEY NORDIC CENTER:** Located at the Okemo Valley Golf Club, our Nordic Center features 26km of cross-country trails and 10km of dedicated snowshoe trails. The Okemo Valley Nordic Center features modern trail grooming and is ideal for all ability levels. A complete line of cross-country ski equipment and snowshoe rentals are available.

**TATER HILL GOLF CLUB:** This 18 hole golf course is located 22 miles from Okemo in Windham, Vermont. The course has recently undergone major renovations to its greens and irrigation system and made its debut in the spring of 2005.

## HOTEL DIVISION

**LODGING SERVICE:** The Okemo Lodging and Welcome Center, located next to the base area Clock Tower handles reservations for all guests staying in the various slopeside locations, including the Jackson Gore Inn. This staff also coordinates all guest arrivals and check-outs for the slopeside locations, with the exception of guests staying at the Jackson Gore Inn. In addition to many slopeside condominium options, the Lodging Referral Service offers a variety of nearby country inns, motels and bed and breakfasts. Lodging works closely with our Housekeeping and Facilities Operations departments to maintain our slopeside condominiums. If a guest has a problem in one of the units, direct them to the front desk in the Okemo Lodging and Welcome Center so Housekeeping or Facilities Operations can address the problem.

**HOUSEKEEPING:** It is the responsibility of Housekeeping to keep all units in our rental plan clean (Units include Okemo Mountain Lodge, Kettle Brook, Winterplace, Solitude Village, Ledgewood, Jackson Gore Inn, Brookhaven and Okemo Village).

OKEMO-002538

7

**JACKSON GORE INN:** The Jackson Gore Inn offers beautifully furnished accommodations, an indoor/outdoor pool complex, a massage therapy suite, and is the home of the Coleman Brook Tavern and Coleman's Lounge. Adams House and Bixby House are part of the accommodations offered by the Inn. Valet parking and an underground heated garage are available for unit owners and overnight guests of the Inn; additional parking is available for day skiers.

The Jackson Gore Inn is located at the base of the Jackson Gore trail complex and has a full complement of base services including ticket sales, rental equipment, day care, The Ski + Ride School & Snow Stars programs, snowsports shop and several restaurants. It has its own access road conveniently located 1.5 miles north of the Okemo main entrance on Route 103N, just beyond the junction of 103N and 100N. Also located at Jackson Gore are the Spring House, a 17,000 square foot fitness and aquatic complex, and the Ice House which through the winter has an open air covered ice arena (200'X85') and during the summer and fall offers two tennis courts and a basketball court.

## HUMAN RESOURCES DIVISION

**HUMAN RESOURCES:** Located in the administrative office building, Human Resources is responsible for many employment related activities including, but not limited to: recruitment, hiring process, workers compensation claims and employee safety, group health insurance, 401K plan, staff orientations as well as the publication and distribution of materials and information such as the Around The Mountain. Also found here is a current job posting of positions available at the resort. All applicants should be directed to the Human Resources Department. Each Department Head is responsible for the hiring and discharge of every employee in their department. All questions regarding pay, benefits, etc., should be directed to your Department Head.

## INFORMATION TECHNOLOGY

**INFORMATION TECHNOLOGY:** Information Technology (IT) is responsible for the design, implementation, maintenance and support of all computer hardware and software as well as identifying and developing future technology strategies.

## MARKETING DIVISION

**MARKETING:** Located in the Clock Tower complex just downhill from the main administration offices. It is the responsibility of Marketing to communicate that Okemo Mountain Resort is one of the finest ski resorts in the East both locally and nationally. Group sales, public relations, advertising, publicity, promotions, snow reporting, our website, special events, printed materials, direct sales and cross-selling attract guests to our resort. All groups visiting Okemo are directed through our Sales department which is an integral part of our Marketing team. The Sales department is also heavily involved in ski/golf/Adventure Zone sales, promotions and conferences, meeting, banquet & wedding sales.

**AMBASSADORS:** Responsible for greeting guests & tour groups and conducting surveys.

**BANQUETS:** Okemo offers a variety of banquet facility options to our guests. This is coordinated throughout the year through our banquet sales department.

## MOUNTAIN OPERATIONS DIVISION

**ELECTRICAL MAINTENANCE:** This department fulfills electrical needs of the resort to include Lift Maintenance, Mountain Operations, and Facilities departments.

**GROOMING:** This department is responsible for maintaining a high quality snow product by grooming the trails on the mountain. Also included is the maintenance of our pipes and parks.

**PARKS & PIPES:** Responsible for our parks and pipes to include staffing and general operations.

**PURCHASING & SCHEDULING:** Responsible for coordinating the purchase and arrival of equipment and supplies.

**ROAD MAINTENANCE:** This department is responsible for maintaining our road network and parking lots.

**SHUTTLE BUS OPERATIONS:** This department is responsible for maintaining a shuttle bus system, both on-mountain and in town, during holidays and busy periods. The Shuttle Bus system has a schedule of arrival times and places at various locations in the Village of Ludlow. The Purchasing & Scheduling department coordinates this operation.

**SKI PATROL:** Okemo's ski patrollers are all registered with the National Ski Patrol system. The Ski Patrol First Aid Room is located on the lower level of Okemo Mountain Lodge Building "C" with other sub-locations on the mountain including a first aid room at Jackson Gore. Our Patrol has achieved "National Ski Patrol of the Year."

**SNOWMAKING:** This department is responsible for producing a high quality snow product. When temperatures allow, our department works two shifts around the clock.

**VEHICLE MAINTENANCE:** This department is responsible for the maintenance of all vehicles, grooming equipment, snowmobiles, and shuttle buses.

**LIFT MAINTENANCE:** This department is responsible for maintaining our lift infrastructure as well as responding to any lift failure.

**LIFT OPERATIONS:** This department is responsible for the operation of the lifts, ensuring skiers and snowboarders have a valid lift ticket, and maintaining the lift corrals, entrance and exit ramps.

**RFID GATE MONITORS:** These attendants monitor the RFID gates and assist with guest access issues.

## OPERATIONS DIVISION

**ADMINISTRATION:** Our administration office processes all incoming mail, as well as season pass processing for staff and Gold Card holders.

**RACING:** The Racing program offers a schedule of amateur and professional races and coordinates ski club races for alpine skiing, freestyle skiing & snowboarding. The race team programs include the Junior Hopefuls skiing & snowboarding (ages 7-12), the Junior Development team (ages 7-12), the category III & IV programs and category I & II Junior racing programs for the more experienced racers (8-18). The Racing office is located in the Competition Center building behind the administration building.

**RETAIL SHOPS:** The Snowsports Shop located in the Clock Tower Base Lodge offers ski and snowboard clothing, accessories and equipment. Mountain Outfitters at Jackson

CONFIDENTIAL

OPEN-2008

8

9

Gore offers clothing and accessories and carries Okemo souvenirs, Vermont products, food basics, snacks and beverages including beer and wine. The Demo Center is located at the Sugar House with demo equipment from Atomic, Rossignol, Ramp, Elan, DPS, Nordica and Scott.

**UNIFORM DEPARTMENT:** The Uniform department, along with your Department Head, is responsible for the assignment and return of uniforms. Questions regarding maintenance and laundering of uniforms should be directed to Uniforms. Your Department Head can inform you of the Uniform Department's hours of operation.

## RESORT SERVICES OPERATIONS:

**ADVENTURE ZONE AND EVOLUTION BIKE PARK:** The Adventure Zone, located at Jackson Gore, and the Evolution Bike Park provide summer activities for our guests to include the Timber Ripper, zip line, challenge course, disc golf, bungee jump, mini golf, mountain biking and more.

**RESORT SERVICES DESK:** Located in the Clock Tower Base Lodge and the Jackson Gore Base Lodge. This department is responsible for ticketing and scheduling of private and group lessons for both skiing and snowboarding including our Mountain Explorers program for the Ski + Ride School. Additionally, Resort Services handles season pass sales, special ticketing, guest assistance, gift card sales, and resort information. If a guest has a question or a problem which you cannot handle, refer them to the Resort Services Desk.

**LOCKER ROOM AND BASKET CHECK:** Located on the lower level of the Clocktower Base Lodge, this new area will offer guests multiple options for storage of their belongings. In addition to electronic lockers, coin lockers and free cubbies, there will be an attended basket check area which will handle Lost and Found. Changing rooms will be located in this area.

**OKEMO VACATION CALL CENTER:** Handles reservations for Lodging, Ski+Ride School, Daycare as well as general sales of season passes and various additional products. In addition to answering general information calls, the staff will assist guests utilizing our online booking engine and e-commerce site.

**RENTAL & REPAIR SHOP:** The Rental Shop offers a complete line of ski and snowboard equipment. The shop also maintains high performance sport level skis and snowboards which, like regular rentals, can be rented daily, half-day or multiple days. In the adjoining Repair Shop trained mechanics provide all levels of ski and snowboard repair work. There is also a full service Rental & Repair Shop located in the Jackson Gore Base Area.

**SKI + RIDE SCHOOL:** Okemo's staff offers group and private ski and snowboard lessons and clinics. Group lessons are only for ability levels 1-4 (beginner to novice), and they meet at the Lower Meeting Areas for either skiing or snowboarding. For higher ability levels, we offer Adventure Workshops. For a complete list of clinic topics and times, refer to the Ski + Ride School brochure. Group lesson times are 10:00 a.m. and 1:30 p.m. Private lessons are available at various times during the day. Reservations are recommended during weekends and holiday periods. Because of the volume of information relating to the Ski + Ride School, please direct any questions to the Resort Services Desks.

**WOMEN'S ALPINE ADVENTURES:** This unique program designed and taught by women, for women offers 5-day, 3-day and 2-day programs. Reservations are needed and taken through the Call Center at extension 1600.

**OKEMO SNOW STARS:** Okemo Snow Stars is a Ski + Ride School program for skiers age 4-6 (Snow Star Skiers) and snowboarders age 5-6 (Snow Star Riders). Okemo Snow Stars is located beneath the administrative offices and at the Jackson Gore Base Area. Reservations are recommended.

**SNOWBOARDING:** The snowboarding staff covers all aspects of snowboarding at Okemo as it relates to lessons and assisting with events such as races and competitions. Lessons and reservations are taken through The Ski + Ride School.

**PENGUIN PLAYGROUND DAY CARE CENTER AT JACKSON GORE:** Okemo's state licensed day care center is open to children from 6 months to 4 years of age. The staff meets or exceeds the State of Vermont's education, training and experience requirements. Lunches and snacks are included. A Little Dippers ski program is available for 3 year olds. The Day Care Manager oversees the operation of the day care center.

**SIGNAGE & GRAPHICS DEPARTMENT:** The Signage & Graphics department is responsible for all signage on Okemo Mountain as well as printed materials, such as informational flyers and posters which keep our guests and employees informed.

**TICKET SALES:** Okemo offers both single and money saving multi-day lift tickets. Money-saving package plans available include lifts, lessons, equipment and lodging. Half-day lift tickets go on sale at 12:15 p.m. each day. Lift tickets are sold the evening before at the Ski + Ride School Desk, Rentals and in the Lodging department. Ticket sales locations can be found in the upper & lower plazas of the base area, the Jackson Gore Base Lodge and at the SunburstSix lift booth.

## RESORT PLANNING DIVISION

The Resort Planning Division consists of three important components: Planning & Development, Permitting & Permit Compliance, and Jackson Gore Real Estate.

**PLANNING & DEVELOPMENT:** This function entails the planning and design for future projects at Okemo including all capital projects. Examples include the development of new residential buildings and installation of amenities at the Adventure Zone as well as new lifts and trails.

**PERMITTING & PERMIT COMPLIANCE:** Okemo has secured hundreds of permits from federal, state and local jurisdictions. Examples include areas such as stormwater management, water quality, traffic, air quality, land use, and compliance with local zoning. The management and compliance of permits is done through our Planning Division.

**JACKSON GORE REAL ESTATE:** In conjunction with Mary W. Davis Real Estate, sales of Okemo owned properties and the resale of properties owned by independent owners at Jackson Gore are managed through the real estate sales operation. This office coordinates the marketing and sales of residential units at Jackson Gore. Guests interested in purchasing real estate should be directed to the Jackson Gore Real Estate sales office located under the stone archway at the Jackson Gore Inn.

## OKEMO MOUNTAIN RESORT INFORMATION...
## KNOW OKEMO, KNOW YOUR JOB

All employees are expected to be **helpful** and **friendly!** One of the most important aspects of your job is your ability to assist our guests with their questions. Remember, there is no such thing as a stupid question. Although you may be asked the same

CONFIDENTIAL

CONFIDENTIAL

question a thousand times, it is still a new question to the guest. Make an effort to find an answer for a guest before sending them to another location. Ask them if they need directions to their next stop.

There are several sources of information available to employees to assist in answering these questions.

## RESOURCES TO HELP ANSWER QUESTIONS

**POCKET GUIDE:** Each employee receives a pocket size guide with information about Okemo Mountain Resort. This great little guide has information related to ticket prices, greens fees, rental equipment prices, lodging information, hours of operation, local information, important telephone numbers and more. Please be sure you have this available at all times. If you don't have a copy, contact Human Resources. **Your copy will help you provide exceptional guest service.**

**EMPLOYEE HANDBOOK:** It is yours to keep! The handbook will help you understand your job, your benefits, Okemo's rules, policies and expectations regarding its employees. Use it to put your best foot forward.

**PRINTED MATERIALS:** Also of value are Okemo's brochures, rate cards, Okemo Magazine and trail maps. Every winter employee should have a trail map and every Okemo Valley Golf Course employee should have a score card at all times to effectively direct guests.

**YOUR SUPERVISOR:** Your most valuable resource is your supervisor. If you have a question or receive a question you can't answer, your supervisor can help you.

**WELCOME ORIENTATION:** Welcome Orientations are held during the first two months of the season. Your department manager has a schedule of dates and times as well as who is required to attend orientation. In addition, orientation specifications will be posted in the Around The Mountain employee newsletter. Our goal is to outline our expectations of you as an employee and provide a framework for our company culture.

**AROUND THE MOUNTAIN (ATM):** This is our employee newsletter. It keeps employees up-to-date on current events, safety issues, department news, discounts for employees, items for sale and more. If you want to contribute to the newsletter, contact the Human Resources department by Monday morning of each week. The "ATM" is distributed to staff via email. Please keep Human Resources informed of your accurate email address. Paper copies are available at time clock locations.

**POSTED NOTICES:** Many departments have a staff bulletin board with mountain-wide news, as well as department specific news. Check the board in your department regularly to stay informed about current events that affect you. Notices are also posted at the time clock areas. Check with your supervisor before adding information to any bulletin board.

**THE INTERNET:** We maintain an up-to-date website for our guests including daily snow reports, Calendar of Events, pricing, information requests and current employment opportunities. To view our website visit us at www.okemo.com. We also have an E-mail address for faster communication with our guests - info@okemo.com. Please be sure to review our Security Awareness & Acceptable Use Policy as outlined in this handbook as it pertains to internet usage.

**EMPLOYEE WEBSITE:** Staff informational postings and web links are located at www.okemo.com/okemowinter/staff

## DELIVER "The Okemo Difference"
### It's all about exceeding guest expectations.

You and Okemo are always in the public eye. Our guests, both internal and external, will remember how you treated them and how you and the resort looked. It is all about exceeding guest expectations by giving your Extra 1%.

There are four parts to Deliver "The Okemo Difference" – **Your Attitude, Your Actions, Your Look and The Resort Look.**

**1. Your Attitude** – Your attitude influences your action – positive or negative. The attitude you bring to work needs to be positive, if you are going to have a good day. It is also important to have a good attitude when interacting with both internal and external guests so they can have a good day, too.

**Give your Extra 1% by being positive** – Our external guests are here to have fun so leave your troubles behind. Deal with any issues at an appropriate time and place, not in front of our external guests.

**Give your Extra 1% by accepting people as they are** – We are all different and that is what makes life more interesting. At the resort, there are opportunities to meet people with other interests and from other places. Be approachable - you will be amazed at how fascinating people can be.

**2. Your Actions** – Connect and engage with our guests. Show a positive attitude, and share your passion for life and your work. Discover what the guest wants. To do this, you need to be both *Friendly* and *Helpful*.

### FRIENDLY

The Okemo Difference is what the external guest experiences when they come to our resort for an enjoyable, recreational experience and what you, as an internal guest, deliver while doing your job.

Okemo Mountain Resort has a well-deserved reputation for being a friendly resort, with a staff dedicated to providing the highest quality guest service. With all the emphasis on service in business today, it is no longer enough to meet the guest's expectations. Okemo's guest service program is built around going "Above and Beyond" the guest's expectations by giving an Extra 1%. Anticipate **a guest's needs and exceed them.** Treat our **guests as you would like to be treated if you were on vacation.** Just as with external guests, give your fellow internal guests an Extra 1% by being a team player and making their day on the job better than they expected.

