# Exhibit A

# In The Matter Of:

*STACIE RIVARD-PEDIGO v.*
*OKEMO LIMITED LIABILITY COMPANY*

*CIVIL TRIAL*
*May 14, 2019*

*BCT Reporting LLC*
*55 Whiting Street, Suite 1A*
*Plainville, CT 06062*
*860.302.1876*

Original File 5-14-19 Rivard-Pedigo v. Okemo Limited Liability FINAL.txt
**Min-U-Script® with Word Index**

```
 1   UNITED STATES DISTRICT COURT

 2   DISTRICT OF CONNECTICUT
     ---------------------------------------------------x
 3
     STACIE RIVARD-PEDIGO,
 4
                 Plaintiff,      Civil Action No.:
 5                               3:17-cv-00568-WWE
             vs.
 6
     OKEMO LIMITED LIABILITY COMPANY D/B/A OKEMO
 7   MOUNTAIN RESORT,

 8               Defendant.

 9   ---------------------------------------------------x

10

11
          CIVIL TRIAL BEFORE THE HONORABLE KARI DOOLEY
12

13               915 Lafayette Boulevard

14                 Bridgeport, CT 06604

15
                      May 14, 2019
16
                       8:30 a.m.
17

18

19

20

21

22

23
     Reported By:
24   Cheryll Kerr, RPR, CSR
     Job No. 10020
25
```

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 2   -------------------------------------------------x

 3   STACIE RIVARD-PEDIGO,

 4              Plaintiff,     Civil Action No.:
                               3:17-cv-00568-WWE
 5        vs.

 6   OKEMO LIMITED LIABILITY COMPANY D/B/A OKEMO
     MOUNTAIN RESORT,
 7
                Defendant.
 8
     -------------------------------------------------x
 9

10

11
          CIVIL TRIAL BEFORE THE HONORABLE KARI DOOLEY, held
12
     at the United States District Court, 915 Lafayette
13
     Boulevard, Bridgeport, CT 06604, before Cheryll Kerr,
14
     RPR, CSR, a Registered Professional Reporter, Certified
15
     Shorthand Reporter, and a Notary Public, on May 14,
16
     2019, at 8:30 a.m.
17

18

19

20

21

22

23

24

25
```

```
 1    APPEARANCES:

 2    COUNSEL FOR PLAINTIFF:

 3
      FAXON LAW GROUP
 4    BY:   JOEL T. FAXON, ESQ.
      BY:   BRITTANY CATES, ESQ.
 5    59 Elm Street
      New Haven, CT   06510
 6    Phone:   (203) 624-9500
      E-mail:  JFaxon@faxonlawgroup.com
 7    E-mail:  BCates@faxonlawgroup.com

 8
      COUNSEL FOR DEFENDANT:
 9
      SEIGER GFELLER LAURIE, LLP
10    BY:   CHARLES F. GFELLER, ESQ.
      BY:   SHRINA B. FALDU, ESQ.
11    West Hartford Center
      977 Farmington Avenue, Suite 200
12    West Hartford, CT   06107
      Phone:   (860) 760-8410
13    E-mail:  cgfeller@sgllawgroup.com
      E-mail:  sfaldu@sgllawgroup.com
14

15    Also Present:

16    Chris Lancaster
      Stacie Rivard-Pedigo
17

18

19

20

21

22

23

24

25
```

```
 1                       INDEX

 2   WITNESS                                              PAGE

 3   MICHAEL DILLON

 4       Direct Examination by Ms. Cates                    73
         Cross-Examination by Mr. Gfeller                   84
 5       Redirect Examination by Ms. Cates                  95

 6   STACIE RIVARD-PEDIGO

 7       Direct Examination by Ms. Cates                    98
         Cross-Examination by Mr. Gfeller                  121
 8       Redirect Examination by Ms. Cates                 165

 9   CLAY PEDIGO

10       Direct Examination by Ms. Cates                  180
         Cross-Examination by Mr. Gfeller                 198
11       Redirect Examination by Ms. Cates                206
         Continued Cross-Examination by Mr. Gfeller       207
12

13                      EXHIBITS
     PLF'S
14   FOR ID          DESCRIPTION                         PAGE

15   Exhibit 1       Map of Okemo                          75

16   (Gap)

