# Exhibit C

Case 3:17-cv-00568-KAD   Document 103-3   Filed 05/16/19   Page 2 of 3
Case 3:17-cv-00568-WWE   Document 84-3   Filed 05/08/19   Page 2 of 3
Case 5:15-cv-00175-gwc   Document 75   Filed 11/01/16   Page 1 of 2

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2016 NOV -1  PM 2: 17

CLERK

CLAUDIA MEJIA-HAFFNER and )
STEVEN R. HAFFNER, )
    Plaintiffs, )
     )
     )
v. )
     )
     )
KILLINGTON/PICO SKI RESORT )
PARTNERS, LLC, )
    Defendant. )

BY_____ pjl

Case No. 5:15-CV-175

## JURY VERDICT

Please answer the following questions in order.

1.    Do you find that plaintiff Meija-Haffner's injuries were the result of dangers which are inherent in the sport of skiing, obvious to a reasonable person participating in the sport, and necessary to the sport?

      Answer:  Yes _____    No ___✓_____

If your answer is "Yes," please stop your deliberations, sign the verdict form as foreperson, and return it to the court officer.  If your answer is "No," please continue.

2.    Do you find that defendant Killington/Pico Ski Resort Partners, LLC  acted negligently in this case?

      Answer:  Yes _____    No ___✓_____

If your answer is "Yes," please continue.    If your answer is "No," please stop your deliberations.

3.    Do you find that Ms. Meija-Haffner's injuries were caused by Killington's negligence?

      Answer:  Yes _____    No _____

If your answer is "Yes," please continue.    If your answer is "No," please stop your deliberations.

4.      Do you find that Ms. Meija-Haffner was herself negligent and her negligence was also a cause of her injuries?

      Answer:   Yes _____      No _____

If your answer is "Yes," please go on to the next question (5).   If your answer is "No," please go on to question 6 concerning damages.

5.      What is the relative degree of negligence which caused Ms. Meija-Haffner's injury, expressed in percentage terms, attributable to Killington and to Ms. Meija-Haffner?

      1. Killington: _____ percent

      2. Ms. Meija-Haffner: _____ percent

The two percentage figures must add up to 100 percent.

Please answer question 6.

6.      What is the total amount of money required to compensate Ms. Meija-Haffner for injuries sustained as a result of negligence on the part of Killington?

      Answer: $ _____

Your answer must be expressed in dollar terms.

7.      What is the total amount of money required to compensate Mr. Haffner for his loss of consortium due to injuries sustained as a result of negligence on the part of Killington?

      Answer: $ _____

Your answer must be expressed in dollar terms.


Please sign and date the verdict form and notify the court officer.

Dated:  11/1/16                    _____
                                 Foreperson