Connect with the guest. Smile and make eye contact because you want to, not because you know you should. Look for opportunities to engage the guest in conversation. Share your passion and discover theirs. People want the inside scoop. Give them the best experience possible so they return and become loyal guests. It makes them feel part of things and helps our mountain become their mountain.

### HELPFUL

Because we are known for being helpful and friendly, guests have high expectations for their experiences at Okemo. Discover what they want and help them get what they need. If we are going to stay the best, we have to continually look for "Did You Know" opportunities that we can suggest to the guest - directions, helpful tips, opportunities to purchase our goods and services. Whether a frequent visitor or someone coming to Okemo Mountain Resort for the first time, if we know our job and help them, we will be able to turn moments of discovery into timeless traditions.

CONFIDENTIAL

Listen to and observe them carefully and you can often anticipate what they need before they ask. Help both internal and external guests by giving them the information they need. To be helpful you need to know your job and know the resort. Helpful hint - use your Pocket Guide - see *Resources to Help Answer Questions*.

### ATTENTION TO DETAIL

Attention to detail is a very important part of our business. We strive to maintain a high level of cleanliness and organization in our public facilities as well as work areas. Each employee is responsible for the upkeep and care of their work area. Remember, if you find yourself with some free time, then it is time to do additional housekeeping.

3. **Your Look** - The Okemo Team Look is tremendously important and encompasses both cleanliness and appearance. See The Okemo Team Look in this handbook for expectations.

4. **The Resort Look** - We are all part of The Clean Team. Okemo is only as good as we make it. Because we want our facilities and grounds to shine, maintenance and cleanliness are critical in public areas and behind the scenes. Be a steward of the mountain's beauty. See Attention to Detail in this handbook for expectations.

## OUR BRAND
### Sharing What is True, Meaningful & Distinctive to Okemo

Our Brand - A brand is a claim of distinction, based on the premise that every company, by virtue of its existence, is unique in some way. A brand is a set of perceptions in the mind of the guest that represent a company, product or service – it is True, Meaningful and Distinctive. At Okemo we deliver our Brand Promise through our actions, our products and our Brand Experience. The result is that our brand evokes emotion in our guests, and over time they become loyal to our brand and to Okemo.

The Okemo Brand Experience - is the experience our guest has at our resort – "The Okemo Difference" – which is the unique experience of superior value that we give our guests.

#### Our Brand Promise to Our Guest

*We inspire your passion for discovery, exhilaration and tradition.*

#### Our Brand Dimensions

The four key aspects of our brand focus on experience, place, people and relationship and describe who we are – our uniqueness:

| EXPERIENCE | PLACE |
| --- | --- |
| Discovery, Adventure, Escape | An escape to the natural beauty of our Vermont |
| **PEOPLE** | **RELATIONSHIP** |
| The Okemo Family: Passionate, Caring, Dedicated | Genuine, Welcoming Connections |

14

## THE OKEMO TEAM

Each and every employee is equally important to the success of "The Okemo Team." We understand that working as The Okemo Team, we create an environment that is more efficient and enjoyable for both internal and external guests. There is no "I" in the word "Team." Team members respect those working directly with them as well as those in other departments. We put ourselves in the other person's shoes.

Team players pitch in to create the supportive environment found at Okemo. There may be occasions when you will be needed in departments other than where you are usually assigned. Your ability to be flexible is key in order to keep Okemo Mountain Resort running smoothly for both internal and external guests. Support often comes in the form of verbally supporting other teams. Brag to external guests about the great work of your fellow internal guests.

Give that Extra 1% by accepting people as they are. It is important to accept people as they are. We are all different and that is what makes the world a more interesting place. At Okemo Mountain Resort there are opportunities to meet people from around the world as well as from the town next to ours. Open yourself up to others, accept them for who they are and you will be amazed at how fascinating new acquaintances can be.

Give that Extra 1% by leaving your troubles behind. Our external guests are here to have fun. They don't want to know when you are having a bad day. Their picture of a perfect experience at Okemo Mountain Resort does not include seeing you depressed, complaining, upset or sharing bad news. Leave your personal troubles behind and deal with them at the appropriate time and place, not in front of our external guests.

## EMPLOYEE CLASSIFICATIONS

There are seven different categories of personnel:

*1. Full-Time, Year-Round Employee (FTYR) – Regularly works a minimum of 40 hours per week on a year-round basis as approved by his or her supervisor and management.

*2. Full-Time, Winter Employee (FTW) - A full-time, seasonal winter employee regularly works a minimum of 36 hours per week during the winter season as approved by his or her supervisor and management.

*3. Part-Time, Winter Employee (PTW) - A part-time, seasonal winter employee regularly works weekends and holidays, but no less than 25 days per winter season as approved by his or her supervisor and management.

*4. Full-Time, Summer Employee (FTS) - A full-time, seasonal summer employee regularly works a minimum of 36 hours per week during the summer season as approved by his or her supervisor and management.

*5. Part-Time, Summer Employee (PTS) - A part-time, summer employee regularly works less than 36 hours per week, and no less than 25 days, during the summer season as approved by his or her supervisor and management.

*6. Temporary, Seasonal Employee (TS) - A temporary, seasonal employee works fewer than 25 days per season. Due to the demands of our business, these positions are very limited and not available in most departments.

15

OKEMO024??

CONFIDENTIAL

**\*7. Volunteer (VOL)** -A volunteer contributes their time and experience within a specific department and their compensation is skiing/riding privileges. No other compensation exists for these positions.

All seasonal staff are variable hour employees as it relates to the Affordable Care Act. The Company will be using a 12 month look back period for variable hour employees. Questions on the Affordable Care Act and classification of variable hour employees should be directed to the Human Resources Department.

**Please Note:** We operate a seasonal resort. As such, as outlined when hired most of our employees are seasonal employees. This means that while you may return to work for the resort in another season there is no guarantee of employment from season to season. As outlined and described in this handbook, employees are employees at-will. For the purpose of day commitments, seasons are defined as November 1 and May 1 each year.

Special benefits are afforded to Okemo employees and their eligible dependents. Eligible dependents include: your lawful spouse, civil union partner, unmarried children who depend on you for over ½ of their financial support and are less than 19 years old or less than 25 years old if a full-time student, are mentally or physically handicapped and dependent upon you for their support and care; this includes step-children, legally adopted children, and foster children. Whereby benefits refer to consecutive years of employment for seasonal staff, this is defined by winter to winter or consecutive years of summer season to summer season and the immediate proceeding summer season does not constitute two years of consecutive employment. In the rare circumstance in which an employee is hired at another one of our resorts simultaneously, the designated/primary hiring resort will be the resort in which benefits are offered, only.

If an employee falsely misrepresents his or her dependents in order to fraudulently receive season passes for ineligible individuals, the employee will be terminated immediately and the company will seek reimbursement for any and all use of the passes. Should eligible dependents have different last names, employees may be prepared to provide proof of dependency in order to receive season pass benefits. Additionally, full-time college student dependents must be prepared to provide a letter from their educational institution confirming they are a full-time student upon request.

\*Okemo Mountain Resort is an at-will employer. Okemo reserves the right to terminate any employee at any time, with or without cause or reason, and with or without advance notice.

## EMPLOYEE BENEFITS

Employee benefits are offered in appreciation of a job well done and are given in accordance with the employee's employment status. I.D.'s are required for all of these privileges. Employees, and any eligible dependents, will be required to sign a Release from Liability agreement before receiving Season Passes/I.D.'s. Benefits which are reciprocal at Mount Sunapee Resort or Crested Butte Mountain Resort are noted in their description. If not noted, benefits are not reciprocal.

**FULL-TIME, YEAR ROUND EMPLOYEES (FTYR):** All full-time, year round employees are eligible to receive the following benefits, subject to the following restrictions.

16

**HEALTH & DENTAL INSURANCE** – Health and dental insurance benefits are available on the 91st day of full-time, year round (FTYR) employment. Rates and dependent eligibility are available through the Human Resources department. It is important to note, spouses/civil union partners eligible for healthcare through their own employer are not eligible under this plan. Premium deductions can be taken on a pre-tax basis through our Flexible Spending Plan.

**FLEXIBLE SPENDING PLAN** - This benefit is available on the 91st day of full-time, year round employment. It allows eligible staff to pay medical, dental, vision and dependent care costs as well as certain insurance premiums on a pre-tax basis. Yearly enrollment is December for a January 1st start date. See Human Resources for details.

**VISION INSURANCE** - On the 91st day of full-time, year round employment, group vision insurance is offered on a voluntary basis to staff who chose to purchase the program. Premium deductions are taken on a pre-tax basis through our Flexible Spending Plan.

**LIFE INSURANCE** - On the 91st day of full-time, year round employment, life insurance for the employee only is provided based on the individual's annual salary. See Human Resources for details.

**SHORT TERM & LONG TERM DISABILITY INSURANCE** - On the 91st day of full-time, year round employment, short term and long term disability insurance benefits are available based on the following: This program is a partnership between Okemo and our staff. Staff who chose to purchase the long term disability insurance at a low, group rate will receive short term disability provided by Okemo. If a staff member chooses not to purchase long term disability, no disability insurance is available. Renewal dates for this insurance are May 1st of each year. Late enrollment is only accepted with evidence of insurability completion and approval by carrier.

**VACATION TIME** -Vacation time is on a calendar year basis and follows the following tiers - 1 year, 80 hours*; 5 years, 120 hours. Vacation time will be prorated the first year based on the number of months worked up to December 31st. This prorated amount will be based on 80 hours of vacation and will be available to be used beginning on January 1st of the next year. Example: employee becomes full-time, year round on July 1 and works through December which is 6 months, or ½ the year. Vacation time allotted would be ½ of 80 hours or 40 hours for the next calendar year. For each year forward, the employee's vacation time will be based on the calendar year renewal of January 1st. Vacation time will be available on January 1st of each year and must be used by December 31st of that year as it does not carry over to the next year. Vacation time during your season, non-holiday, will be limited subject to your department head and division manager's approval, and may not be available in all departments. Upon termination, should an employee have unused vacation time for that year, it will be paid out to the employee in post termination pay periods. Shutdown week (40 hours) is paid to all salaried staff provided they have been employed on a salaried, full-time, year round basis for a minimum of 120 days. Staff members must be paid on a salaried basis throughout the year to qualify for 40 hours pay. Full-time, year round staff members who are salaried for part of the year will receive 20 hours of pay, provided they meet the above qualifications. Shutdown is to be taken at a time determined by management at the end of the applicable season. Shutdown time that is unused is not paid to the employee upon termination of employment.

**SICK TIME** - On the 91st day of full-time, year round employment six full days (48 hours) are available which is renewed each year on January 1st. Any unused sick time may be carried forward to the next year to a maximum of 20 days (160 hours). Sick

17

OKEMO0249

401k RETIREMENT SAVINGS PLAN - Offered to all employees who have worked for one year and worked 1,000 hours within the year. Contact the Human Resources Department for eligibility, enrollment paperwork and information on Okemo matching contributions. Enrollment dates are January 1st, April 1st, July 1st and October 1st.

TUITION ASSISTANCE - A tuition reimbursement program is available to full-time, year round and seasonal department head staff taking courses to strengthen the skills they use to perform their work at the Company. This program is a partnership between the company and the employee. Details can be obtained through Human Resources.

**SKI/SNOWBOARD PASS - Available to employee, spouse/civil union partner and dependents. There is a $30 processing fee for each family member pass. Passes are reciprocal at Mount Sunapee Ski Resort and Crested Butte Mountain Resort.

GOLF PASS - Greens fees are available to employee, spouse, civil union partner and dependents. There is a $50 processing fee for each family member pass. Staff and dependents will not be permitted to make advance reservations for tee times and must play on a space available basis. Better times include midweek or after work. For more information call the Golf Pro Shop. Also offered are driving range tokens, golf carts, clubs and merchandise at a discounted rate to the employee. Please note proper dress is required while playing at Okemo Valley Golf Club and Tater Hill Golf Club. This includes collared shirts, golf shorts/pants and proper footwear. No jeans, men's tank tops, bathing suits, gym shorts or net shirts will be allowed.

THE SPRING HOUSE RECREATIONAL FACILITY - Free memberships will be offered to full-time, year round employees and full-time seasonal department heads as well as their spouse, civil union partner and dependents. There is a $50 processing fee for each family member pass to renew November 1st each year. Fitness classes are offered to the employee free, and eligible dependents with a family member pass at a 50% discount. Class size must meet minimum enrollment. It is our desire to encourage exercise and good health among our staff. During peak periods, weekends & holidays, there will be restrictions – black-out periods include noon Saturday through noon Sunday, holidays and holiday weeks. Full-time, year round, full time seasonal department heads and dependents will need to complete an application for membership at the Spring House.

THE ICE HOUSE - Free access to the rink will be offered to full-time, year round employees and their dependents. Must show employee I.D. and dependent pass I.D. to access. Exclusions include Saturdays from 2:00 p.m. to closing. Rental skates are available to employee plus dependents free Monday - Friday, non-holiday on an equipment available basis. Rentals on weekends, holidays and peak periods are at the discretion of the Ice Rink Manager based on availability. Note: rentals are very limited and must be prioritized for our guests. Staff should plan to bring equipment to the rink.

LESSONS - Free group lessons (Levels 1-4) are available to the employee, the employee's spouse/civil union partner and dependents of at least seven years of age as long as there is a class at their ability level being taught. The recipient of the lesson must present pass (or dependent pass if applicable). Resort Services Desks to obtain complimentary tickets. Complimentary tickets are limited to one per day. The Ski + Ride School children's programs (age 7-14) are offered at $35 for full day (including lunch) on a space available basis. Mountain Explorer employee dependent program season passes are available at $550, and Amplitude+ Freeride dependent season passes are available at $1,400 per dependent, unlimited use. Purchase

19

time must be used for employee illness/injury or employee's medical appointments. In the case where the employee is the primary care giver of a dependent child who is ill/injured, the employee may use sick time to care for the ill/injured child or accompany them to a medical appointment if the dependent child is unable to do so on their own. In the case where the employee's spouse/civil union partner is incapacitated due to illness/injury and they are unable to transport themselves to medical appointments, the employee may use sick time to accompany their spouse/civil union partner to the appointments. The employee must notify his/her manager of their use of sick time for themselves, dependent children or spouse/civil union partner. Up to 4 hours of sick time in a 30 day period, but not more than 24 hours in a twelve month period, may be used to accompany the employee's parent or parent-in-law to routine medical or dental appointments or for a medical emergency. Employees must notify their manager of their use of sick time to assist a parent or parent-in-law in the above medical situations. Upon termination of employment, sick time will not be paid out to the employee.

PERSONAL TIME - On the 91st day of full-time, year round employment, the employee will receive two personal days (16 hours) which renew each year on January 1st. Personal time may be used any time within the year with your supervisor's prior approval. Personal time does not carry over to the next year. Upon termination of employment, personal time will not be paid out to the employee and can not be used to satisfy a notice of termination. Personal time will not be paid after notice of termination is given.

FAMILY LEAVE - In the event an employee or their spouse/civil union partner give birth or adopt an infant, Okemo will pay the employee three days (24 hours) leave. Unpaid leave is available in accordance with the Family Medical Leave Act and provisions of applicable State and Federal laws and regulations. Please see the Family & Medical Leave Policy section outlined in this handbook or contact the Vice President of Human Resources for information.

HOLIDAY PAY - There are three paid holidays (24 hours) per year offered during your off season. To qualify, you must be full-time, year round before the actual Company designated holiday. Traditional holidays include Memorial Day, Independence Day and Labor Day for winter operations and Thanksgiving, Christmas and New Years for summer operations. If a staff member is unable to take the holiday on the observed date, due to company business reasons, they must take the holiday within the next four pay periods as holidays are not considered floating holidays. On the 91st day of full-time, year round employment, staff receive one floating holiday (8 hours). This must be used by December 31st and renews each calendar year. It appears as "personal time" in timekeeping system. Upon termination of employment, holiday time will not be paid out to the employee.

BEREAVEMENT LEAVE - Up to three days (24 hours) of paid leave are offered for a death in the immediate family which includes parent, child, sibling, spouse/civil union partner, grandparent as well as spouse/civil union partner's parent or grandparent. Up to one day of paid leave is offered for the death of an employee's or spouse/civil union partner's aunt, uncle, brother-in-law, sister-in-law, niece, nephew or first cousin.

JURY DUTY PAY - Should a full-time staff member be asked to serve on jury duty, we will reimburse staff members for their wages based on the following. Okemo will pay the staff member's salary (based on 40 hours) less the daily stipend the court provides. In some instances, depending on your job responsibilities and the time of year, Okemo may request the court excuse you from, or postpone your involvement in, the jury selection process.