17   Exhibit 9       Ludlow Health Center records          97

18   Exhibit 10      X-ray pre-surgery, part of Ludlow     97

19                   Health Center

20   Exhibit 11      Ludlow Health Center bills            97

21                   Exhibit 12, Dr. Baumgaertner

22                   records

23

24

25   (Continued on the next page)
```

```
 1                     EXHIBITS (Cont.)
 2    PLF'S
      FOR ID          DESCRIPTION                       PAGE
 3
      Exhibit 12      Dr. Baumgaertner's record from     97
 4
                      March 29, 2017
 5
      Exhibit 13      Dr. Michael Baumgaertner bills     97
 6
      Exhibit 14      Yale New Haven Hospital            97
 7
                      admission, 2-24 to 2-27-17
 8
      Exhibit 15      X-ray post surgery, part of Yale   97
 9
                      New Haven Hospital
10
      Exhibit 16      Yale New Haven Hospital and clinic 97
11
                      medical bills
12
      Exhibit 17      Yale New Haven Hospital clinic     97
13
                      records
14
      Exhibit 18      Dr. Gregory Vornovitsky records    97
15
      Exhibit 19      Dr. Gregory Vornovitsky medical    97
16
                      bills
17
      Exhibit 20      Dr. Laurie Cretella medical        97
18
                      records
19
      Exhibit 21      Dr. Laurie Cretella medical bills  97
20
      Exhibit 22      Amity Physical Therapy records     97
21
      Exhibit 23      Amity Physical Therapy bills       97
22    (Gap)
23

24

25    (Continued on the next page)
```

|   | FOR ID | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | EXHIBITS (Cont.) | |
| 2 | FOR ID | DESCRIPTION | PAGE |
| 3 | Exhibit 25 | Photo of Stacie Rivard-Pedigo leg post-surgery | 118 |
| 5 | Exhibit 26 | Photo of Stacie Rivard-Pedigo knee post-surgery | 118 |
| 7 | Exhibit 27 | Radiology film taken at Ludlow | 170 |
| 8 | Exhibit 28 | Yale New Haven radiology film | 170 |
| 9 | Exhibit 29 | Medical illustration Dr. Baumgaerner uses for demonstrative purposes | 170 |
| 11 | Exhibit 30 | Intraoperative X-ray | 170 |
| 12 | Exhibit 31 | Intraoperative X-ray from Dr. Baumgaertner's records | 170 |
| 14 | Exhibit 32 | Intraoperative X-ray from Dr. Baumgaertner's records | 170 |
| 16 | Exhibit 33 | Intraoperative X-ray from Dr. Baumgaertner's records | 170 |
| 18 | Exhibit 34 | Photograph | 196 |
| 19 | Exhibit 35 | Photograph | 196 |
| 20 | Exhibit 36 | Photograph | 196 |

(Continued on the next page)

```
 1                       EXHIBITS (Cont.)
 2
     FOR ID              DESCRIPTION                         PAGE
 3
     Exhibit 501    Map of Okemo trail map                    136
 4
     Exhibit 502    Sign planted in middle of Sunset          139
 5
                    Strip trail at Okemo
 6
     Exhibit 503    Photograph showing the sign which         141
 7
                    extends across the Roundhouse One
 8
                    trail
 9
     Exhibit 504    Photograph taken from the                 149
10
                    Round House Run perspective
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            JUDGE DOOLEY:  I think if they want to
 2       offer additional evidence as to the client's
 3       negligence, they can do that.
 4            MS. CATES:  That's fine, your Honor.
 5       Thank you.
 6
 7            (Thereupon, an informal discussion was
 8       held off the record.)
 9
10            (Pause.)
11
12            JUDGE DOOLEY:  I think the third one, the
13       motion to preclude including inherent risk --
14       that has been denied, in light of the Court's
15       ruling, and the jury will be charged on the
16       statute and asked to render a decision under
17       the statute as a preliminary matter.
18
19            (Pause.)
20
21            JUDGE DOOLEY:  The fourth one regarding
22       waivers, I understand there's no assertion of
23       waiver by the defense.
24            MS. CATES:  Well, I think this also goes
25       to the RFID card issue.
```