18

CONFIDENTIAL

discounted tickets at the Resort Services Desks. All season programs are by reservation. A lift ticket or season pass is required to ride the chairlift.

OKEMO SNOW STARS - Snow Star lessons are available to employee dependent children during non-busy periods at a cost of $53 per day to include lunch. Snow Star Skiers is for ages 4-6, and Snow Star Riders (snowboarding) is for ages 5-6. Employees should check for space availability. It is very important staff have their children registered on time as well as picked up on time. Snow Stars employee dependent season passes are available at a cost of $675 unlimited use with the exception that during holiday periods the employee must be working during the day of use.

Little Dippers beginner skiing lessons are offered at $45 per session on a space available basis for children 3 years old on non-holiday week days. Equipment is not included. Detailed information on the program is available through the Call Center at ext. 1600.

DAY CARE - Day care is offered at a discounted rate to employee dependent children from 6 months to 4 years of age on your scheduled work days. Space is limited and must be reserved 7 days prior to the date being requested (earlier for holiday periods) and is based on availability. Payment is required on the first date of each reserved block of time. A completed registration form, copy of your child's immunization record and signed compliance agreement must be submitted prior to your child's initial enrollment. The employee dependent day care rate is $35 for full or half-day use. An unlimited employee dependent season pass is available for $1,800. A restricted use employee dependent season pass is also available, please inquire with the Day Care department for details and rates.

RACING PROGRAMS - A 50% discount on seasonal racing programs is offered to employee dependents. Details on programs and rates can be obtained from the Director of Racing.

RENTAL EQUIPMENT - Free recreational equipment is available to the employee and the employee's dependents - see definition of dependent under employee classifications. You must present seasons pass at the time of rental. Recreational equipment includes recreational skis, snowboards, boots and poles. Performance level equipment including skis & boots, snowboards & boots and snowblades are available at full price. Rentals are available Monday through Friday after 10:00 a.m. Rentals on weekends and holidays are at the discretion of the Rental Shop and are based on equipment availability. Generally, there are no free employee rentals on Saturdays and Sundays - the equipment is available after 1:00 p.m. based on availability. Certain restrictions apply during holiday periods, ask your supervisor for details. All employees and dependents are required to leave a deposit for the equipment in the form of a credit card, or $300 cash. Equipment must be returned the same day by 4:30 p.m. or privileges will be withdrawn. Nordic Center equipment is available to the employee and employee's immediate family free of charge subject to availability.

CULINARY SERVICES - Discounts of 50% for food are extended to the employee only, with staff I.D., you may not purchase discounted food for relatives or friends. This discount does not include alcoholic beverages -- some restrictions may apply during busier times of operation in the Sitting Bull Lounge, ePIC, and Coleman Brook Tavern. Note: try to time your breaks during non-peak times; have your employee I.D. available for the cashier - remember your co-workers are following company guidelines; be sure to bus your table to help provide a clean place for the guests; and, help us keep this benefit by reporting any abuse. In restaurant establishments, staff are encouraged to calculate the service tip on the full value of the meal, not the discounted value.

Employee I.D. Badge must be presented to cashier in order to receive discount at the register.

RETAIL SHOPS - A 30% discount is available for the employee and their spouse/civil union partner/dependents with proper I.D. Charge accounts are available through the Accounting Department. Note - no discount is given on food and beverage items. Mountain Outfitters at Jackson Gore, all other items at Mountain Outfitters are subject to discount.

REPAIR SHOP - A 50% discount is available on all work performed on an employee's equipment. This benefit is also extended to those dependents who qualify for a dependent pass during midweek and non-holiday periods.

ADVENTURE ZONE - Employees and eligible dependents qualify for free access to the Adventure Zone. The Adventure Zone access pass will exclude the Timber Ripper due to shared ownership. Timber Ripper benefits are offered at a fifty percent discount on single ride tickets for employees and their dependents. Zipline, Challenge Course and Segway Tours are complimentary in the summer season to employees and spouse/civil union partner and qualified dependent children; these programs are not scheduled to operate in the winter season. Staff and eligible dependents must fill an available slot in an existing group; reservations are not available due to space limitations. Holidays and busy periods are excluded at the discretion of the manager on duty for all Adventure Zone benefits. Employees and dependents must show their valid I.D. at the point of sale in order to obtain special privileges. Dependent passes are subject to a $30 processing fee. If this fee was paid on the same dependent in the immediate past winter season, the fee will be waived for the summer season.

MOUNTAIN BIKING - Employees and dependents, with their valid I.D., access the bike park free, space available, with limitations during busy/holiday periods. Chairlift access is free with employee I.D. and dependent I.D. Bike Shop repairs offer a 20% discount on labor to employees and dependents with valid I.D. Bike parts are full price to employees and their dependents. Repairs are based on space availability.

AREA DISCOUNTS - As a member of the Okemo team you may be eligible for employee discounts offered at local businesses and vendors. The Human Resources Department publishes all discounts in the Around The Mountain.

RECIPROCAL PASSES - Okemo employee, spouse/civil union partner and dependent passes are reciprocal at Mount Sunapee Resort and Crested Butte Mountain Resort. Also, if you want to ski or snowboard additional areas on your day off, check with the Resort Services Department. Many areas offer a discounted or free ticket to our staff when they present the proper credentials and letter of introduction. Check with Resort Services for participating areas.

**FULL-TIME, SEASONAL DEPARTMENT HEADS: In addition to their seasonal benefits, Okemo's full-time, seasonal department heads qualify for the following benefits as listed above: Health/Life/Vision & Dental Insurance; Flexible Spending Plan; Pro-rated Sick Time; Bereavement Leave when actively working; Family Leave when actively working; Jury Duty Pay when actively working; and ski/golf/recreational/bikerace facility/Adventure Zone pass privileges at the full-time, year round level. For further details speak with the Vice President of Human Resources.

FULL-TIME, WINTER EMPLOYEES (FTW): All full-time, winter employees are eligible for the following benefits, subject to the following restrictions.

OKEMO257

CONFIDENTIAL

**SKI/SNOWBOARD PASS** - Full-time employees are eligible to receive a free season pass for themselves as well as their spouse/civil union partner or dependent the first year, and one dependent per consecutive year of tenure starting with the second year of employment. There is a $30 processing fee for each family member pass. Passes are reciprocal at Mount Sunapee Resort and Crested Butte Mountain Resort.

**401k RETIREMENT SAVINGS PLAN** - Offered to all employees who have worked for one year and worked 1,000 hours within the year. Contact the Human Resources Department for eligibility, enrollment paperwork and information on Okemo matching contributions. Enrollment dates are January 1st, April 1st, July 1st and October 1st.

**LESSONS** - Free group lessons (Levels 1-4) are available to the employee, the employee's spouse/civil union partner and dependents of at least seven years of age as long as there is a class at their ability level being taught. Employee must present their pass in order to obtain complimentary ticket (If obtaining ticket for a dependent, the dependent must accompany the employee) at the Resort Services Desks. Complimentary tickets are limited to one per day. The Ski + Ride School children's programs (age 7-14) are offered at $35 for a full day (including lunch) on a space available basis. Mountain Explorer employee dependent season passes are available at $550, and Amplitude+ Freeride dependent season passes are available at $1,400 per dependent, unlimited use. Purchase discounted tickets at the Resort Services Desks. All lesson programs are by reservation. A lift ticket or season pass is required to ride a chairlift.

**OKEMO SNOW STARS** - Snow Star lessons are available to employee dependent children during non-busy periods at a cost of $35 per day to include lunch. Snow Star Sliders is for ages 4-6, and Snow Star Riders (snowboarding) is for ages 5-6. Employees should check for space availability. It is very important staff have their children registered on time as well as picked up on time. Snow Stars employee dependent season passes are available at a cost of $675 unlimited use with the exception that during holiday periods the employee must be working during the day of use.

Little Dippers beginner skiing lessons are offered at $45 per session on a space available basis for children 3 years old on non-holiday week days. Equipment is not included. Detailed information on the program is available through the Call Center at ext. 1access.

**DAY CARE** - Day Care is offered at a discounted rate to employee dependent children from 6 months to 4 years of age on your scheduled work days. Space is limited and must be reserved 7 days prior to the date being requested (earlier for holiday periods) and is based on availability. Payment is required on the first date of each reserved block of time. A completed registration form, copy of your child's immunization record and signed compliance form agreement must be submitted prior to your child's initial enrollment. The employee dependent daily care rate is $35 for full or half-day use. An unlimited employee dependent season pass is available for $1,800. A restricted use employee dependent season pass is also available, please inquire with the Day Care department for details and rates.

**RACING PROGRAMS** - A 20% discount on seasonal racing programs is offered to employee dependents. Details on programs and rates can be obtained from the Director of Racing.

**RENTAL EQUIPMENT** - Free recreational equipment is available to the employee and the employee's dependents - *see definition of dependent under employee classifications*. You must present seasons passes at the time of rental. Recreational equipment includes recreational skis, snowboards, boots and poles. Performance level equipment including skis & boots, snowboards & boots and snowblades are available at full price. Rentals are available Monday through Friday after 10:00 a.m. Rentals on weekends and

holidays are at the discretion of the Rental Shop and are based on equipment availability. Generally, there are no free employee rentals on Saturdays and Sundays - the equipment is available after 1:00 p.m. based on availability. Certain restrictions apply during holiday periods, ask your supervisor for details. All employees and dependents are required to leave a deposit for the equipment in the form of a credit card, or $300 cash. Equipment must be returned the same day by 4:30 p.m. or privileges will be withdrawn. Nordic Center equipment is available to the employee and employee's immediate family free of charge subject to availability.

**CULINARY SERVICES** - Discounts of 50% for food are extended to the employee only, with staff I.D., **you may not purchase discounted food for relatives or friends.** This discount does not include alcoholic beverages -- some restrictions may apply during busier times of operation in the Sitting Bull Lounge, ePIC. and Coleman Brook Tavern. Note: try to time your breaks during non-peak times; have your employee I.D. available for the cashier - remember your co-workers are following company guidelines; be sure to bus your table to help provide a clean place for the guests; and, help us keep this benefit by reporting any abuse. In restaurant establishments, staff are encouraged to calculate the service tip on the full value of the meal, not the discounted value. **Employee I.D. Badge must be presented to cashier in order to receive discount at the register.**

**THE SPRING HOUSE RECREATIONAL FACILITY:** It is our desire to encourage exercise and good health among our staff. Memberships will be offered to active full-time winter staff with a $50 processing fee. During peak periods, weekends & holidays, there will be restrictions -- black-out periods include noon Saturday through noon Sunday, holidays and holiday weeks. Full-time winter staff need to present a valid employee I.D. and complete an application for membership at the Spring House.

Discounted family memberships are offered while the employee is actively working. Applications and rates are available with the Spring House Manager. Note: no discount is available unless actively working at Okemo.

**THE ICE HOUSE** - Free access to the rink is available to the employee plus dependent the first year, with an additional dependent added each consecutive year of employment. Must show employee I.D. and dependent pass I.D. to access. Exclusions include Saturdays from 2:00 p.m. to closing. Skate rentals are available free to the employee plus dependents Monday - Friday, non-holiday on an equipment available basis. Rentals on weekends, holidays and peak periods are at the discretion of the Ice Rink Manager based on availability. **Note: rentals are very limited and must be prioritized for our guests. Staff should plan to bring equipment to the rink.**

**RETAIL SHOPS** - A 20% discount is available for the employee and spouse/civil union partner/dependents with proper I.D. Charge accounts are not available. *Note - no discount is given on food and beverage items at Mountain Outfitters at Jackson Gore, all other items at Mountain Outfitters are subject to discount.*

**REPAIR SHOP** - A 50% discount is available on all work performed on an employee's equipment. This benefit is also extended to those dependents who qualify for a dependent pass during midweek and non-holiday periods.

**ADVENTURE ZONE** - The amenities of the Adventure Zone are not scheduled to operate in the winter season. We will offer a 50% discount on single ride tickets to the Timber Ripper for employees and eligible dependents who receive a dependent season pass. Employees and dependents must obtain and show their dependent pass in order to obtain discount pricing. Holiday periods and busy periods are excluded at the discretion

OKEMO0252

of the manager on duty. Please be mindful of busy times and respect the decision of the manager on duty.

AREA DISCOUNTS - As a member of the Okemo team you may be eligible for employee discounts offered at local businesses and vendors. The Human Resources Department publishes all discounts in the Around The Mountain.

RECIPROCAL PASSES - Okemo employee, spouse/civil union partner and dependent passes are reciprocal at Mount Sunapee Resort and Crested Butte Mountain Resort. Also, if you want to ski or snowboard additional areas on your day off, check with the Resort Services Department. Many areas offer a discounted or free ticket to our staff when they present the proper credentials and letter of introduction. Check with Resort Services for participating areas.

PART-TIME, WINTER EMPLOYEES (PTW): All part-time, winter employees are eligible for the following benefits subject to the following restrictions.

**SKI/SNOWBOARD PASS - Part-time employees are eligible to receive a free season pass during the first year of employment for the employee only, and for the employee and spouse/civil union partner (dependent) starting with the second consecutive year of employment. With each additional consecutive year of employment, one more dependent becomes eligible for free skiing. There is a $30 processing fee for each family member pass. Passes are reciprocal at Mount Sunapee Resort and Crested Butte Mountain Resort.

LESSONS - Free group lessons (Levels 1-4) are available to the employee and those dependents who qualify for a dependent season pass (children must be at least seven years of age) as long as there is a class at their level being taught. Employee (or Dependent Passholders, if applicable) must present pass in order to obtain a complimentary lesson ticket at the Resort Services Desks. Complimentary tickets are limited to one per day. The Ski + Ride School children's programs (age 7-14) are offered at $35 for a full day (including lunch) on a space available basis. Mountain Explorer employee dependent program season passes are available at $550, and amplified Pride dependent season passes are available at $1,400 per dependent, unlimited use. Pride Plus discount tickets are available at the Resort Services Desks. All lesson programs are by reservation. A lift ticket or season pass is required to ride a chairlift.

OKEMO SNOW STARS - Snow Star lessons are available to employee dependent children during non-busy periods at a cost of $35 per day to include lunch. Snow Star Skiers for ages 4-6, and Snow Star Riders (snowboarding) is for ages 5-6. Employees should check for space availability. It is very important staff have their children registered on time as well as picked up on time. Snow Stars employee dependent season passes are available at a cost of $675 unlimited use with the exception that during holiday periods the employee must be working during the day of use.

Little Dippers beginner skiing lessons are offered at $45 per session on a space available basis for children 3 years old on non-holiday week days. Equipment is not included. Detailed information on the program is available through the Call Center at ext. 1600.

DAY CARE - Day Care is offered at a discounted rate to employee dependent children from 6 months to 4 years of age on your scheduled work days. Space is limited and must be reserved 7 days prior to the date being requested and is based on availability. Payment is required on the first day of each reserved block of time. A completed registration form, copy of your child's immunization record and signed compliance agreement must be submitted prior to your child's initial enrollment. The employee dependent day care rate is $35 for full or half-day use. An unlimited employee dependent season pass is available for $1,800. A restricted use employee dependent

season pass is also available, please inquire with the Day Care department for details and rates.

RACING PROGRAMS - A 20% discount on seasonal racing programs is offered to employee dependents. Details on programs and rates can be obtained from the Director of Racing.

RENTAL EQUIPMENT - Free recreational equipment is available to the employee-only. You must present seasons pass at the time of rental. Recreational equipment includes recreational skis, snowboards, boots and poles. Performance level equipment including skis & boots, snowboards & boots and snowblades are available at full price; holidays are at the discretion of the Rental Shop and are based on equipment availability. Generally, there are no free employee rentals on Saturdays and Sundays - the equipment is available after 1:00 p.m. based on availability. Certain restrictions apply during holiday periods, ask your supervisor for details. All employees are required to leave a deposit for the equipment in the form of a credit card, or $300 cash. Equipment must be returned the same day by 4:30 p.m. or privileges will be withdrawn. Nordic Center equipment is available to the employee and employee's immediate family free of charge subject to availability.

CULINARY SERVICES - Discounts of 50% for food are extended to the employee only, with staff I.D., you may not purchase discounted food for relatives or friends. This discount does not include alcoholic beverages – some restrictions may apply during busier times of operation in the Sitting Bull Lounge, ePIC and Coleman Brook Tavern. Note: try to time your breaks during non-peak times; have your employee I.D. available for the cashier - remember your co-workers are following company guidelines; be sure to bus your table to help provide a clean place for the guests; and, help us keep this benefit by reporting any abuse. In restaurant establishments, staff are encouraged to calculate the service tip on the full value of the meal, not the discounted value. Employee I.D. Badge must be presented to cashier in order to receive discount at the register.

THE SPRING HOUSE RECREATIONAL FACILITY: Discounted employee and family memberships are offered while the employee is actively working. During peak periods, weekends & holidays, there will be restrictions – black-out periods include noon Saturday through noon Sunday, holidays and holiday weeks. Staff need to present a valid employee I.D. and complete an application for membership at the Spring House. Applications and rates are available with the Spring House Manager. Note: no discount is available unless actively working at Okemo.

THE ICE HOUSE - Free access to the rink is available to the employee only the first year. An additional dependent added each consecutive year of employment. Must show employee I.D. and dependent pass I.D. to access. Exclusions include Saturdays from 2:00 p.m. to closing. Skate rentals are available free to the employee only Monday - Friday, non-holiday on an equipment available basis. Rentals on weekends, holidays and peak periods are at the discretion of the Ice Rink Manager based on availability. Note: rentals are very limited and must be prioritized for our guests. Staff should plan to bring equipment to the rink.

RETAIL SHOPS - A 20% discount is available for the employee and spouse/civil union partner/dependent with proper I.D. Charge accounts are not available. Note - no discount is given on food and beverage items at Mountain Outfitters at Jackson Gore, all other items at Mountain Outfitters are subject to discount.

CONFIDENTIAL

REPAIR SHOP - A 50% discount is available on all work performed on an employee's equipment. This benefit is also extended to those dependents who qualify for a dependent pass during midweek and non-holiday periods.

ADVENTURE ZONE – The amenities of the Adventure Zone are not scheduled to operate in the winter season. We will offer a 50% discount on single ride tickets to the Timber Ripper for the employee and their eligible dependent(s) who qualify for a season pass based on consecutive years of service. Employees and eligible dependents must obtain and show their pass in order to receive discount pricing. Holiday periods and busy periods are excluded at the discretion of the manager on duty. Please be mindful of busy times and respect the decision of the manager on duty.

AREA DISCOUNTS - As a member of the Okemo team you may be eligible for employee discounts offered at local businesses and vendors. The Human Resources Department publishes all discounts in the Around The Mountain.

FULL-TIME, SUMMER EMPLOYEES (FTS): All full-time, summer employees are eligible for the following benefits, subject to the following restrictions.

GOLF PASS - Greens fees are available, free of cost, to the employee only as long as they are actively employed on a full-time seasonal basis. Staff will not be permitted to make advance reservations for tee times and must play on a space available basis. Better times include midweek or after work. For more information call the Golf Pro Shop. Also offered are driving range tokens, golf carts, clubs and merchandise at a discounted rate to the employee. Please note proper dress is required while playing at Okemo Valley Golf Club and Tater Hill Golf Club. This includes collared shirts, golf shorts/pants and proper footwear. No jeans, men's tank tops, bathing suits, gym shorts or net shirts will be allowed.

401k RETIREMENT SAVINGS PLAN - Offered to all employees who have worked for one year and worked 1,000 hours within the year. Contact the Human Resources Department for eligibility, enrollment paperwork and information on Okemo matching contributions. Enrollment dates are January 1st, April 1st, July 1st and October 1st.

CULINARY SERVICES - Discounts of 50% for food are extended to the employee only, with staff I.D., you may not purchase discounted food for relatives or friends. This discount does not include alcoholic beverages -- some restrictions may apply during busier times of operation. Note: try to time your breaks during non-peak times; have your employee I.D. available for the staff - remember your co-workers are following company guidelines; and, help us keep this benefit by reporting any abuse. In restaurant establishments, staff are encouraged to calculate the service tip on the full value of the meal, not the discounted value. Employee I.D. Badge must be presented to cashier in order to receive discount at the register.

THE SPRING HOUSE RECREATIONAL FACILITY: It is our desire to encourage exercise and good health among our staff. Memberships will be offered to active full-time summer staff with a $50 processing fee. During peak periods, weekends & holidays, there will be restrictions – black-out periods include noon Saturday through noon Sunday, holidays and holiday weeks. Full-time summer staff need to present a valid employee I.D. and complete an application for membership at the Spring House.

Discounted family memberships are offered while the employee is actively working. Applications and rates are available with the Spring House Manager. Note: no discount is available unless actively working at Okemo.

RETAIL SHOPS - A 20% discount on merchandise at the Okemo Valley Golf Club and Mountain Outfitters at Jackson Gore is available for the employee and spouse/civil

union partner/dependent with proper I.D. Charge accounts are not available. Note - no discount is given on food and beverage items at Mountain Outfitters at Jackson Gore, all other items at Mountain Outfitters are subject to the above discount.

ADVENTURE ZONE – The employee plus their dependent(s) who qualify for a season pass, based on consecutive years of service, receive free access to the Adventure Zone. Full-time summer employees are eligible to receive a free pass for themselves as well as their spouse/civil union partner or dependent the first year, and can add a dependent each consecutive year worked. This excludes the Timber Ripper due to shared ownership. Zipline, Challenge Course and Segway Tours will be free to the employee and eligible dependents who qualify for a season pass, based on space availability. Staff and eligible dependents must fill an available slot in an existing group; reservations are not available due to space limitations. Holiday periods and busy periods are excluded at the discretion of the manager on duty. Please be mindful of busy times and respect the decision of the manager on duty. Employees and dependents must obtain and show their dependent pass/I.D. in order to obtain discount pricing. Dependent passes are administered through the main office and subject to a $30 processing fee. If the processing fee was paid on the same dependent in the immediate past winter season, the $30 fee will be waived for this summer season.

Timber Ripper benefits are offered at a fifty percent discount on single ride tickets for employee and their eligible dependent(s) who qualify for a season pass based on consecutive years of service. Holidays and busy periods are excluded at the discretion of the manager on duty. Employees and eligible dependents must show their valid I.D. at the point of sale in order to obtain special pricing.

MOUNTAIN BIKING – Employees and dependents who qualify for a season pass based on consecutive years of service access the bike park free, space available, with limitations during busy/holiday periods. Chairlift access is free to employee and dependents who qualify for a season pass based on consecutive years of service as described in the Adventure Zone benefit above. Bike Shop repairs offer a 20% discount on labor to employees and dependents who qualify for a dependent pass. Bike parts are full price to employees and their dependents. Repairs are based on space availability. Employees and dependents that have obtained and show their dependent pass/I.D. in order to obtain discount pricing are free to obtain and show their dependent passes are administered through the main office and subject to a $30 processing fee. If the processing fee was paid on the same dependent in the immediate past winter season, the $30 fee will be waived for this summer season.

AREA DISCOUNTS - As a member of the Okemo team you may be eligible for employee discounts offered at local businesses and vendors. The Human Resources Department publishes all discounts in the Around The Mountain.

PART-TIME, SUMMER EMPLOYEES (PTS): Part-time, summer employees are eligible for the following benefits, subject to the following restrictions.

GOLF PASS - Greens fees are available to the employee only as long as they are actively employed on a part-time basis. The staff member must register in the Pro-Shop and pay a $50 processing fee. Staff will not be permitted to make advance reservations for tee times and must play on a space available basis. Better times include midweek or after work. For more information, call the Golf Pro Shop. Also offered are driving range tokens, golf carts, clubs and merchandise at a discounted rate to the employee. Please note proper dress is required while playing at Okemo Valley Golf Club and Tater Hill Golf Club. This includes collared shirts, golf shorts/pants and proper footwear. No jeans, men's tank tops, bathing suits, gym shorts or net shirts will be allowed.

CULINARY SERVICES - Discounts of 50% for food are extended to the employee only, with staff I.D., you may not purchase discounted food for relatives or friends.

Case 3:17-cv-00568-KAD   Document 102-7   Filed 05/16/19   Page 17 of 30

This discount does not include alcoholic beverages -- some restrictions may apply during busier times of operation. Note: try to time your breaks during non-peak times; have your employee I.D. available for the staff - remember your co-workers are following company guidelines; and, help us keep this benefit by reporting any abuse. In restaurant establishments, staff are encouraged to calculate the service tip on the full value of the meal, not the discounted value. **Employee I.D. Badge must be presented to cashier in order to receive discount at the register.**

THE SPRING HOUSE RECREATIONAL FACILITY: Discounted employee and family memberships are offered while the employee is actively working. Applications and rates are available with the Spring House Manager. Note: no discount is available unless actively working at Okemo.

RETAIL SHOPS - A 20% discount on merchandise at the Okemo Valley Golf Club and Mountain Outfitters at Jackson Gore is available for the employee and spouse/civil union partner/dependent with proper I.D. Charge accounts are not available. *Note - no discount is given on food and beverage items at Mountain Outfitters at Jackson Gore, all other items at Mountain Outfitters are subject to the above discount.*

ADVENTURE ZONE - The employee plus dependents, who qualify for a season pass based on consecutive years of service, receive free access to the Adventure Zone. Part-time summer employees are eligible to receive a free pass for themselves only the first year and for the employee and spouse/civil union partner (or dependent) starting with the second consecutive year of employment. With each additional consecutive year of employment, one more dependent becomes eligible. The Adventure Zone access pass will exclude the Timber Ripper due to shared ownership. Zipline, Challenge Course and Segway Tours are offered free to the employee and eligible dependents who qualify for a season pass, based on space availability. Staff and eligible dependents must fill an available slot in an existing group; reservations are not available. Due to space limitations. Holiday periods and busy periods are excluded at the discretion of the manager on duty. Please be mindful of busy times and respect the decision of the manager on duty. Employees and dependents must obtain and show their dependent pass/I.D. in order to obtain discount pricing. Dependent passes are administered through the main office and subject to a $30 processing fee. If the processing fee was paid on the same dependent in the immediate past winter season, the $30 fee will be waived for this summer season.

Timber Ripper benefits are offered at a fifty percent discount on single ride tickets for the employee. Holidays and busy periods are excluded at the discretion of the manager on duty. Employees must show their valid I.D. at the point of sale.

MOUNTAIN BIKING - Employees and dependents who qualify for a season pass based on consecutive years of service access the bike park free, space available, with limitations during busy/holiday periods. Chairlift access is free to employee and dependents who qualify for a season pass based on consecutive years of service as described in the Adventure Zone part-time employee benefit above. Bike Shop repairs offer a 20% discount on labor to employees and dependents who qualify for a dependent pass. Bike parts are full price to employees and their dependents. Repairs are based on space availability. Employees and dependents must obtain and show their dependent pass/I.D. in order to obtain discount pricing and show free access. Dependent passes are administered through the main office and subject to a $30 processing fee. If the processing fee was paid on the same dependent in the immediate past winter season, the $30 fee will be waived for this summer season.

AREA DISCOUNTS - As a member of the Okemo team you may be eligible for employee discounts offered at local businesses and vendors. The Human Resources Department publishes all discounts in the Around The Mountain.

TEMPORARY EMPLOYEES (TS): Due to the demands of our business, Temporary positions are very limited and not always available at Okemo. Should you be hired as a Temporary Employee to work less than 25 days a season, the following benefits would apply subject to the following restrictions. Seasons are defined as Winter – November 1st and Summer – May 1st. A Temporary Employee I.D. must be obtained in the main office to receive benefits. Please note, at termination of employment benefits discontinue.

WINTER- For each day that worked, a "Temp" will receive one all-day lift ticket which is non-transferable - issued in the main office only - for use at Okemo Mountain Resort only; rentals are free to the employee only; 15% retail shop discount available to the employee only; 50% discount on food to employee only, some restrictions apply; free group lessons to the employee only as long as there is a class at their ability level being taught; free access to The Ice House for employee only, excluding Saturdays from 2:00 p.m. to closing; State rentals free to employee only Monday - Friday, non-holiday on an equipment available basis, rentals on weekends, holidays and peak periods are at the discretion of the Ice Rink Manager; no season pass or dependent pass/benefits, Spring House benefits, or Adventure Zone/Timber Ripper benefits are available in the winter Temporary program. *Please note, temp staff needing to access the lift system during their work day will need to obtain a one-day access ticket/RFID for the day. This is not transferrable.*

SUMMER- A "Temp" will receive a 15% retail shop discount for the employee only, 50% discount on food to the employee only, some restrictions apply, 2 free Adventure Zone passes for the employee only. No Spring House, Timber Ripper, golf benefits or dependent benefits are available in the Temporary program.

VOLUNTEERS (VOL): There are a variety of volunteer positions at Okemo Mountain Resort within specific departments, each requiring different work hours and skills. Benefits may include season passes, ski lessons, ski shop discounts, ski rentals, repair shop discounts, food discounts, ice rink pass and limited skate rentals and generally fall under the winter part-time employee classification unless stated otherwise by human resources. Volunteers should check with their supervisor or Human Resources for benefit details pertaining to their job.

# OTHER BENEFITS

DISCOUNTED SKI, SNOWBOARD & ADVENTURE ZONE PASSES: Okemo offers discounted lift tickets to its active employees for the winter season. Staff can apply for a discount card in the main office. This Staff Discount Ticket Card allows the purchase of a limited number (10) of discounted tickets for family or friends at both Okemo and Mount Sunapee Resorts. Additionally, active summer staff receive a limited number (4) of discounted passes to the Adventure Zone at Okemo. Discount tickets not used during the respective season will not be carried over to another season.

**EMPLOYEE COMPLIMENTARY 6-PACK TICKET PROGRAM - Staff have a choice of two options for Ski & Snowboard Pass benefits. A staff member with dependents, as outlined in the dependent definition in the Employee Handbook, can continue to receive dependent passes at $30 each based on years of service. However, if an employee does not wish to receive dependent passes for any reason, they may choose to receive ONE Complimentary 6-Pack Ticket Staff Card good for six complimentary, transferable tickets. Complimentary 6-Pack Ticket Staff Cards will be issued in the main office. To use this benefit, the employee must come to the main office to receive their FREE tickets with their guest. Discounted tickets can also be picked up at Jackson Gore Resort Services desk. The guest must attach their ticket in the main office. It is important to note, staff members will be eligible to receive ONE Complimentary Ticket Card only in lieu of any/all dependent passes - both programs can not be selected. Six-

CONFIDENTIAL

Pack tickets may be used at Mount Sunapee Resort - see the Okemo main office for redemption procedures. This program is not available during the summer operations season. Complimentary tickets not used during the season can not be used in another season. All questions on this program can be referred to the Human Resources Department.

The following policy has been established in regards to transfer of use of discount tickets and complimentary tickets, to include the 6-Pack program, at our Colorado resort - Crested Butte Mountain Resort. All tickets must be approved by the department manager for use. Once approved, the main office of Okemo will write a letter for the staff member to present while visiting Crested Butte with friends or family. Upon writing this letter, the main office will mark the ticket as used and no longer valid on the employee record. Staff must be careful not to request a letter unless they are definitely going to visit Crested Butte. Once the letter is written and issued, the ticket cannot be changed. The employee must accompany any friends or family to the Ticket Office at the Adventure Center at Mountaineer Square at Crested Butte. Tickets will only be transferable when the Okemo employee accompanies the guest to Crested Butte with the original letter and employee ID. Discount tickets will be available under the same guidelines above at the same discount rate established for Okemo. Only staff with an authorized letter will receive the above transferable privileges at Crested Butte. Please be sure to give the Main Office two days notice for any letters. As a reminder, all staff and dependent season passes are valid at Okemo/Mount Sunapee/Crested Butte for skiing/riding privileges. Culinary, retail, rental, day care and Ski + Ride School discounts do not transfer between resorts.

**CHRISTMAS TICKET PROGRAM** - Okemo will offer two complimentary tickets to all staff who work on Christmas Day. These complimentary tickets must be used before termination of employment and do not transfer to other seasons. Staff must sign up for the program with their manager prior to Christmas Day and lists will be maintained in the main office.

Complimentary and Discount ticket programs are not transferable or for resale. Employees are not permitted to sell or trade these privileges under any circumstances. Such misuse may subject the employee to immediate termination and legal prosecution under Theft of Services laws.

*Please note staff benefits and programs may change at any time and discontinue upon your termination of employment. Changes will be communicated to staff through supervisors or a staff newsletter.*

## OKEMO MOUNTAIN RESORT SCHOLARSHIPS

Okemo Mountain Resort offers the "Okemo Mountain Resort Employee Student Scholarship Award" and the "Okemo Mountain Resort Employee Dependent Scholarship Award" to employees and dependents furthering their education. These scholarships are awarded to high school seniors, college students, or employees enrolled in a degree program to further their education. Scholarships are awarded annually, and past recipients may reapply.

Two other scholarship programs available are the "Thomas Croney Scholarship" and "John F. Mueller Scholarship." The Thomas Croney Scholarship was established in memory of Tom, a Facilities Operations employee who was always a Peak Performer. It is awarded to an employee or employee dependent pursuing a technical related degree. Funds for the scholarship are raised through staff participation. The John F. Mueller Scholarship was formed by the staff of Okemo Mountain and Mount Sunapee in memory of Dr. John F. Mueller. This scholarship is available to staff members or their dependents who are pursuing a degree in medicine.

Applications are available after March 1st and any questions should be directed to the Human Resources department. Application deadlines are May 1st of each year.

A seasonal scholarship to the Snow Stars program is available in memory of Mary Jane Schreiber - A Peak Performer who contributed so much through her dedication and caring ways to our Snow Stars program. It is awarded annually through a raffle. All employees who wish to enter their name into the raffle must submit their name to the Snow Stars Manager no later than December 15th of each year.

RECEIVED

# RECOGNITION

## BONUSES

During many seasons, Okemo has seen an increase in the number of guests coming to our resort and the amount of money spent per guest. This is credited to improved facilities, exceptional product, and your efforts to provide exceptional service by enhancing the guest experience. To reward employees for their extra effort and to share the "good times" bonuses have sometimes been given to employees who have stayed for their entire season. Based on management's sole discretion, if it is determined bonuses will be offered to staff, they will be awarded based on factors such as job performance, dependability, attitude, attendance, teamwork and total hours. Again, these bonuses are not automatic. The availability of a bonus, an employee's eligibility, the amount, timing and conditions of any such bonus are matters within management's sole discretion. For questions or information on bonuses, please contact the Vice President of Human Resources.

## EMPLOYEE PARTIES

We have a lot of fun at Okemo when we have winter parties, summer picnics and other occasional events. These are events during non-work hours and attendance is purely voluntary. These events are for the employees and their families. You may bring one guest in lieu of family members. We will notify you of the party times through the Around The Mountain as well as post notices in the time clock areas.

## PEAK PERFORMERS

Okemo's employee recognition program, Peak Performers, recognizes employees for giving exceptional service to our guests and fellow employees. Nominations are based on factors such as job performance, safety awareness, dependability and enthusiasm. Special recognition and gifts of appreciation are awarded. This program successfully recognizes role models who consistently give the Extra 1%. As with the discretionary bonuses, the selection of employees and the award of any gifts of appreciation are matters within the sole discretion of management.

## DIFFERENCE DOLLARS

The Difference Dollar program rewards staff members for going above and beyond guest expectations. Managers who "catch a staff member giving the Extra 1%" may issue a Difference Dollar to that employee good for $5.00 in our retail outlets, culinary services outlets or towards lift ticket purchases (in the main office only). These awards are in the manager's sole discretion. Difference Dollars must be completed and signed by your manager before redemption.

## REFERRAL BONUS PROGRAM

The Okemo Referral Bonus program rewards staff members for referring applicants for employment. Staff members receive $75 if their referral is hired into a full-time seasonal or year-round position. If the referral is hired, the employee receives a $75 bonus once the full-time or year round new hire reaches their 28-day anniversary. Staff members receive $25 if a referral is hired into a part-time paid position. If the referral is hired, the employee receives a $25 bonus once the part-time new hire reaches their 45-day anniversary. Volunteer

CONFIDENTIAL

M002

positions that do not qualify. Referrals need to come from active staff members and must be applicants that have not worked at Okemo, Mount Sunapee or Crested Butte Mountain in the past. The name of the employee making the referral must be listed in the 'referred by' section of the new hire's application to qualify. All referrals will be subject to the normal hiring process and procedures. For further details, please contact Human Resources.

## SAFETY JACKPOT PROGRAMS

In recognition of workplace safety accomplishments, Okemo offers a department safety jackpot program for departments who work accident free. This is a great program to celebrate the success of safety awareness. Additionally, the Safety Committee awards individuals for safe acts with our Jackpot II program. Jackpot II awards are worth $25 each.

## WORKING CONDITIONS

## TIME CLOCKS

It is required that you clock in and out each day you work to ensure accuracy and to ensure you will be processed on payroll. If you do not clock in and out, you may not be paid for your hours worked as we will not have information on if, or how long you worked. If you leave work during your shift with the permission of your supervisor, you must clock out when you leave and clock in when you return. This does not apply if you are on official Company business as determined by your supervisor. You are required to follow established payroll procedures.

Time clock locations include the Employee Lounge, Okemo Vacation Center, Main Administration Building, Facilities Operations Building, Racing Building, Snowmaking Base Pump House, Maintenance Garage, outside Locker Room & Basket Check entrance, Blodgett's Storage, Snow Stars, Ski + Ride School Base Locker Room, Jackson Gore Inn, Coleman Brook Tavern kitchen, ePIC Restaurant, Permits & Planning building, Group Sales, Okemo Valley Golf Course main building as well as Maintenance Shop and Tater Hill Golf Course Club House.

## IDENTIFICATION

With approval of your department manager, you are issued an I.D. that you should have with you at all times. Your picture is taken and an application form completed in the main office. This I.D. is your identification and gives you privileges given to Okemo employees. NO EMPLOYEE PRIVILEGES WILL BE AFFORDED TO YOU UNLESS YOU HAVE PROPER IDENTIFICATION. It may not be loaned to another person for any reason, and is not transferable. Your I.D. remains the property of Okemo Mountain Resort and must be surrendered upon termination of employment along with any dependent passes issued. If it is not, the cost of the pass or passes may be deducted from any remaining paychecks or be billed to you. If your pass is lost or stolen, immediately notify your supervisor.

## PAYDAY

Paychecks are issued bi-weekly, every other Friday afternoon at 4:00 p.m. and distributed through your supervisor. Direct deposit is offered as a convenience to our employees and can be easily arranged through Human Resources. *A substantial fee is charged to cancel and replace a lost check. Fees not reimbursed by cash or check will be deducted from your paycheck. This issue can be avoided by signing up for direct deposit.* Pay periods are for hours worked for a two-week period, ending on the Friday the week prior to payday. Your supervisor has a schedule of paydays. Check with your supervisor upon the start of your employment to see when you will receive your first paycheck. If you have any questions about your paycheck, please speak with your supervisor.

Deductions, in compliance with Federal and State laws, are withheld from your earnings each pay period. If you feel a deduction has been made in error or you do not understand a deduction, please speak with your supervisor or the Vice President of Human Resources.

In order to be processed for payroll, the Payroll department needs the following: completed employment application form, the signed last page of the Employee Handbook and a W4 form if you are a new employee or changing previous tax status. I-9 forms are required for all newly hired employees. To complete an I-9 form, the most common forms of identification used are a driver's license and birth certificate or social security card. There are other acceptable forms of identification which can be used and you can choose which support document from the I-9 list of acceptable documents you will provide. If you do not have the above, please see your supervisor.

## WORK SCHEDULES

Your supervisor schedules your work shift and assigns you to an area and task. Because it is important that our operation run smoothly, you are expected to be on-the-job, in uniform, ready to work, at the agreed upon time. Any problems with your assigned schedule should be addressed with your supervisor immediately. A half-hour break for meals is deducted from your time if you work a full shift. In extenuating circumstances, employees must obtain permission from their supervisor to work through this break period. You must also obtain prior permission from your supervisor before working beyond your scheduled shift, whether it is working before or after your scheduled in/out time. If you are late, ill, or unable to work for any reason, notify the operator (open at 6:30 a.m.) at 228-4041, or if unable to reach your supervisor at Okemo Valley Golf Club, call 228-1396, prior to the beginning of your shift. Inform the operator or your supervisor you will not be reporting for work, and how long you predict you will be absent. If you predict you will be absent for an extended period of time due to illness, your supervisor may request a note from your physician. Tardiness and absenteeism make it difficult for our operations to run smoothly and may be grounds for discipline including the termination of employment. Please note, if you do not call your supervisor prior to your shift and you are not present for your scheduled shift, your supervisor may consider this a voluntary resignation.

## WEEKENDS AND HOLIDAYS

Because Okemo Mountain Resort is a seven-day per week operation, and we are open continuously every day, we require a working staff. For this reason, weekends and holidays are treated like any other working day and you will no doubt be required to be at work on those days.

## RAINY DAY POLICY

Occasionally, we encounter unfavorable weather conditions that force us to reduce operations. There may be times when, because of these conditions, employees will be sent home. We do our best to employ you for the hours for which you are scheduled, however, all employees should be aware that on some occasions, they may be asked to work shorter hours or not report to work at all.

## TRANSPORTATION TO WORK

Reliable transportation to and from work is important. It is your responsibility to maintain your personal transportation so it does not interfere with your ability to report to work or perform your job. Lack of transportation is not an acceptable excuse for not appearing on a scheduled work day. In the past, Okemo has arranged discounted transportation for staff reporting to work from our surrounding communities through the Connecticut River Transit Company. If such arrangements are available, they will be posted in the Around The Mountain employee newsletter.

## EMPLOYEE PARKING

Parking is extremely limited at Okemo and employees are encouraged to ride in groups, or car pool. All employees should park in the lot to which they are directed. Please note that some lots are permit parking only. If you do not have a permit, do not attempt to park in these areas. It is very important that you respect the direction of the parking attendants on duty and follow their instructions. Direct questions on parking to your supervisor.

OKEMO0257

Effective December 26 through the last weekend in March, on all weekends and holiday periods, day-shift staff who live north of the junction of Route 103 and Route 100 North, must adhere to specific parking guidelines. All affected staff members must park in the Lower Jackson Gore parking lot during the designated times. Staff will be shuttled to the Jackson Gore Inn or main base area to access their work site. This is a mandatory parking procedure regardless of where staff members perform their work. This does not apply to staff who have designated parking spaces in permitted lots. However, those with designated spots who live north of the Route 103/Route 100 North intersection, must exit at the end of the shift by way of Okemo Ridge Road through Solitude and the Jackson Gore Access Road during these designated times. We ask that staff members have patience and plan ahead taking into account travel times to ensure you are at your work site as scheduled.

### EMPLOYEE LOUNGE

The Employee Lounge, located beneath the Sitting Bull Lounge, provides an area for employees on their scheduled breaks. Also located here is a time clock for employees and a bulletin board to serve as a common place for updates and notices to employees. Other break areas may be designated in your area of the operation. Check with your supervisor for details. An Employee Lounge is also located beneath the Roundhouse at the Jackson Gore Inn. All areas are smoke free environments and are provided for employees only and are not for use by friends or family. Please do not leave valuables in these areas unsecured.

### TELEPHONES & PERSONAL CELL PHONES

Okemo Mountain Resort phones are for official use only. We make an effort to support contact with your child's school in order to improve parent/school communication. However, please ask your friends and family not to call you at work unless it is absolutely necessary, in which case your supervisor will notify you promptly. **With the exception of true emergencies, personal cell phones are not a substitute and should not be used during work hours.** Texting, for personal reasons, is not a substitute and should not be done during work hours.

### PERSONAL ELECTRONIC DEVICES

The use of personal electronic devices such as iPods and MP3 players, etc. while working on the front lines of our operation is not permitted during working hours. Our attention must be dedicated to our guests at all times. They are also not permitted in work areas where they will cause inattention to safety practices or communication. Please see your department head for clarification. In most cases, staff will be asked to refrain from use during working hours. As a reminder, with the exception of true emergencies, personal cell phones should not be used during work hours. Under no circumstances should an employee "text" or check email while driving a vehicle for company business.

### PERSONAL MAIL & DELIVERIES

We request that employees do not receive personal mail or deliveries directed to Okemo Mountain Resort. Should this happen, Okemo Mountain Resort will not be responsible for the safeguard or storage of such items. All mail and deliveries directed to our business address may be opened and inspected by Okemo personnel.

### KEYS

Depending on your position, one or more keys may be issued to you. These keys are your responsibility and may not be given, loaned or duplicated. If, during the course of your employment, you lose a key, notify your supervisor immediately. If you leave the company, you must return all your keys and company property prior to receiving your final paycheck. Any cost of replacement and rekeying may be deducted from your final paycheck or be billed to you.

During your employment, you will be issued company property including, but not limited to: employee I.D. and dependent passes, keys, uniforms, and potential job specific equipment such as computers, radios or phones. You are responsible for the care and proper use of these items. Upon termination of employment, you must surrender all issued items, in original condition. You will be responsible for the cost, replacement or repair of any items. Such costs may be deducted from my remaining paychecks or be billed to you.

## GENERAL INFORMATION

### HOUSING INFORMATION

Housing information can be obtained through the main office where a book is available on housing in the area. This is a referral program and it is the employee's responsibility to make their own arrangements. Okemo Mountain Resort in no way guarantees any of the housing listed in our housing referral book.

### LOST & FOUND

All property found at Okemo must be returned to Lost & Found located in the EZ Storage at the Basket Check in the Clock Tower Base Lodge or the Resort Services Desk at Jackson Gore (if applicable, the Okemo Valley Nordic Center or Golf Pro Shop) and guests looking for a lost item should be directed to the proper location. If an item is found and you are unable to get it immediately to Lost & Found, telephone the appropriate area so they know you have the item.

## SAFETY POLICIES & PROCEDURES

### YOUR RESPONSIBILITY CODE

As an Okemo employee, you should be familiar with the Skier/Snowboarder Responsibility Code. All skiers/snowboarders at Okemo Mountain Resort must observe the code listed.

1. Always stay in control, and be able to stop or avoid other people or objects.
2. People ahead of you have the right of way. It is your responsibility to avoid them.
3. You must not stop where you obstruct a trail, or are not visible from above.
4. Whenever starting downhill or merging into a trail, look uphill and yield to others.
5. Always use devices to help prevent runaway equipment.
6. Observe all posted signs and warnings. Keep off closed trails and out of closed areas.
7. Prior to using any lift, you must have the knowledge and ability to load, ride and unload safely.
8. When snowshoeing be sure to stay on the side of the trail at all times and avoid snowshoeing alone.

### THE SMART STYLE PROGRAM

Smart Style is a Terrain Park safety initiative. Terrain Park areas are designated with an orange oval and may contain jumps, hits, ramps, banks, fun boxes, jibs, rails, half pipes, quarter pipes, snowcross, bump terrain, and other constructed or natural terrain features. Prior to using Terrain Parks, employees are responsible for familiarizing themselves with Terrain Parks and obeying all instructions, warnings and signage. Freestyle skills require maintaining control on the ground and in the air. Use of Terrain Parks exposes skiers/riders to the risk of serious injury or death. There are five main messages that are associated with Smart Style:

CONFIDENTIAL

1. **START SMALL** – Work your way up. Build your skills.
2. **MAKE A PLAN** – Every time you use freestyle terrain, make a plan for each feature you want to use. Your speed, approach and take off will directly affect your maneuver and landing.
3. **ALWAYS LOOK** – Scope around the jumps first, not over them. Know your landings are clear and clear yourself out of the landing area.
4. **RESPECT** – The features and other users.
5. **TAKE IT EASY** – Know your limits. Land on your feet.

## SAFETY STATEMENT

Okemo Mountain Resort is committed to making our resort as safe as reasonably possible for employees to work. Our Safety Committee meets throughout the year to discuss ways to increase safety awareness as well as develop safety policies. You may see committee members visiting your department periodically in order to better understand the environment in which you work. Your supervisor can give you a current list of committee members. Employees must make the same commitment as Okemo and practice safe working habits at all times. Employees must remember they control, more than anyone else, the ability to work safely and accident free.

**Safety Points:**

1. Be aware of and follow all policies as set forth by the company.
2. Utilize all safeguards that are provided for protection.
3. Immediately correct any manner of working which has been deemed unsafe by a supervisor.
4. Report all work related injuries or unsafe conditions to your supervisor immediately.
5. Report all incidents which involve Okemo Mountain Resort property damage.
6. Employees must wear seat belts when driving company vehicles or on company business with their personal vehicles.
7. Employees must wear appropriate clothing and footwear for their job. All employees while working outside are required to wear a boot-type footwear with a heavy tread intended for seasonal conditions. Jewelry should be limited to ensure the safety of the employee. Ask your supervisor for specific guidelines for the job you hold.

## HAZARDOUS MATERIALS COMMUNICATION AND YOUR RIGHT TO KNOW

Hazardous Materials Communication, known as HAZCOM, is a federal employee right to know standard. Through this standard each employee can access information on any chemicals they might come into contact with while working at Okemo. Each department keeps a three-ring binder marked SDS (Safety Data Sheets). Here there is a Safety Data Sheet on products within your department that involve a chemical. These sheets list information such as telephone numbers, handling spills and cleanup, who manufactured the product and more. Each chemical is labeled using a global hazard classification system. The lower the number on the product, the higher the hazard. The global labeling system, Global Harmonized number system, universal pictograms for labeling and consistent terminology of SDS Safety Data Sheets. This is reviewed in department orientations. Your supervisor will notify you of the location of the SDS book. A copy of the written hazard communication program is available at your request, just ask your department head or call Human Resources. This is a federal safety standard to protect employees' right to know. It is not meant to create unnecessary concern. If you have any questions, please see your supervisor.

## PERSONAL PROTECTIVE EQUIPMENT (PPE)

Some positions at Okemo require the use of personal protective equipment (PPE) including hearing protection, eye protection, rubber gloves, proper footwear including crampons/creepers, hard hats, harnesses, welding gear, gloves, helmets, and particle masks. To the extent this applies to you, always inspect tools and equipment before

36

OKEMO258

starting work and notify your supervisor if there is a concern. Only operate equipment you have been authorized and are qualified to use. Speak with your supervisor regarding your position as it relates to equipment use and required personal protective equipment (PPE).

## FIRE SAFETY

It is everyone's responsibility to be aware of fire prevention as well as guidelines follow should you be confronted with a fire. When dealing with fire safety, here are a few key points to remember.

1. Always call for help and never put your safety in jeopardy.
2. **Be aware of the location of fire extinguishers** within your department and their intended use.
3. To use an extinguisher, you must **pull the pin on the handle, point the nozzle directly at the base of the fire and squeeze the handle.** Be sure to keep the flow of the fire repellents directed at the base of the fire to extinguish the flame. The extinguisher can be heavy, so when possible, you may want to set it upright on the ground where you are standing.
4. All fires and hazards must be reported to your supervisor immediately.

Departments equipped with special fire suppression systems will receive additional training. If you have any questions related to fire safety, please speak with your supervisor.

## EMERGENCY PREPAREDNESS

Being prepared for an emergency situation is very important at Okemo Mountain Resort. Should an emergency situation, such as a fire, occur in one of our facilities, departments have developed emergency action/evacuation plans. It is important to know the evacuation procedures for your department should you be involved in an emergency situation. Please speak with your supervisor to obtain specific information for your work area.

## BLOODBORNE PATHOGENS

Okemo Mountain has developed a Bloodborne Pathogen Exposure Control Plan according to OSHA guidelines to protect our staff. Each department has a copy of this control plan. Bloodborne pathogens are viruses that you can contact by exposure to another person's blood and others on or in their body including tissues, saliva and vomit. Such pathogens include Hepatitis B, Hepatitis C, HIV (Human Immunodeficiency Virus), all of which can be life threatening. It is important to note, although you may not become ill, you can become a carrier of these viruses.

Okemo's protocol in dealing with any medical emergency is to immediately call Ski Patrol to provide medical assistance. If you become involved in tending to a person injured or ill, you must immediately undertake "universal precautions" to avoid exposure to any bodily fluids. Universal precautions create a barrier between you and the injured/ill person by placing rubber gloves on your hands. Every department has a supply of rubber gloves, called PPE-Personal Protective Equipment, for every employee to use. Ask your supervisor for their location. If gloves are not accessible, a barrier should still be placed between you and any bodily fluids. Examples include using the patient's own hand, an article of clothing or paper towels. Universal precautions must be maintained whether a guest or fellow employee is injured or ill. If you contact body fluids, you need to immediately wash the exposed area with an antiseptic hand cleaner or towelettes.

If you have been exposed, you must notify your supervisor who will contact our First Aid. Upon notification, you will need to go to the First Aid Facility where you will meet with a nurse to discuss the exposure and information on vaccinations that will be made available to you free of cost. Any garments, gloves, etc. that were exposed will be removed and it is the responsibility of Okemo to have them laundered and returned to

37

# GENERAL POLICIES & PROCEDURES

## HOME ADDRESS

In the event of an emergency or some problem at work, it may be necessary to reach you on very short notice. It is extremely important to keep your home address and telephone number current in our listings. If you change either at any time during your employment at Okemo Mountain Resort, it is your responsibility to immediately notify your supervisor as well as the Human Resources department. In addition, we want you to receive information that we periodically mail to your home. The address that appears on your paycheck is the current address in our records.

## PROFESSIONALISM

As part of your job, you may be exposed to different aspects of Okemo which are considered Company business and confidential. This may be financial, payroll or department specific information to name a few. If for any reason you are exposed to information of a sensitive nature, it will be expected you will not share this information with fellow staff members, family, friends or competitors at any time. Also vital to professionalism at Okemo is being a role model for fellow staff members. Such role model qualities include reliability, punctuality and teamwork to name a few.

## CONFLICT OF INTEREST-BUSINESS CONDUCT POLICY

A Company's reputation for integrity is its most valuable asset and is directly related to the conduct of its owners, officers, directors, employees and other representatives. Our reputation as a family resort and our standing in the community are very important to us. Therefore, employees must never use their positions with the Company, or any of its guests, for private gain, to advance personal interests or to obtain favors or benefits for themselves, members of their families or any other individuals, corporations or business entities.

We adhere to the highest legal and ethical standards applicable in our business. The Company's business is conducted in the strict observance of applicable laws and the integrity of each employee is of utmost importance. Employees should conduct their personal affairs in such a fashion that their duties and responsibilities to our Company are not jeopardized and/or legal questions do not arise with respect to their association or work with the Company. It is the responsibility of each staff member to self-report any changes in criminal convictions immediately. Such changes should be reported to both your department manager and the Human Resources Department.

Employees shall refrain from work with an outside professional organization, employment or any other capacity, or association if that work is contrary to the legitimate business interests of our Company. An employee's work with or for an outside professional organization or association does not create a conflict of interest if such work:

• Is related to the legitimate professional interest and development of the employee;
• Does not interfere with the employee's regular duties for our Company;
• Does not use the Company's materials, facilities, or resources;
• Does not compete with the work of the Company and is not otherwise contrary to the best interest of the Company; and
• Does not violate federal or state law.

All employees are responsible for understanding and complying with our Conflict of Interest and Business Conduct Policy. Violations of this policy, like other important Company policies, could result in discipline, up to and including termination of employment. Questions regarding this policy and our expectations should be directed to your department head, division manager or Human Resources before a problem or conflict arises.

---

CONFIDENTIAL

you. Reporting an exposure incident right away allows immediate medical follow up. Your supervisor will also complete a first report of injury on the exposure. Remember - Universal Precautions - Personal Protective Equipment.

## WORKERS' COMPENSATION

We all try very hard to keep Okemo as safe a place as possible to work. Unfortunately, sometimes an employee is injured while working within the scope of their employment. Injuries covered by Workers' Compensation insurance, in accordance with Vermont State Law, are injuries arising out of, and in the course of, employment. This does not include accidents sustained while skiing, snowboarding, biking, golfing, etc. on your free time and not required by your job. We have set procedures to handle work related accidents to ensure all employees get the proper care. If you find yourself with a work related injury, you must report it to your supervisor immediately. Your supervisor or assistant supervisor will complete an accident report with you as well as make sure you receive the proper medical care. Your supervisor must be contacted before you seek medical treatment, unless it is a true emergency. Failure to report the injury on the same day may result in loss of Workers' Compensation benefits. Our goal is to get you back on your way to a speedy recovery and back to work. If your accident prevents you from doing the job you normally do, we try to find a place for you while you are recovering. If you are not able to return to work, you are required to have a note from the physician stating your inability to work. Please note, if your job requires skiing, riding or biking, you will be required to perform a ski/ride or bike ability test to determine the terrain you are able to access as part of your job. Additionally, all ski/ride staff must have current equipment certification attesting to the fact equipment is in proper condition and set to proper specification as determined by a certified binding technician. All staff at Okemo who are required to ski and ride as part of their job duties can obtain a free binding certification through the rental shop. Any staff member skiing/riding on bindings/equipment that is not properly set or is not in proper condition may be terminated from employment and it may result in loss of Workers Compensation benefits.

Our safety program is very successful and everyone works hard to reduce the number of work related accidents. Okemo has been the recipient of the Vermont Governor's Award for Outstanding Workplace Safety in the Service Sector. Thank you for your part in this success.

# COMMITMENT TO COMMUNITY & ENVIRONMENT

One of Okemo's four Values is Sustainability – Profitability, Environment, Community. In addition to positively impacting the economic vitality of the region, Okemo Mountain Resort exhibits its strong commitment to our community and environment through donations of time, materials and money.

Efforts to maintain the environment include land purchases for the State of Vermont for wildlife habitat. Food and clothing are donated to area family centers. We raise funds for the Okemo Community Challenge which supports educational, community and charitable endeavors in our communities.

Okemo's commitment to our youth and their education goes beyond exposing them to the work world by employing them in our area youth. We also fund school programs, provide student scholarships, offer field trips to students, support business-education partnerships and provide employees and teachers with the opportunity to contact each other about their students. Volunteerism is encouraged. Many members of the Okemo Team are active in local civic and business organizations. Staff programs also build on our commitment.

CONFIDENTIAL

# THE OKEMO TEAM LOOK

The Okemo Team Look is tremendously important and encompasses both cleanliness and appearance. When it comes to your appearance, there are certain standards which everyone must follow. All employees are expected to be groomed and dressed in a neat and clean manner appropriate to their job. Certain departments may have additional policies, or more restrictive policies for service, safety and/or health department reasons, but not less restrictive than stated in this policy. Here are some of the more important elements of the Okemo Team Look.

**UNIFORMS** - must be worn during working hours. Each department has a dress/uniform code which is extremely important for the overall look of your department. Requirements may vary by department or by the type of work you are performing. You must wear the uniform issued to you, and abide by the required dress code. Failure to do so may be cause for you to lose the employment you desire or be sent home to change. Alterations to uniforms are allowed only if prior approval has been obtained from a supervisor and the alteration is only for the purpose of better fit. Alterations, in most instances, will be coordinated through the Uniform department.

Uniforms are only to be worn during the time you are actually working. Outerwear should be left in appropriate designated areas such as locker rooms or supervisor's offices, when leaving work. Once issued a uniform, you are responsible for its safe keeping. Any employee who damages or loses a uniform, which is the property of Okemo Mountain Resort, is responsible for repair or replacement costs which may be deducted from any remaining paychecks if billed to you directly. All other uniform pieces may be worn to and from work, but if you are socializing after work, or using the facilities on your free time, a change of clothing must be worn. Wearing of uniforms while not working could result in your dismissal. Each employee is responsible for keeping their entire uniform clean and in good repair. All questions regarding laundering and mending of uniforms should be directed to the Uniform department. If you have any concerns or problems regarding your uniform, please consult your supervisor.

Because of the environment you are working in, you are expected to dress to compensate for changes in temperatures - whether cold or hot. Be prepared for the worst and dress appropriately. We suggest layering clothing so you have the ability to adjust if temperatures rise. Keep in mind that you are always required to wear your uniform at work.

Under no circumstances should an employee, during working hours, wear an item as part of their uniform that displays a logo of a competing establishment. Any questions should be directed to your department manager and/or division manager for clarification.

**NAME TAGS** - Name tags must be worn during working hours. Okemo believes in first names, and nobody wants to be called "hey you," especially here. You are issued a name tag which you must wear while at work. If you lose it, notify your supervisor as soon as possible so a replacement can be made. Please do not give your name tag to guests or other staff members. Name tags are not to be worn when you are on your free time or socializing after work.

**GROOMING** - All employees are required to present themselves in a clean, well-groomed, professional manner. Personal cleanliness is of the utmost importance when making a favorable impression upon our guests. It is a vital part of providing exceptional guest service.

**Hair** - Hair should be neatly trimmed, clean and attractively styled – extreme hair styles such as Mohawks or dreadlocks and unnatural colors are not permitted. Hair length should be styled in such a way that the face and eyes are visible at all times. Long hair

must be kept back and out of the face at all times. For men, if hair extends below the collar line, it must be styled or restrained in an attractive manner. Hairstyles that may get caught in machinery must be secured to prevent injury.

**Jewelry & Tattoos** – Jewelry should be limited and an attractive addition to, not detraction from, your uniform. Jewelry must not interfere with job functions or safety. Earrings on the ears must be limited in number to two per ear and size as follows. For men, earrings/plugs must be limited to posts or small hoops no larger then ½ inch diameter. Ear gauges/plugs must be limited in size to 6.4 millimeters (2G, 1/4 inch) and must be appropriate in content and in keeping with a professional image. Small nose studs, small rings or hoops, are acceptable if limited in size to no larger than 1/16 inch diameter (1.6 millimeters) and are flush to the skin. No eyebrow, tongue, other facial or visible body piercings are permitted at work. Jewelry of any type may not be the adhere to the uniform except items issued by Okemo Mountain Resort or department head approved professional organizations affiliated with the ski or hospitality industry.

In general, tattoos will not be visible to our guests. It is up to the discretion of your department manager and division manager to determine what is appropriate for your area of the operation as it pertains to visible tattoos.

**Beards, Mustaches & Goatees** - Must be clean, fully grown and neatly trimmed, otherwise you should not report to work with a clean shave. No new beards, goatees or mustaches may be started during the season of operation in which you work.

**Clothing** - Damaged, torn, soiled or worn-out clothing is not acceptable. Clothing must be wrinkle free. Clothing should fit properly; over or under sized clothing is not appropriate. Blue jeans are not permitted in administrative or office areas. Suggested clothing in administrative/office areas where a specific uniform is not provided include dress slacks, casual slacks, polo shirts, button down shirts, blouses, skirts and dresses. Jeans, shorts, t-shirts, mini skirts and mini dresses are not acceptable. For the few departments who are permitted to wear shorts during the summer work period, shorts should be no shorter then three inches above the knee and must present a clean and professional image. Color will be determined by your supervisor. You should speak directly with your supervisor to determine if your department qualifies for shorts as part of your department's summer uniform. All pants, shorts and skirts should sit at the waistline and not be form fitting (i.e. Spandex, jeggings, yoga/athletic pants, under layers, biking shorts, leggings for example) and must be hemmed. All employees must wear appropriate undergarments. Sleeveless t-shirts and tube tops are not allowed. If questionable, please be conservative.

Supervisors are responsible for the neat, clean and attractive appearance of all employees at all times. They will request that you remedy any unacceptable condition.

**FOOTWEAR** - Properly worn footwear with proper treads are required. No worn or dirty shoes are permitted. Shoes must conform to the department safety standards, above all other considerations. Certain safety requirements pertain to some positions. If you are required to ride a chair lift, snowmobile, ATV or walk on slopes to access your work area, proper footwear is needed for all conditions whether winter or summer. Ask your supervisor for details in your work area.

**PERSONAL HYGIENE** – Good personal hygiene is important in the service industry. All employees are expected to pay close attention to daily personal hygiene; bathe, brush teeth, use deodorant, shave and keep hair clean. Perfume or cologne should be limited and used in moderation. Nail length should be kept moderate and not interfere with job functions. Fingernail polish must not be chipped. Makeup and cosmetics should be natural in appearance, not excessive and not detract from your uniform or work clothing. Work clothing should be regularly laundered and wrinkle free.

CONFIDENTIAL

# SECURITY AWARENESS & ACCEPTABLE USE POLICY

This policy applies to all employees, contractors, and consultants working at and for Okemo Mountain Resort, including all personnel affiliated with third parties (hereafter referred to as "Users"). This policy applies to all technical systems and digital property that are owned or leased by Okemo. Okemo's Technology Systems as used in this policy include, but are not limited to: cell phones, computer equipment, network components, software, operating systems, storage media, network accounts providing electronic mail, WWW browsing, and FTP. These Technology Systems are to be used for business purposes only and are not intended for personal use.

## General Use and Ownership

1. Users should be aware that the data they create on the Technology Systems remains the property of Okemo. Users must not store personal information or data on Okemo Technology Systems. If Users do, Okemo reserves the right to review and remove and cannot guarantee the confidentiality of that personal information.
2. Any information that Users consider sensitive or vulnerable be encrypted.
3. Only Users authorized by Okemo IT may monitor, scan, administer, or make changes to Okemo Technology Systems.
4. Okemo management reserves the right at any time without additional notice or consent of Users to audit information and data sent, received and stored on Technology Systems.

## Security and Proprietary Information

1. Confidential information as used in this policy includes but is not limited to: credit card information, company private data, corporate strategies, competitor sensitive data, trade secrets, specifications, customer lists, and research data. Users should take all necessary steps to prevent unauthorized access to this information.
2. Users should keep passwords secure and not share accounts. Users are responsible for the security of their passwords and accounts. Passwords should be changed at least every 90 days.
3. All PCs, laptops and workstations will lock after 15 minutes of inactivity.
4. Users should secure their workstations by logging off or locking (Windows key + L for Windows users) when it will be unattended.
5. All devices connected to the Okemo Internet/Intranet/Extranet shall be continually executing approved virus-scanning software with a current virus database.
6. Users should refrain from interacting with suspicious pop ups or notifications of security threats. In the event that such a notification or pop-up appears, the Okemo IT department should be contacted immediately.
7. Users must use extreme caution when opening e-mail attachments received from unknown senders, which may contain viruses, e-mail bombs, or Trojan horse code. Receipt of suspicious email must be reported to the Okemo IT department immediately.

## Unacceptable Use

Under no circumstances is a User authorized to engage in any activity that is illegal under local, state, federal or international law while utilizing Okemo Technology Systems. The activity lists below are by no means all-encompassing, but attempt to provide a framework for activities which fall into the category of unacceptable use.

## System and Network Activities - the following activities are strictly prohibited:

1. Violations of the rights of any person or company protected by copyright, trade secret, patent or other intellectual property, or similar laws or regulations, including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for use by Okemo.
2. Unauthorized copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which Okemo or the end User does not have a legitimate license.

3. Unauthorized video and audio recording or transmittal of such recordings of sensitive processes, materials or people.
4. Exporting software, technical information, encryption software or technology in violation of international or regional export control laws.
5. Introduction of malicious programs into the technology systems. This includes but is not limited to, viruses, worms, Trojan horses and e-mail bombs.
6. Revealing your User password to others or allowing use of your account by others.
7. Using an Okemo Technology System to actively engage in procuring or transmitting material that is in violation of sexual harassment or hostile workplace laws and/or policies.
8. Making fraudulent offers of products, items, or services originating from any Okemo account.
9. Unauthorized devices shall not be connected to Okemo's Technology Systems. This includes but is not limited to, computers, phones, wireless access points, hard drives, flash drives, memory sticks/cards and cameras.
10. Effecting security breaches or disruptions of network communication. This includes but is not limited to, accessing data of which the User is not an intended recipient or logging into a server or account that the User is not expressly authorized to access. For purposes of this section, "disruption" includes, but is not limited to, network sniffing, ping floods, packet spoofing, denial of service, and forged routing information for malicious purposes.
11. Circumventing User authentication or security of any Technology System or account.
12. Providing information about, or lists of, Okemo employees, vendors, customers or guests to unauthorized recipients.
13. Performing any other activity that does not adhere to Okemo's code of ethics or that violates local, federal or international laws.

## Email and Communications Activities - the following activities are strictly prohibited:

1. Sending unsolicited email messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (email spam).
2. Any form of harassment via email, telephone or paging, whether through language, frequency, or size of messages.
3. Unauthorized use, or forging, of email header information.
4. Solicitation of email for any other email address, other than that of the poster's account, with the intent to harass or to collect replies.
5. Creating or forwarding chain letters, Ponzi or other pyramid schemes of any type.
6. Use of unsolicited email originating from within Okemo's Technology Systems of other Internet/Intranet/Extranet service providers on behalf of, or to advertise, any service hosted by Okemo or connected via Okemo's Technology Systems.
7. Posting the same or similar non-business-related messages to large numbers of Usenet newsgroups (newsgroup spam).
8. Transmitting or storing unencrypted account numbers and cardholder data.

Any User found to have violated this policy may be subject to disciplinary or legal action, up to and including termination of employment.

# SOCIAL MEDIA USE POLICY

Just as the internet has changed our world forever, social media has changed the way people communicate. Social media can take many different forms and includes, but is not limited to, email, internet forums, blogs, microblogs, online profiles, wikis, podcasts, file-sharing, photo-sharing, video sharing, instant or text messaging, networking sites, and other technologies and sites for example: LinkedIn, Facebook, Instagram, Snapchat, Wikipedia, YouTube and Twitter. Okemo Mountain Resort takes no position on a staff member's decision to start or maintain a blog or

CONFIDENTIAL

participate in other social networking activities outside of work. However, it is our right and duty to protect our company from unauthorized disclosure of information.

Inappropriate comments made on such sites can have a negative impact on the reputation of our organization as a whole. Examples of inappropriate activity include, but are not limited to, leaking sensitive company information, privacy violations, defamatory statements about co-workers or management, inaccurate information about the company, or simply acting in a manner that does not reflect positively on Okemo Mountain Resort. Staff can be held personally liable for commentary that is considered defamatory, obscene, proprietary or libelous by any offended party, not just Okemo Mountain Resort. If a posting would violate any of Okemo's policies in another forum, it will also violate them in an online forum. Staff should have no expectation of privacy while using the internet. Postings can be viewed by anyone. Okemo Mountain Resort reserves the right to monitor comments or discussions about the company, its staff and guests posted on the internet by anyone. Our Social Media Use Policy applies to all members of our team. Violations of this policy can result in disciplinary action up to and including termination of employment.

All media inquiries should be referred for coordination, guidance and response to the General Manager, Vice President of Marketing or Director of Public Relations. Unless given specific permission by your manager, staff are not authorized to speak on behalf of the company, or represent that they are speaking on behalf of the company.

As a reminder, staff are required to abide by our Security Awareness & Acceptable Use Policy at all times. In accordance with this policy, staff are not permitted to use company property or work time to access or communicate through social media.

## FAMILY & MEDICAL LEAVE POLICY

Okemo provides family and medical leave in accordance with the Family and Medical Leave Act and applicable State and Federal laws and regulations. To be eligible under this policy, an employee must: 1) have been employed for at least 12 months; and 2) have worked at least 1,250 hours in the 12 months before the leave begins; and 3) work at a site where at least 50 employees work within 75 miles.

Reasons for leave include the following: 1) the birth of a child or the placement in your home of a child for adoption or for foster care (New Child Leave); 2) the need to care for your spouse, same sex spouse, son, daughter or parent who has a serious health condition (Family Leave); 3) a serious health condition that prohibits you from performing essential functions of your job (Employee Leave), 4) the need to be absent because of a qualifying exigency arising out of your spouse, son, daughter or parent being on active duty or being notified of an impending call or order to active duty in the Armed Forces in support of a contingency operation (Exigency Leave), 5) the need for you, as the spouse, son, daughter, parent or next of kin of a recovering servicemember, to care for that servicemember who has incurred an injury or illness in the line of duty while on active duty in the Armed Forces when that injury or illness has rendered him/her unfit to perform duties of his/her office, grade, rank, or rating (Servicemember Family Leave).

The definition of a serious health condition is as follows: an illness, injury, impairment or physical or mental condition which involves: 1) inpatient care; or 2) period of incapacity of more than three consecutive calendar days that involves treatment two or more times; or 3) a period of incapacity of more than three consecutive calendar days that involves treatment at least once which results in a regimen of continuing care under treatment; or 4) a chronic condition which requires periodic treatment and continuing over an extended period of time and may cause episodic absences; or 5) a period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective; or 6) a period of absence to receive multiple treatments; or 7) any period of incapacity due to pregnancy or for prenatal care.

44

The definition of a Servicemember Family Leave is as follows: the servicemember is a member of the Armed Forces, who is undergoing medical treatment, recuperation or therapy, or is otherwise in outpatient status or is otherwise on the temporary disability retired list for a serious injury or illness. Outpatient status means the assignment of the servicemember to a military medical treatment facility as an outpatient or to a unit established for the purpose of providing command and control of members of the Armed Forces receiving medical care as outpatients. Next of kin is the nearest blood relative to the servicemember.

For Employee, New Child, Family or Exigency Leave: an eligible employee may take up to 12 weeks of leave in a 12-month period. The amount of leave available is determined by looking at the amount used during the 12 months preceding the date the leave would begin; the total amount of leave available in this 12-month period may not exceed 12 weeks. Different rules may apply when both spouses work for the Company. New Child Leave must be taken in consecutive weeks within 12 months after the child's birth or placement of the child by adoption or foster care. The Company has the right to designate as Family & Medical Leave all time missed by an employee which would qualify under this policy.

For Servicemember Family Leave: an eligible employee may take one 26-week leave period in a single 12 month period. The right to take this leave does not renew once a new 12-month period begins and all the leave must be taken in a single 12-month period, although it may be taken intermittently or on a reduced schedule. Note that an eligible employee is entitled to a combined 26 weeks of Servicemember Family Leave and all other types of Family and Medical Leave. The Company has the right to designate as Family & Medical Leave all time missed by an employee which would qualify under this policy.

For Employee, New Child, Family and Servicemember Family Leave: the employee must notify Human Resources at least 30 days in advance of foreseeable events, i.e. leaves for medical treatment or the employer's child's birth. For unforeseen events, such as accidental injury causing a serious health condition, premature birth or a sudden change in the employee's health, the employee must notify Human Resources of their need for leave as soon as it is possible and practical, in most cases, within one day of when the employee finds out when leave is needed. For Exigency Leave: where the necessity for Exigency Leave is foreseeable, the employee must provide as much notice as is reasonable and practical. Failure to give notice as required here may result in a delay or denial of Family & Medical Leave. In the case of foreseeable leaves, the Company may delay the leave for up to 30 days from the date the employee notified it of the need to take the Family and Medical Leave.

For Employee Leave, Family Leave or Servicemember Family Leave: the employee must submit a Certification of Health Care Provider no later than 15 days following the employee's request for leave. The Certificate of Health Care Provider must be completed and signed by a qualified health care provider. The Company retains the right to have the employee examined by another health care provider (and possibly a third one, if the first two medical opinions are inconsistent) at its expense and to request periodic additional medical certification during the term of a leave of absence.

For Servicemember Family Leave: the employee must submit a certification prescribed by the Secretary of Labor.

If and only if it is medically necessary, Family Leave, Employee Leave or Servicemember Family Leave may be taken on an intermittent or reduced schedule basis. Exigency Leave may be taken on an intermittent or reduced schedule basis. Intermittent or reduced schedule leave will be counted on a quarter-hour basis to apply toward the twelve-week maximum per twelve months. The Company retains the right to deny an intermittent or reduced schedule leave for New Child Leave. The employee must submit a Certification of Health Care Provider to support his/her need for an intermittent or reduced schedule leave when medically necessary. Furthermore, the

45

CONFIDENTIAL

employee must inform the Company of the anticipated treatment schedule and the reasons for the proposed schedule and the employee must plan treatments so that they will cause the least disruption to the Company. The employee may be assigned to work a different position/schedule to better accommodate the necessities of their schedule; it would have the same pay and benefits as the position held prior to commencement of the leave.

The Family & Medical Leave is unpaid. However, the employee must use accrued vacation and sick leave time during this leave, unless the leave is running concurrently with Workers' Compensation leave. If the employee receives pay during the leave, the full amount of leave will still be counted toward the 12-week maximum leave available in a 12-month period. The employee will not accrue any benefits during the Family & Medical Leave. The employee will continue to be covered by the Company's group health insurance plan during the Family & Medical Leave, if he/she pays their portion of the premium for coverage during the leave. Coverage of all insurance may stop if the Company learns the employee does not intend to return to employment, or does not return to employment, or does not pay his/her portion of the premium. In some cases, the Company may request the employee to reimburse it for any premiums it has paid during the leave.

Prior to returning to work from Employee Leave, the employee must contact the Company to submit the medical authorization to return to work and to determine when to report to work. Failure to follow these procedures may result in delay when the employee is ready to come back to work. The Company may require the employee to submit to a fitness-for-duty exam at its cost. The employee will be returned to the same or an equivalent employment position unless he/she has been notified that he/she is a "key employee". The employee will not lose any seniority or benefits because of the leave. Failure to return to work at the end of the Family & Medical Leave may be considered a resignation.

If an employee fails to follow the guidelines in this policy or falsifies any information related to the medical certification, their leave may be delayed or denied and discipline, up to and including termination, may result.

The State of Vermont has laws related to Parental Leave (available during pregnancy or after childbirth or placement of a child for adoption), Family Leave (for the serious illness of certain family members) and Short-Term Family Leave (up to 24 hours in any 12 month period to participate in certain preschool or school activities, certain routine medical, dental or other professional services appointments, and to respond to medical emergencies) as well as Crime Victim Leave. For eligibility and more information, please see the Vice President of Human Resources.

Okemo complies with requirements of the federal Uniformed Services and Reemployment Rights Act (USERRA), which provides leave for military service-related purposes. Federal and state laws require continuation of benefits and reinstatement in certain circumstances. Questions can be directed to the Vice President of Human Resources.

## CRIME VICTIM LEAVE POLICY

Pursuant to State law, employees who are crime victims or family members or representatives of crime victims are allowed to take unpaid leave, pursuant to a subpoena, to attend judicial proceedings related to the crime. Family members include spouses, children, siblings, parents, next of kin, guardians, and legal guardians. If an employee needs to request time away from work to comply with an issued subpoena, they must notify their supervisor as soon as notification by subpoena is received. Questions can be directed to the Vice President of Human Resources.

## NURSING MOTHERS WORKPLACE ACCOMMODATION

KEMCO

In accordance with State law, Okemo Mountain Resort will provide reasonable time throughout the work day for an employee who is a nursing mother to express breast milk for her nursing child, for up to three years following the birth of the child. Okemo will make a reasonable accommodation to provide appropriate private space, not a bathroom, for an employee who is a nursing mother to express breast milk. The State of Vermont recognizes Okemo as a breastfeeding friendly employer. Requests accommodation should be directed to the department manager or Vice President of Human Resources.

## SEXUAL HARASSMENT POLICY

It is against the policies of Okemo Mountain Resort and illegal under state and federal law, for any employee to sexually harass another employee. This employer is committed to providing a workplace free from this unlawful conduct. Sexual harassment is a form of sex discrimination and means unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when: submission to that conduct is made either explicitly or implicitly a term or condition of employment; submission to or rejection of such conduct by an individual is used as a basis for employment affecting that individual; or the conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment. Examples of sexual harassment could include, but are not limited to the following:

- explicitly or implicitly conditioning any term of employment on the provision of or rejection of sexual favors;
- touching a sexual part of an employee's body or other touching, if it is known or should be known that such physical contact is unwelcome;
- displaying or transmitting sexually suggestive pictures or objects, if it is known or should be known that the behavior is unwelcome;
- regularly telling sexual jokes or using sexually vulgar or explicit language in the presence of a person if it is known or should be known that the person does not welcome such behavior;

Retaliation of any kind for having filed a complaint of sexual harassment or cooperating in an investigation of such a complaint will also not be tolerated.

Any employee, who believes that she or he has been sexually harassed, or has been subjected to retaliation for having brought a complaint of harassment, is encouraged to inform the offending person or persons that such conduct must stop. If the employee does not wish to communicate directly with alleged harasser, or if direct communication has been ineffective, then the person with the complaint is encouraged to report the situation as soon as possible to their supervisor, or the Vice President of Human Resources-802-228-4041.

If Okemo Mountain Resort receives a complaint of sexual harassment it will take all necessary steps to ensure that the matter is promptly investigated and addressed. Okemo Mountain Resort is committed, and required by law, to take action if it learns of potential sexual harassment, even if the aggrieved employee does not wish to formally file a complaint. Every supervisor is responsible for promptly responding to, or reporting, any complaint or suspected act of sexual harassment. Supervisors should immediately report to the Vice President of Human Resources, Okemo Mountain Resort (802) 228-4041.

If the allegation of sexual harassment is found to be credible, Okemo Mountain Resort will take appropriate corrective action. Any employee, supervisor, or agent who has been found by the employer to have harassed another employee will be subject to sanctions appropriate to the circumstances, ranging from a verbal warning up to and including dismissal.

CONFIDENTIAL
OMR00264

The complainant may also file a complaint by writing or calling the following state or federal agencies: 1) Vermont Attorney General's Office, Civil Rights Unit, 109 State Street, Montpelier, VT 05609, tel: (802) 828-3657 (voice/TDD) or (800) 416-2010. 2) Equal Employment Opportunity Commission, JFK Building, 475 Government Center, Boston, MA 02203, tel: (800)-669-4000, (617) 565-3204 (TDD).

## SMOKING & TOBACCO POLICY

The Vermont State Legislature passed a workplace smoking law in 1988 and amended the law in 2009 and 2015. On July 1, 1995 Vermont implemented a new public smoking law. Okemo Mountain Resort has adopted the following smoking policy in order to comply with these laws and to provide a healthy working and resort environment.

Smoking is prohibited in all indoor and confined areas. This includes the possession of lighted tobacco products and other products and devices that mimic those products (e.g., vapor or electronic cigarettes. Smoking is allowed outdoors in non-public, designated smoking areas only. Smoking while on the job is prohibited and is allowed only during your approved breaks. Additional work breaks will not be granted to smoking versus non-smoking staff members.

The success of this policy depends upon the thoughtfulness and cooperation of smokers and non-smokers. All employees share in the responsibility of adhering to and enforcing the policy. Conflicts shall be brought to the attention of your supervisor. The right of a non-smoker to protect his or her health and comfort should prevail over an employee's desire to smoke.

Additionally, employees are not permitted to chew tobacco in public areas and in front of our guests while on the job. The use of chewing tobacco must be limited to outdoor, non-public designated smoking/tobacco areas and during approved breaks. Employees are responsible for keeping these areas clean at all times. Additional work breaks will not be granted for this purpose.

## SOLICITATION POLICY

At Okemo Mountain, we have a policy as it relates to outside solicitation to our guests and staff. Solicitation from outside vendors and contacts is generally not permitted and all requests for access to our property, personnel, and facilities must be directed to our main office. Such solicitation includes distribution of written or printed materials, vending, selling and collecting contributions for any purpose during work time. The only exception to this is for non-profit charitable fund drives which are authorized and/or organized by the management of Okemo Mountain.

## ENERGY CONSERVATION

Okemo Mountain, with the assistance of the Vermont Department of Public Service and the Ludlow Electric Department, has invested thousands of dollars to install energy efficient equipment and products. Because of the nature of a resort, we are naturally concerned about environmental factors, including energy conservation. In 2006, Okemo purchased wind power credits to support energy conservation on a national level. While you are working at Okemo, we ask that you take notice of the following suggestions and wherever possible, help us conserve energy. Many of these steps can help you to reduce your energy consumption on the job and in your own home, whether you own or rent. These are the fastest and easiest ways to conserve energy.

1. Turn off lights in office or department when not needed. If located near a window, use natural light.
2. Turn off any lighting that is vintage or not needed for display when replacing light bulbs.
3. Lower thermostat settings when appropriate and take advantage of natural heat of sunlight.
4. Reduce thermostat or air conditioner setting during unoccupied hours, or before end of operating hours.
5. Contact Facilities Operations if you feel your heating system is malfunctioning.
6. Turn off machines and equipment when they are not needed. If feasible, equipment used occasionally should be turned off during the day when not in use.

7. Turn off lights or equipment if you are it is not in use.
8. Make sure doors close completely behind you and windows are properly sealed.
9. Cleaning agents do not always require the use of hot water, so some amount of conservation can be achieved when cleaning.

This is a partial list of ways to conserve energy throughout our work day. Please feel free to use and share other means of energy efficiency.

## SEAT BELT POLICY

In accordance with Vermont State Law, Okemo Mountain Resort has adopted a policy which requires employees to use seat belts in all registered vehicles while traveling on public roads which includes Mountain Road, Okemo Ridge Road, Jackson Gore Road and Fox Lane. This requirement applies to the operator of the vehicle as well as all passengers. It also applies to operators who may be using their personal vehicle for Company business. While on Company business, seat belts must be used. If any employee has any questions, they should see their supervisor before operating the vehicle. "Texting" while driving a vehicle for company business is prohibited.

## PERSONAL PURCHASES

Employees will be required to pay for personal purchases through cash, check or credit card. Charge accounts are only available to full-time, year round staff members. Should a staff member issue a check to the Company for which there are insufficient funds to cover the draw, the employee will be responsible for the prompt and full payment to include any service fees. If payment is not made through cash or check, it will be deducted through payroll. Failure to promptly rectify a situation may result in termination.

## MAN'S BEST FRIEND/PERSONAL PETS

Okemo Mountain Resort asks employees not to bring their pets to work with them. Although we recognize them as man's best friend, they can pose a hazard to our guests and can be a distraction to fellow employees.

## EMPLOYEE FEEDBACK

Employees receive a Staff Evaluation to complete sharing their experiences at Okemo. The survey is administered by the Human Resources department. Results of the survey are compiled by Human Resources and distributed in aggregate to the management team to assist with improvements and share feedback. Employees are encouraged to provide meaningful feedback in the process.

## EMPLOYMENT AT-WILL/TERMINATION

The employment relationship between Okemo and any employee is terminable at the will of either the employee or Okemo, at any time, with or without cause or reason, and with or without advance notice. No employee, officer, agent, or other representative of Okemo has any authority to enter into an agreement for any specified period of time or to make any agreement or representation, verbally or in writing, which alters, amends, or contradicts the foregoing provisions. Any exceptions to this policy of "at-will" employment must be expressly authorized in writing by the President of Okemo Mountain Resort.

Okemo would like any employee who voluntarily terminates his or her employment and who feels they have constructive criticism or suggestions which would benefit the company's operations to speak with his or her supervisor at his or her time of termination. Although at-will employment may end for a variety of reasons, these are some specific types of conduct which are expressly forbidden and which can result in your immediate termination from Okemo Mountain Resort. This is not an exhaustive or exclusive list.

• Transfer of employee I.D. to anyone, which is considered Theft of Services.
• Falsification of records.
• Theft of services or property.
• Insulting, arguing, being discourteous, using profane language in the presence of our guests and staff.
• Unsafe conduct which may or may not endanger the employee, other persons or property of other persons.
• Chronic tardiness and/or absenteeism.

## PLEASE READ AND SIGN    SEE BACK→

⊙IK KAD265
□ acknowledge receⓈ

This Employee Handbook has been compiled to provide employees with general information about some of the benefits and policies established by Okemo Limited Liability Company d/b/a Okemo Mountain Resort so that your employment will be meaningful and beneficial to you as well as to Okemo. Following your review of this Employee Handbook, do not hesitate to discuss any questions you might have with your supervisor.

I, _____, acknowledge receipt

(PRINT NAME)

of this Employee Handbook and I acknowledge that I have read the Handbook and understand its contents, and I recognize my responsibility to abide by the policies established herein.

Policies and procedures are subject to change at any time at the discretion of Okemo Mountain Resort and do not confer any obligation on Okemo or right to continued employment with Okemo Mountain Resort. While Okemo hopes, in general, that everyone's employment is mutually beneficial, employees are free to resign at any time and for any reason just as Okemo may terminate employees at any time and for any reason.

I further understand that any property of Okemo Mountain Resort, which includes but is not limited to, staff and dependent passes, uniforms, and issued equipment, which is not returned upon termination of employment or is damaged, is my responsibility. I further understand that any accounts receivable, or other such debts, are my responsibility. I agree all such costs may be deducted from any remaining paychecks or will be billed to me.

I understand that my employment is at-will and that the Employee Handbook and other Okemo Mountain Resort publications do not confer contractual rights to continued employment.

_____        SEE BACK OF PAGE→
Employee Signature              Date

SIGN and return this page to your immediate supervisor.  Payroll paperwork will not be processed until this page is signed and submitted to the Payroll department.

**PAPERWORK REQUIRED TO BE PROCESSED FOR PAYROLL**
☐ EMPLOYMENT APPLICATION      ☐ W-4 (if new employee)
☐ HANDBOOK LAST PAGE          ☐ I-9 (if new employee)
☐ EMPLOYEE DECLARATION OF HEALTH CARE→SEE BACK→

---

- Failure to meet grooming and uniform requirements.
- Drinking alcohol, or using drugs on the job, or reporting to work under the influence of alcohol or drugs (illegal or prescription). Employees may not possess, sell or distribute alcohol (unless part of job duties) or drugs (to include illegal or prescription drugs, including medical marijuana) in the workplace.
- Use and/or possession of any form of drugs other than for approved (course of treatment, first aid, medical purpose) use is prohibited. Medical marijuana is not permitted in the workplace and staff are not permitted to be under the influence of medical marijuana, or any other prescribed drug if they are impaired, while at work or performing work-related functions.
- Possession of firearms, explosives, or dangerous weapons on your person.
- Whether on or off duty, any behavior underfitting to an employee is grounds for dismissal. This includes illegal activities in the workplace.
- Failure to follow established payroll procedures.
- Improper use of computer systems. Failure to follow Security Awareness & Acceptable Use Policy.
- Inattention to your job, such as sleeping or reading unauthorized materials on the job.
- Smoking/snowboarding on a closed trail or out of bounds. Accessing recreational equipment while operation is closed.
- Cutting lift lines.
- Jumping from or failure to exercise safe riding of chair lifts and failure to comply with set lift operation guidelines.
- Inappropriate or unsafe use of recreational equipment to include, but not limited to, Adventure Zone and similar activities

The foregoing list of forbidden conduct is not intended to be exclusive and in no way modifies the employee's "at-will" employment status. Okemo retains the right to terminate any employee, at any time, with or without cause or reason, and with or without advance notice. All employee policies may change at any time, without notice.

## GLOSSARY OF OKEMO TERMS

**ATTENTION TO DETAIL** – A clean, organized work area and efficient operating systems send the message that we care about our guests – internal and external.
**DID YOU KNOW** – We look for "Did You Know" opportunities to share with our guests. If we tell them about what we have to offer, we enhance their experience.
**EXTERNAL GUEST** – External Guests are those people who visit Okemo, whether they are skiers, boarders, golfers, sales people, delivery people or people we talk with over the telephone or via email.
**EXTRA 1%** – We give our Extra 1% to exceed guests' expectations – internal and external.
**INTERNAL GUEST** – An Internal Guest is your fellow employee.
**ONE-MINUTE CRITIQUES** – Feedback is important. If an employee should be doing something differently (or better, they need to know). If you are given a One Minute Critique, do not be discouraged. It means that the person cares enough to tell you what needs to be corrected, and they think you are capable of making that correction.
**ONE-MINUTE PRAISINGS** – No one has ever come to any harm from a pat on the back. We look for opportunities to let fellow employees know when they are doing a great job.
**SAFETY FIRST** – Safety is an Okemo Value that we take very seriously.  We want you to be safe.  Safety topics that are pertinent to your behavior are discussed at weekly Team Meetings.
**THE CLEAN TEAM** – At Okemo we are all part of The Clean Team.  We want our facilities and grounds to shine so maintenance and cleanliness are key.
**THE GREEN TEAM** – At Okemo we are all part of The Green Team because we believe in being good stewards of the land and in protecting the environment.
**THE OKEMO DIFFERENCE** – The Okemo Difference" is giving your Extra 1% in both your attitude and actions.
**THE OKEMO TEAM** – Teamwork is an Okemo Value.  T.E.A.M. – Together Each Achieves More. At Okemo we understand that everyone working as a team is much more effective than individuals or individual departments working by themselves.  It also makes the job more fun when you have the help and support of others.
**THE PROFESSIONAL LOOK** – The way you dress, the way you carry yourself and your cleanliness are all part of the Okemo Team Look.  Guests need to recognize Okemo employees.  Once they have identified our employees, they need to feel they are professionals at what they do.  If we look professional and neat, people assume we are knowledgeable, friendly and helpful.
**THE RESORT LOOK** – Our facilities and area of operation reflect who we are to our guests.  The Resort Look reflects our Brand.  It shows our guests we care and helps them relate to us.  It encompasses cleanliness, consistency and professionalism.

CONFIDENTIAL

OKEMO02266

## Vermont Department of Labor
## EMPLOYEE DECLARATION OF HEALTH CARE

The purpose of this form is to obtain information regarding your health care coverage. The information certified on this form will be used solely for the purposes of determining if your employer must pay Health Care Contributions, as required under 21 V.S.A., Section 2003.

Employer's Legal Name: Resort Asset Management, LLC d/b/a Okemo Mountain Resort

Print Employee's Full Name: _____

Employee I.D. or Social Security Number: _____ DOB _____

Employee To Complete: complete below, sign, date, & return form to employer.

**I AM OFFERED AND AM ELIGIBLE FOR HEALTH CARE COVERAGE BY MY EMPLOYER:**

☐ I have elected to accept the health care coverage offered & provided by my employer.

**I AM OFFERED AND AM ELIGIBLE FOR HEALTH CARE COVERAGE BY MY EMPLOYER BUT HAVE ELECTED NOT TO ACCEPT THE COVERAGE OFFERED (I appropriate box):**

☐ I have Health Care Coverage that includes hospital and physicians services from another source other than Medicaid or Vermont Health Benefit Exchange (VHBE) (Specify)

☐ I have no health care.

☐ I have Medicaid.

☐ I am a full time employee and have health care as an individual through the Vermont Health Benefit Exchange.

**I AM NOT ELIGIBLE FOR HEALTH CARE COVERAGE OFFERED BY MY EMPLOYER: (√ appropriate box):**

☐ I am a part-time employee who works less than 30 hours per week AND I have coverage from a source other than Medicaid that offers hospital & physicians services.

☐ I am a seasonal employee who expects to work for this employer 20 or fewer weeks during this calendar year AND I have coverage from a source other than Medicaid that offers hospital and physicians services.

☐ I have Health Care Coverage that includes hospital and physicians services: (Specify):

☐ I am a part-time or seasonal employee and I do not have health care coverage OR I am covered by Medicaid.

☐ I have no health care.

NOTE to Employee: If at some point within the next year your health care coverage changes, you are required to complete another declaration.

By signature below, I certify that the above information is accurate and true to the best of my knowledge and belief.

Employee Signature _____ Date _____     HC-2(Rev.8/14)

**RETAIN THIS DOCUMENT IN YOUR RECORDS FOR THREE YEARS**

CONFIDENTIAL

---

New Health Insurance Marketplace Coverage Options and Your Health Coverage

Form Approved
OMB No. 1210-0149
(expires 5-31-2020)

### PART A: General Information

When key parts of the health care law take effect in 2014, there will be a new way to buy health insurance: the Health Insurance Marketplace. To assist you as you evaluate options for you and your family, this notice provides some basic information about the new Marketplace and employment-based health coverage offered by your employer.

**What is the Health Insurance Marketplace?**

The Marketplace is designed to help you find health insurance that meets your needs and fits your budget. The Marketplace offers "one-stop shopping" to find and compare private health insurance options. You may also be eligible for a new kind of tax credit that lowers your monthly premium right away. Open enrollment for health insurance coverage through the Marketplace begins in October 2013 for coverage starting as early as January 1, 2014.

**Can I Save Money on my Health Insurance Premiums in the Marketplace?**

You may qualify to save money and lower your monthly premium, but only if your employer does not offer coverage, or offers coverage that doesn't meet certain standards. The savings on your premium that you're eligible for depends on your household income.

**Does Employer Health Coverage Affect Eligibility for Premium Savings through the Marketplace?**

Yes. If you have an offer of health coverage from your employer that meets certain standards, you will not be eligible for a tax credit through the Marketplace and may wish to enroll in your employer's health plan. However, you may be eligible for a tax credit that lowers your monthly premium, or a reduction in certain cost-sharing if your employer does not offer coverage to you at all or does not offer coverage that meets certain standards. If the cost of a plan from your employer that would cover you (and not any other members of your family) is more than 9.5% of your household income for the year, or if the coverage your employer provides does not meet the "minimum value" standard set by the Affordable Care Act, you may be eligible for a tax credit.[1]

Note: If you purchase a health plan through the Marketplace instead of accepting health coverage offered by your employer, then you may lose the employer contribution (if any) to the employer-offered coverage. Also, this employer contribution -as well as your employee contribution to employer-offered coverage- is often excluded from income for Federal and State income tax purposes. Your payments for coverage through the Marketplace are made on an after-tax basis.

**How Can I Get More Information?**

For more information about your coverage offered by your employer, please check your summary plan description or contact _____.

The Marketplace can help you evaluate your coverage options, including your eligibility for coverage through the Marketplace and its cost. Please visit HealthCare.gov for more information, including an online application for health insurance coverage and contact information for a Health Insurance Marketplace in your area.

### PART B: Information About Health Coverage Offered by Your Employer

This section contains information about any health coverage offered by your employer. If you decide to complete an application for coverage in the Marketplace, you will be asked to provide this information. This information is numbered to correspond to the Marketplace application.

| 3. Employer name Resort Asset Management, LLC d/b/a Okemo Mountain Resort | | 4. Employer Identification Number (EIN) 26-3738373 | |
|---|---|---|---|
| 5. Employer address 77 Okemo Ridge Road | | 6. Employer phone number (800) 228-1966 | |
| 7. City Ludlow | | 8. State Vermont | 9. ZIP code 05149 |
| 10. Who can we contact about employee health coverage at this job? Crystal Stolarski, Human Resources | | | |
| 11. Phone number (if different from above) N/A | | 12. Email address chStolarski@okemo.com | |

Here is some basic information about health coverage offered by this employer:
• As your employer, we offer a health plan to:
  ☐ All employees. Eligible employees are:
  ☐ Some employees. Eligible employees are:

• With respect to dependents:
  ☐ We do offer coverage. Eligible dependents are:
  ☐ We do not offer coverage.

☐ If checked, this coverage meets the minimum value standard, and the cost of this coverage to you is intended to be affordable, based on employee wages.

** Even if your employer intends your coverage to be affordable, you may still be eligible for a premium discount through the Marketplace. The Marketplace will use your household income, along with other factors, to determine whether you may be eligible for a premium discount. If, for example, your wages vary from week to week (perhaps you are an hourly employee or you work on a commission basis), if you are newly married or have other income losses or gains, you may still qualify for a premium discount.

If you decide to shop for coverage in the Marketplace, HealthCare.gov will guide you through the process. Here's the employer information you'll enter when you visit HealthCare.gov to find out if you can get a tax credit to lower your monthly premiums.

OKEMO0267



VOICE: 802-228-4041
WEB: www.okemo.com
EMAIL: info@okemo.com

CONFIDENTIAL